CARLA S. RHODEN, CA State Bar No. 223743
Email address: crhoden@chbh.com
CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP
1001 SW Fifth Avenue, Suite 2000
Portland, OR  97204-1136
Telephone:  (503) 224-3092
Facsimile:   (503) 224-3176

Attorneys for Defendant Eugene Water & Electric Board

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, and CALIFORNIA ELECTRICITY OVERSIGHT BOARD,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ARIZONA ELECTRIC POWER COOPERATIVE, INC., CITY OF ANAHEIM; CITY OF AZUSA; CITY OF BANNING; CITY OF BURBANK; CITY OF GLENDALE; CITY OF LOS ANGELES; CITY OF PASADENA; CITY OF RIVERSIDE; CITY OF SANTA CLARA; CITY OF SEATTLE; CITY OF VERNON; EUGENE WATER AND ELECTRIC BOARD; LOS ANGELES DEPARTMENT OF WATER AND POWER; MODESTO IRRIGATION DISTRICT; NORTHERN CALIFORNIA POWER AGENCY; PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY; SACRAMENTO MUNICIPAL; UTILITY DISTRICT; SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT; AND TURLOCK IRRIGATION DISTRICT,<br><br>　　　　　Defendants. | Civil No.  2:06-cv-0559-MCE-KJM<br><br>STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT EUGENE WATER & ELECTRIC BOARD TO FILE RULE 12(B)(2) AND ANY OTHER RULE 12 MOTIONS |

Page  1 – STIPULATION AND [PROPOSED ORDER] EXTENDING TIME FOR
DEFENDANT EWEB TO FILE RULE 12(B)(2) MOTION AND ANY OTHER RULE 12
MOTIONS

SAN DIEGO GAS & ELECTRIC
COMPANY, a California Corporation,

        Plaintiff,

        v.

ARIZONA ELECTRIC POWER
COOPERATIVE, INC., CITY OF
ANAHEIM, CITY OF AZUSA, CITY OF
BANNING, CITY OF BURBANK, CITY OF
GLENDALE, CITY OF LOS ANGELES,
LOS ANGELES DEPARTMENT OF
WATER AND POWER, CITY OF
PASADENA, CITY OF RIVERSIDE, CITY
OF SANTA CLARA, CITY OF SEATTLE,
CITY OF VERNON, EUGENE WATER
AND ELECTRIC BOARD, MODESTO
IRRIGATION DISTRICT, NORTHERN
CALIFORNIA POWER AGENCY, PUBLIC
UTILITY NO. 2 OF GRANT COUNTY,
SACRAMENTO MUNICIPAL UTILITY
DISTRICT, SAL RIVER PROJECT
AGRICULTURAL IMPROVEMENT AND
POWER DISTRICT, and TURLOCK
IRRIGATION DISTRICT,

        Defendants.

Related Case
Civil No. 2:06-cv-0592-MCE-KJM

COMES NOW Plaintiffs and Defendant Eugene Water & Electric Board ("EWEB"), by and through their attorneys of record, hereby stipulate and request the Court enter an Order as follows: Extending the time for EWEB to file a motion challenging personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) and any related opposition and reply briefs pending a tentative settlement between Plantiffs and EWEB and to allow the parties additional time to finalize and document this tentative settlement.

On April 5, 2006, the parties to these actions filed a Stipulation and [Proposed] Order continuing the time for the defendants to respond by one week.  On April 10, 2006, this Court adopted the April 5, 2006 Stipulation as the Court's Order.  On April 11, 2006 the parties filed a Stipulation and [Proposed] Order setting a schedule for, among other things: (i) EWEB to file a motion challenging personal jurisdiction pursuant to Federal Rule of Procedure 12(b)(2) ("Rule 12(b)(2)") and any related opposition and reply briefs and (ii) EWEB to file all other Federal Rule of Civil Procedure 12 ("Rule 12") motions and any related opposition and reply briefs.  The Court

entered an April 12, 2006, Order pursuant to this stipulation, setting a due date of May 5, 2006 for EWEB's Rule 12(b)(2) Opening Brief, June 16, 2006 for Opposition Briefs and July 7, 2006 for Reply Brief in related case numbers 2:06:CV-00599-MCE-KJM and 2:06:CV-00592-MCE-KJM. In that same Order, the Court set a due date of May 26, 2006 for EWEB to file all other Rule 12 Opening Briefs, June 30, 2006 for Opposition Briefs and July 21, 2006 for Reply Brief in related case numbers 2:06:CV-00599-MCE-KJM and 2:06:CV-00592-MCE-KJM.

On May 9, 2006, the Court entered an Order, pursuant to a stipulation dated May 3, 2006, setting a due date of May 15, 2006 for EWEB's Rule 12(b)(2) Opening Brief, June 26, 2006 for Opposition Briefs and July 17, 2006 for Reply Brief in related case numbers 2:06:CV-00599-MCE-KJM and 2:06:CV-00592-MCE-KJM.

On May 19, 2006, the Court entered an Order, pursuant to a stipulation dated May 11, 2006, extending the due date until May 26, 2006 for EWEB's Rule 12(b)(2) Opening Brief, July 7, 2006 for Opposition Briefs and July 28, 2006 for Reply Brief in related case numbers 2:06:CV-00599-MCE-KJM and 2:06:CV-00592-MCE-KJM.

In light of ongoing settlement discussions, all of the Plaintiffs and EWEB hereby stipulate and respectfully request that the Court enter an Order extending the deadlines as follows:  EWEB's Rule 12(b)(2) and all other Rule 12 Opening Briefs to be served June 5, 2006; Opposition Briefs to be served July 17, 2006; and Reply Briefs to be served August 7, 2006.

IT IS SO STIPULATED:

                        CABLE HUSTON BENEDICT HAAGENSEN
                        & LLOYD LLP

Dated:  May 24, 2006        /s/ Carla S. Rhoden (as authorized 5/24/06)
                        CARLA S. RHODEN, CA State Bar No. 223742
                        Attorney for Defendant Eugene Water &
                        Electric Board

                        HELLER EHRMAN LLP

Dated: May 24, 2006          /s/ Russell Cohen
                        Marie L. Fiala
                        Russell Cohen
                        Attorney for Plaintiff Pacific Gas & Electric Co.

STEPTOE & JOHNSON LLP

Dated: May 24, 2006              /s/ Lawrence P. Riff (as authorized 5/24/06)
                                 Lawrence P. Riff
                                 Attorneys for Plaintiff Southern California Edison Co.


CALIFORNIA ELECTRICITY OVERSIGHT BOARD

Dated: May 24, 2006              /s/ Steven Russo (as authorized 5/24/06)
                                 Steven Russo
                                 Attorney for Plaintiff California Electricity Oversight Board


HENNIGAN, BENNET & DORMAN LLP

Dated: May 24, 2006              /s/ Laura Lindgren (as authorized 5/24/06)
                                 Laura Lindgren
                                 Attorneys for Plaintiff San Diego Gas & Electric Board


        IT IS HEREBY ORDERED that the deadlines for EWEB to file Rule 12(b)(2) and all other

Rule 12 and any related opposition and reply briefs are extended as follows: EWEB's Opening

Briefs to be served June 5, 2006; Opposition Briefs to be served July 17, 2006; and Reply Briefs to

be served August 7, 2006 in related case numbers 2:06:CV-00599-MCE-KJM and 2:06:CV-00592-

MCE-KJM.


DATED: June 1, 2006

                                 _____
                                 MORRISON C. ENGLAND, JR
                                 UNITED STATES DISTRICT JUDGE