UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, CALIFORNIA ELECTRICITY OVERSIGHT BOARD,

    Plaintiffs,

  v.

ARIZONA ELECTRIC POWER COOPERATIVE; CITY OF ANAHEIM; CITY OF AZUSA; CITY OF BANNING; CITY OF BURBANK; CITY OF GLENDALE; CITY OF LOS ANGELES; CITY OF PASADENA; CITY OF RIVERSIDE; CITY OF SANTA CLARA; CITY OF SEATTLE; CITY OF VERNON; EUGENE WATER AND ELECTRIC BOARD; LOS ANGELES DEPARTMENT OF WATER AND POWER; MODESTO IRRIGATION DISTRICT; NORTHERN CALIFORNIA POWER AGENCY; PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY; SACRAMENTO MUNICIPAL UTILITY DISTRICT; SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT; and TURLOCK IRRIGATION DISTRICT,

    Defendants.

No. 06-cv-0559-MCE-KJM

**ORDER**

///

///

1

| | |
|---|---|
| SAN DIEGO GAS & ELECTRIC COMPANY, a California corporation, | No. 2:06-cv-0592-MCE-KJM |

Plaintiff,

v.

ARIZONA ELECTRIC POWER COOPERATIVE; CITY OF ANAHEIM, CALIFORNIA; CITY OF AZUSA; CITY OF BANNING, CALIFORNIA; CITY OF BURBANK, CALIFORNIA; CITY OF GLENDALE, CALIFORNIA; CITY OF LOS ANGELES, CALIFORNIA; CITY OF PASADENA, CALIFORNIA; CITY OF RIVERSIDE, CALIFORNIA; CITY OF SANTA CLARA, CALIFORNIA; CITY OF SEATTLE, WASHINGTON; CITY OF VERNON, CALIFORNIA; EUGENE WATER AND ELECTRIC BOARD; LOS ANGELES DEPARTMENT OF WATER AND POWER; MODESTO IRRIGATION DISTRICT; NORTHERN CALIFORNIA POWER AGENCY; PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY; SACRAMENTO MUNICIPAL UTILITY DISTRICT; SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT; and TURLOCK IRRIGATION DISTRICT,

Defendants.

----oo0oo----

Plaintiffs in these related cases have filed an Ex Parte Application requesting that the Court reschedule the hearing on identical motions, filed in both cases, by Defendant Public Utility District No. 2 of Grant County ("Defendant Grant") to dismiss, transfer, or, in the alternative, to stay the instant proceedings as against Defendant Grant.

///
///
///

1    Having assessed the constraints of its own schedule, and
2 following review of said Ex Parte Application as well as
3 Defendant Grant's Opposition thereto, the Court finds that
4 interests of judicial economy mandate that all preliminary
5 motions in this matter, including the motions that are the
6 subject of the application now before the Court, be heard
7 simultaneously on August 21, 2006.  Plaintiffs' Ex Parte
8 Application is accordingly GRANTED.  The hearings on Defendant
9 Grant's Motions to Dismiss, Transfer, or, in the Alternative,
10 Stay Proceedings are hereby continued to August 21, 2006 in both
11 of these related cases.

13    IT IS SO ORDERED.

15 DATED: June 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE