1  CARLA S. RHODEN, CA State Bar No. 223743
2  Email address: crhoden@chbh.com
   CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP
3  1001 SW Fifth Avenue, Suite 2000
   Portland, OR  97204-1136
4  Telephone:  (503) 224-3092
   Facsimile:   (503) 224-3176
5
6  Attorneys for Defendant Eugene Water & Electric Board

7

8                    UNITED STATES DISTRICT COURT

9       EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10 PACIFIC GAS AND ELECTRIC
   COMPANY, *et al.*,
11
                                          Civil No. 2:06-cv-0559-MCE-KJM
12              Plaintiffs,
         v.                               Civil No. 2:06-cv-0592-MCE-KJM
13
   ARIZONA ELECTRIC POWER                 STIPULATION AND ORDER EXTENDING
14 COOPERATIVE, INC., *et al.*,           THE TIME FOR DEFENDANT EUGENE
                                          WATER & ELECTRIC BOARD TO FILE
15              Defendants.               RULE 12(b)(2) AND ANY OTHER RULE 12
                                          MOTIONS
16

17

18

19 SAN DIEGO GAS & ELECTRIC
   COMPANY, a California Corporation,
20
                Plaintiff,
21
         v.
22
   ARIZONA ELECTRIC POWER
23 COOPERATIVE, INC., *et al.*,

24              Defendants.

25

26

27

28

COMES NOW Plaintiffs and Defendant Eugene Water & Electric Board ("EWEB"), by and through their attorneys of record, hereby stipulate and request the Court enter an Order as follows: Extending the time for EWEB to file a motion challenging personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) and all other Rule 12 motions, and to correspondingly set the dates for filing and serving any related opposition and reply briefs pursuant to the schedule set forth below, pending a tentative settlement between Plantiffs and EWEB and to allow the parties additional time to finalize and document this tentative settlement.

On April 5, 2006, the parties to these actions filed a Stipulation and [Proposed] Order continuing the time for the defendants to respond by one week.  On April 10, 2006, this Court adopted the April 5, 2006 Stipulation as the Court's Order.  On April 11, 2006 the parties filed a Stipulation and [Proposed] Order setting a schedule for, among other things: (i) EWEB to file a motion challenging personal jurisdiction pursuant to Federal Rule of Procedure 12(b)(2) ("Rule 12(b)(2)") and any related opposition and reply briefs and (ii) EWEB to file all other Federal Rule of Civil Procedure 12 ("Rule 12") motions and any related opposition and reply briefs.  The Court entered an April 12, 2006, Order pursuant to this stipulation, setting a due date of May 5, 2006 for EWEB's Rule 12(b)(2) Opening Brief, June 16, 2006 for Opposition Briefs and July 7, 2006 for Reply Brief in related case numbers 2:06:CV-00559-MCE-KJM and 2:06:CV-00592-MCE-KJM. In that same Order, the Court set a due date of May 26, 2006 for EWEB to file all other Rule 12 Opening Briefs, June 30, 2006 for Opposition Briefs and July 21, 2006 for Reply Brief in related case numbers 2:06:CV-00559-MCE-KJM and 2:06:CV-00592-MCE-KJM.

On May 9, 2006, the Court entered an Order, pursuant to a stipulation dated May 3, 2006, setting a due date of May 15, 2006 for EWEB's Rule 12(b)(2) Opening Brief, June 26, 2006 for Opposition Briefs and July 17, 2006 for Reply Brief in related case numbers 2:06:CV-00559-MCE-KJM and 2:06-CV-00592-MCE-KJM.

On May 19, 2006, the Court entered an Order, pursuant to a stipulation dated May 11, 2006, extending the due date until May 26, 2006 for EWEB's Rule 12(b)(2) Opening Brief, July 7, 2006 for Opposition Briefs and July 28, 2006 for Reply Brief in related case numbers 2:06:CV-00559-

MCE-KJM and 2:06:CV-00592-MCE-KJM.

