REX S. HEINKE (SBN 66163)
KALIA C. PETMECKY (SBN 194094)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:    310-229-1000
Facsimile:    310-229-1001

Attorneys for Defendant, CITY OF SEATTLE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SAN DIEGO GAS & ELECTRIC COMPANY, a California Corporation,,<br><br>              Plaintiffs,<br><br>   v.<br><br>ARIZONA ELECTRIC POWER COOPERATIVE, INC., CITY OF ANAHEIM; CITY OF AZUSA; CITY OF BANNING; CITY OF BURBANK; CITY OF GLENDALE; CITY OF LOS ANGELES; CITY OF PASADENA; CITY OF RIVERSIDE; CITY OF SANTA CLARA; CITY OF SEATTLE; CITY OF VERNON; EUGENE WATER AND ELECTRIC BOARD; LOS ANGELES DEPARTMENT OF WATER AND POWER; MODESTO IRRIGATION DISTRICT; NORTHERN CALIFORNIA POWER AGENCY; PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY; SACRAMENTO MUNICIPAL UTILITY DISTRICT; SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT; AND TURLOCK IRRIGATION DISTRICT,<br><br>              Defendants | Case No. 2:06-CV-0592-MCE-KJM<br><br>[Assigned To The Honorable Morrison C. England, Jr.]<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT CITY OF SEATTLE'S TIME TO ANSWER**<br><br>Date Action File:   March 23, 2006 |

5945839

1

<u>STIPULATION AND PROPOSED ORDER</u>

2

WHEREAS, plaintiff San Diego  Gas & Electric Company ("SDGE") filed a

3

complaint in this action on March 23, 2006 ("Complaint");

4

WHEREAS, the parties entered into a Stipulation and Order ("Stipulation"),

5

which among other things, sets forth a briefing and hearing schedule for preliminary

6

motions;

7

WHEREAS, several defendants filed Motions to Dismiss which are set for

8

hearing on October 24, 2006;

9

WHEREAS, defendant City of Seattle did not file a preliminary motion and

10

intends to file an Answer in response to SDGE's Complaint;

11

///

12

///

13

///

14

///

15

///

16

///

17

///

18

///

19

///

20

///

21

///

22

///

23

///

24

///

25

///

26

///

27

28

5945839

1    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and

2  between plaintiff SDGE and defendant City of Seattle, through their respective counsel

3  of record, that the City of Seattle's time to file and serve its Answer to SDGE's

4  Complaint shall be extended to and including September 15, 2006.

5  **IT IS SO STIPULATED.**

6
7  Dated:  July __, 2006              **AKIN GUMP STRAUSS HAUER & FELD LLP**

8

9                                    By_____/s/_____
10                                            Kalia C. Petmecky
                                          Attorneys for Defendant
11                                           CITY OF SEATTLE

12  Dated:  July __, 2006              **HENNIGAN, BENNETT &DORMAN LLP**

13

14                                    **By**_____/s/_____
                                           Robert W. Mockler
15                                        Attorneys for Plaintiff
                                  SAN DIEGO GAS & ELECTRIC COMPANY
16
   **IT IS SO ORDERED.**
17
   **DATED:** July 25, 2006
18
                                    _____
19                                  MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28