On June 1, 2006, the Court entered an Order, pursuant to a stipulation dated May 24, 2006, extending the due date until June 5, 2006 for EWEB's Opening Briefs on its Rule 12(b)(2) and all other Rule 12 motions, July 17, 2006 for Opposition Briefs, and August 7, 2006 for Reply Briefs in related case numbers 2:06:CV-00559-MCE-KJM and 2:06:CV-00592-MCE-KJM.

On June 8, 2006, the Court entered an Order, pursuant to a stipulation dated June 2, 2006, extending the due date until June 16, 2006 for EWEB's Opening Briefs on its Rule 12(b)(2) and all other Rule 12 motions, July 27, 2006 for Opposition Briefs, and August 17, 2006 for Reply Briefs in related case numbers 2:06:CV-00559-MCE-KJM and 2:06:CV-00592-MCE-KJM.

On June 27, 2006, the Court entered an Order, pursuant to a stipulation dated June 15, 2006, extending the due date until July 7, 2006 for EWEB's Opening Briefs on its Rule 12(b)(2) and all other Rule 12 motions, August 4, 2006 for Opposition Briefs, and September 15, 2006 for Reply Briefs in related case numbers 2:06:CV-00559-MCE-KJM and 2:06:CV-00592-MCE-KJM. The June 27, 2006 Order, an Order dated June 28, 2006 pursuant to a stipulation filed by defendant City of Vernon on June 15, 2006, and the Court's Order dated June 22, 2006 granting Plaintiffs' Ex Parte Application, specially set the hearing for all motions to dismiss on October 24, 2006 at 2:00 p.m.

In light of ongoing settlement discussions, all of the Plaintiffs and EWEB hereby stipulate and respectfully request that the Court enter an Order extending the deadlines as follows: EWEB's Rule 12(b)(2) and all other Rule 12 Opening Briefs to be filed and served July 21, 2006; Opposition Briefs to be filed and served August 18, 2006; and Reply Briefs to be filed and served September 15, 2006 in related case numbers 2:06:CV-00559-MCE-KJM and 2:06:CV-00592-MCE-KJM.

IT IS SO STIPULATED:

CABLE HUSTON BENEDICT HAAGENSEN
& LLOYD LLP

Dated: July 6, 2006        /s/ Carla S. Rhoden (as authorized 7/6/06)
                           CARLA S. RHODEN, CA State Bar No. 223742

1

2

Attorney for Defendant Eugene Water &
Electric Board

3

HELLER EHRMAN LLP

4

Dated:  July 6, 2006

/s/ Russell Cohen
Marie L. Fiala
Russell Cohen
Attorney for Plaintiff Pacific Gas & Electric Co.

5

6

7

8

STEPTOE & JOHNSON LLP

9

Dated:  July 6, 2006

/s/ Lawrence P. Riff (as authorized 7/6/06)
Lawrence P. Riff
Attorneys for Plaintiff Southern California Edison Co.

10

11

12

CALIFORNIA ELECTRICITY OVERSIGHT BOARD

13

Dated:  July 6, 2006

/s/ Steven Russo (as authorized 7/6/06)
Steven Russo
Attorney for Plaintiff California Electricity Oversight Board

14

15

HENNIGAN, BENNET & DORMAN LLP

16

Dated:  July 6, 2006

/s/ Laura Lindgren (as authorized 7/6/06)
Laura Lindgren
Attorneys for Plaintiff San Diego Gas & Electric Board

17

18

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY ORDERED that the deadlines for EWEB to file Rule 12(b)(2) and all other Rule 12 opening briefs and any related opposition and reply briefs are extended as follows: EWEB's Opening Briefs to be filed and served July 21, 2006; Opposition Briefs to be filed and served August 18, 2006; and Reply Briefs to be filed and served September 15, 2006 in related case numbers 2:06:CV-00559-MCE-KJM and 2:06:CV-00592-MCE-KJM.

DATED: July 11, 2006

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE