Lawrence P. Riff (CA Bar No. 104826)
Jay E. Smith (CA Bar No. 162832)
STEPTOE & JOHNSON LLP
633 W. Fifth Street, 7th Floor
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599
lriff@steptoe.com
jsmith@steptoe.com

Attorneys for Plaintiff
SOUTHERN CALIFORNIA EDISON COMPANY

Laura Lindgren (CA Bar No. 82332)
Robert W. Mockler (CA Bar No. 200200)
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234
lindgrenl@hbdlawyers.com
mocklerr@hbdlawyers.com

Attorneys for Plaintiff
SAN DIEGO GAS & ELECTRIC COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>ARIZONA ELECTRIC POWER COOPERATIVE, INC., et al.<br><br>Defendants. | Related Case Nos.:<br>2:06-cv-00559-MCE-KJM<br>2:06-cv-00592-MCE-KJM<br><br>**DECLARATION OF JAY E. SMITH IN SUPPORT OF THE CALIFORNIA PARTIES' CONSOLIDATED OPPOSITION TO DEFENDANT PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON'S MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| SAN DIEGO GAS & ELECTRIC COMPANY, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ARIZONA ELECTRIC POWER COOPERATIVE, INC., et al.<br><br>Defendants. | Hearing Date: October 24, 2006<br>Time: 2:00 p.m.<br>Location: Courtroom 3<br>Judge Morrison C. England, Jr. |

I, Jay E. Smith, hereby declare:

1. I am an attorney with the law firm of Steptoe & Johnson LLP, counsel to Southern California Edison Company ("SCE") in Case No. 2:06-cv-00559, *Pacific Gas & Electric Company, et al. v. Arizona Electric Power Cooperative, et al.* I am admitted to practice before this Court. I have been the attorney principally responsible for conducting jurisdictional discovery against Defendant Public Utility District No. 2 of Grant County, Washington ("Grant") on behalf of Plaintiffs Pacific Gas and Electric Company, Southern California Edison Company, California Electricity Oversight Board, and San Diego Gas & Electric Company (the "California Parties"). This discovery included obtaining the deposition of Grant's General Manager, Tim J. Culbertson on August 1, 2006 (the "Depo"). I make this Declaration in support of the California Parties' Consolidated Opposition to Grant's Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion") made in each of the related cases. I have personal knowledge of the matters set forth herein and, if called upon to do so, could testify competently to their truth.

2. During Mr. Culbertson's deposition, I marked, as Exhibit 14, a set of Grant's "Dispatchers Real Time Logs" for the period of November 17, 2000 through December 13, 2000. (Depo at 114:1-17 and Exh. 14.) This is the period of time as to which Grant admits that it made sales of surplus electricity to the California Independent System Operator Corporation ("ISO" or "CISO"). *See* Corrected Declaration of Tim J. Culbertson in Support of Defendant Public Utility District No. 2 of Grant County, Washington's Motion to Dismiss for Lack of Personal Jurisdiction (the "Corrected Culbertson Declaration").

3. Counsel for Grant has stipulated to the authenticity of all of the Dispatchers Real Time Logs produced by Grant to the California Parties, including those contained in Exhibit 14 to Mr. Culbertson's deposition. (Depo at 201:17 to 202:21; *see also* Depo at 114:11-17.)

4. At the deposition, Mr. Culbertson explained that each entry in a given Dispatchers Real Time Log that includes the notation "CISO/BPA" reflects a separate sale of surplus electricity by Grant to the ISO. (Depo at 116:23 to 117:10, 123:5-12 and Exh. 14.)

5. To ease the burden on the Court, I have carefully reviewed Exhibit 14 to Mr. Culbertson's deposition and - based on Mr. Culbertson's testimony referenced in paragraph 4,

above - identified each instance in which Grant made a separate sale of surplus electricity to the ISO. Based on that review, I have concluded that Exhibit 14 reflects seventy (70) separate sales of surplus electricity by Grant to the ISO between November 17, 2000 and December 13, 2000. (*See* Depo at 116:23 to 117:10, 123:5-12 and Exh. 14.)

6. On August 9, 2006, I wrote to Grant's counsel and asked that Grant produce any written materials generated as a result of Grant's recent review of audiotapes of the telephone conversations during which Grant made sales of surplus power to the ISO. I explained to Grant's counsel that any such documents were highly relevant to the California Parties' Consolidated Opposition to the Motions, since Mr. Culbertson had testified that the Corrected Culbertson Declaration was based on Grant's recent review of those audiotapes. A true and correct copy of my August 9, 2006 letter to Grant's counsel is attached hereto as Exhibit "A."

7. On August 14, 2006, Grant's counsel replied to my August 9th letter and stated that the Grant employee who reviewed the audiotapes of Grant's sales to the ISO "took minimal notes to facilitate the review process, but discarded those notes when his review was complete." A true and correct copy of the August 14, 2006 letter from Grant's counsel is attached hereto as Exhibit "B." (Grant's counsel also stated in this letter that some purportedly privileged documents relating to the audiotape review also exist.) Grant has not produced any documents generated during its review of the audiotapes of calls between representatives of Grant and representatives of the ISO.

8. True and correct copies of various Dispatchers Real Time Logs produced by Grant, and which are referenced in the California Parties' Memorandum of Points and Authorities in Support of their Consolidated Opposition to the Motion, are attached hereto as Exhibit "C."

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed this 18th day of August, 2006 at Los Angeles, California.

[signature]

JAY E. SMITH

DATED: August 18, 2006

Respectfully submitted,

STEPTOE & JOHNSON LLP

By: /s/ Jay E. Smith
JAY E. SMITH

Attorneys for Southern California Edison Company

[COUNSEL OF RECORD]

RUSSELL C. SWARTZ (SBN 078360)
LEON BASS (SBN 127403)
SOUTHERN CALIFORNIA EDISON
2244 Walnut Grove Ave
Rosemead, CA 91770
Telephone: (626) 302-1212
Facsimile: (626) 302-3990
russell.swartz@sce.com
leon.bass@sce.com

Attorneys for Plaintiff Southern California Edison Company

DATED: August 18, 2006

HELLER EHRMAN LLP

By: /s/ Marie L. Fiala (authorized on 8/18/06)
MARIE l. FIALA

Attorneys for Pacific Gas and Electric Company

[ADDITIONAL COUNSEL OF RECORD]

STAN BERMAN (WA BAR NO. 29898)
PEGGY J. WILLIAMS (WA BAR NO. 11281)
LISA D. HARDIE (WA BAR NO. 35708)
HELLER EHRMAN LLP
701 Fifth Ave, Suite 6100
Seattle, WA 98104-7098
Telephone: (206) 447-0900
Facsimile: (206) 447-0849
stan.berman@hellerehrman.com
peggy.williams@hellerehrman.com
lisa.hardie@hellerehrman.com

Attorneys for Plaintiff
Pacific Gas and Electric Company

August 18, 2006

HENNIGAN, BENNETT & DORMAN LLP

By: /s/ Robert W. Mockler
ROBERT W. MOCKLER

Attorneys for San Diego Gas & Electric Company

[COUNSEL OF RECORD]

J. Michael Hennigan (SBN 59491)
Laura Lindgren (SBN 82332)
Robert W. Mockler (SBN 200200)
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2800
Los Angeles, CA 90017
Telephone: (213)694-1200
Facsimile: (213)694-1234
hennigan@hbdlawyers.com
lindgrenl@hbdlawyers.com
mocklerr@hbdlawyers.com

Attorneys for Plaintiff San Diego Gas & Electric Company

DATED: August 18, 2006

CALIFORNIA ELECTRICITY OVERSIGHT BOARD

By: /s/ Steven Russo (as authorized on 8/18/06)
STEVEN RUSSO

Attorneys for California Electricity Oversight Board

[COUNSEL OF RECORD]

ERIK N. SALTMARSH (CA BAR NO. 156919)
STEVEN BENITO RUSSO (CA BAR NO. 104858)
CALIFORNIA ELECTRICITY OVERSIGHT BOARD
770 L Street, Suite 1250
Sacramento, CA 95814
Telephone: (916) 322-8601
Facsimile: (916) 322-8591
Steven.Russo@eob.ca.gov
esaltmarsh@eob.ca.gov

Attorneys for Plaintiff
California Electricity Oversight Board

# EXHIBIT A

# TO

# SMITH DECLARATION

STEPTOE & JOHNSON LLP

ATTORNEYS AT LAW

Jay E. Smith
213.439.9430
jsmith@steptoe.com

633 West Fifth Street
Suite 700
Los Angeles, CA 90071
Tel 213.439.9400
Fax 213.439.9599
steptoe.com

August 9, 2006

**Via U.S. MAIL and FACSIMILE**

Peter G. McAllen, Esq.
Jones Day
555 S. Flower Street
50th Floor
Los Angeles, CA 90071

**Re:** ***Pacific Gas and Electric Company, et al. v. AEPCO, Inc., et al.***
Eastern District Case No. 2:06-CV-00559-MCE-KJM

Dear Peter:

At his August 1st deposition, Mr. Culbertson testified that he recently asked Grant County PUD ("Grant") employee Steve Dietrich to review audiotapes of discussions between representatives of Grant and the California Independent System Operator Corp. ("CALISO") in November and December of 2000. In fact, Mr. Culbertson confirmed that his recent "corrections" to his declarations on file with the Court were directly based on new information uncovered by Mr. Dietrich during this review.

However, Mr. Culbertson did not know whether Mr. Dietrich generated any written materials (e.g., notes, transcriptions, spreadsheets, e-mails, etc.) in connection with his review. Accordingly, we hereby request that you either confirm that no such writings exist or promptly produce them. Writings that discuss the content of the audiotapes for this period (including, but not limited to, any verbatim tape transcriptions) indisputably fall within the scope of plaintiffs' document requests authorized by the Magistrate Judge. Moreover, evidence of the traders' phone conversations is material to plaintiffs' opposition to Grant's pending Rule 12(b)(2) motion to dismiss.

Doc. #152100 v.1

Because plaintiffs' opposition papers for the Rule 12(b)(2) motion must be filed on August 18th, we request that you respond to this request – and, if applicable, produce copies of any extant writings - by not later than August 14th.

Thank you for your courtesy in this matter. Please let us know if you have questions.

Very truly yours,

STEPTOE & JOHNSON llp

Jay E. Smith

cc: Erin Burke, Esq. (via facsimile only)
Lawrence Riff, Esq. (via e-mail only)
Russell Cohen, Esq. (via e-mail only)
Cecilia Chan, Esq. (via e-mail only)
Laura Lindgren, Esq. (via e-mail only)
Steven Russo, Esq. (via e-mail only)

# EXHIBIT B

# TO

# SMITH DECLARATION

JONES DAY

555 SOUTH FLOWER STREET • FIFTIETH FLOOR • LOS ANGELES, CALIFORNIA 90071
TELEPHONE: 213-489-3939 • FACSIMILE: 213-243-2539

Direct Number: (213) 243-2792
kcwhite@jonesday.com

JP003787/2255036
893922-610001

August 14, 2006

Jay E. Smith, Esq.
Steptoe & Johnson
633 West Fifth Street, Suite 700
Los Angeles, California 90071

Re: *Pacific Gas and Electric Co., v. AEPCO, Inc., Case No. 2:06-CV-00559-MCE-KJM;* *San Diego Gas & Electric Co. v. AEPCO, Inc., Case No. 2:06-CV-00592-MCE-KJM*

Dear Mr. Smith:

I write in response to your letter to Peter McAllen of July 9, 2006, wherein you requested any written work product that was generated in connection with Steve Dietrich's review of the audio-taped phone conversations between Grant County and the California Independent System Operator in November and December 2000.[1]

No transcripts of the audio tapes exist. Mr. Dietrich took minimal notes to facilitate the review process, but discarded those notes when his review was complete. The only extant documents relating to this review are (i) the Notice of Errata, and related documents that Grant County filed with the Court on July 19, 2006; (ii) various documents and/or emails covered by the attorney-client communications privilege and/or the attorney work product doctrine, none of which is discoverable; and (iii) the audio tapes themselves, which, as we have previously advised you, are available for your review at Grant's offices.

Please let me know if you have any questions.

Very truly yours,

Kerry C. White

Kerry C. White

cc: Lawrence Riff, Esq. (via email only)
Russell Cohen, Esq. (via email only)
Cecilia Chan, Esq. (via email only)
Laura Lindgren, Esq. (via email only)

[1] Contrary to your assertion in the letter, Mr. Culbertson did not testify that "he recently asked … Steve Dietrich" to revew the audio tapes. *See* Deposition Transcript at 50:9-10. The review in question was carried out at the request of, and under the direction of counsel.

Steve Russo, Esq. (via email only)
Peter G. McAllen, Esq.
Erin L. Burke, Esq.

# EXHIBIT C

# TO

# SMITH DECLARATION

# Dispatchers Real Time Log

Date: Saturday, September 09, 2000(JD253)

(geh)
12 PURCHASED 30 MWS FROM AVA FOR HRS 02-0600 @ 80.0 MILLS(BILL).
514 PURCHASED 100 MWS FROM AVA HR 07 @ 80.0 MILLS.
(DMO)
610 PURCHASED 85 MWS FROM AVA FOR HOUR 0800 @ 80 MILS.
1420 REDUCED MCMN GENERATION FROM 6MWS TO 1MWS FOR HOURS 16-2200.
(geh)
1910 PURCHASED 25 MWS FROM AVA HR 2100 @ 100.0 MILLS (TFP)(BILL@AVA).
2010 PURCHASED 50 MWS FROM AVA HR 2200 @ 100.0 MILLS(CHUCK).
2011 MINI MUNIS GROSS REDUCED FROM 22 TO 16 MWS HR 22,AND FROM 4 TO 2 FOR HRS 23,2400(FLUERY@BPA).
2215 PURCHASED 25 MWS FROM AVA HR 2400 @ 75.0 MILLS(CHUCK).
2312 PURCHASED 50 MWS FROM AVA HR 0100 @ 85.0 MILLS(CHUCK).
2333 MINI MUNIS GROSS REDUCED TO 2 MWS FROM 4 HRS 01-06 AND 2 MWS FROM 10 HRS 07,08 PER DAN@BPA.

1604 PURCHASED 50 MWS OF TRANSMISSION FROM SNPD FOR HR 18 @ 2.25 MILS.

1656 EXCHANGE EWEB TO PSE 5 MWS FOR HRS 19-20.

1710 PURCHASED 50 MWS FROM BPA/BPA-SNPD/TEMU FOR HR 19 @ 75.0 MILS.(CENTRALIA)

1710 PURCHASED 50 MWS OF TRANSMISSION FROM SNPD FOR HR 19 @ 2.25 MILS.

(ar)

1810 PURCHASED 25 MWS FROM BPA/BPA-SNPD/TEMU FOR HR 2000, 50 MWS FOR HRS 2100 AND 2200 @ 75.0 MILS (CENTRALLIA) (BILL)

1810 PURCHASED 50 MWS FROM PPLM/BPA-SNPD FOR HRS 20 THRU 2400 @ 75.0 MILS (TIM)

1815 PURCHASED 25 MWS OF TRANSMISSION FROM SNPD FOR HR 2000, 50 MWS TRANSMISSION FOR 2100 AND 2200 HR @ 2.25 (FOR TEMU SCHEDULE)

1815 PURCHASED 50 MWS OF TRANSMISSION FROM SNPD FOR HRS 2000 THRU 2400 @ 2.25 MILS ( FOR PPLM SCHEDULE)



1934 POND TRANSFER 500 MWS FROM PSE/RRH TO PSE/WAPR FOR 2000 HR

2050 PURCHASED ADDITIONAL 25 MWS OF TRANSMISSION FROM SNPD FOR HRS 2300 AND 2400 @ 2.25 MILS (JOHN)—(FOR PPLM SCHEDULE)

2051 PURCHASED ADDITIONAL 25 MWS FROM PPLM/BPA-SNPD FOR HRS 2300 AND 2400 @ 75.0 MILS (TIM)

2117 PURCHASED 25 MWS FROM CHELAN/AVST FOR HRS 2300 AND 2400 @ 75.0 MILS

# Dispatchers Real Time Log

FEBRUARY 6, 2003 (JD-037)

(tat)
0032 POND XFER: 75 MWS FROM CH/RIS TO CH/RRH FOR HR 01. (TOM/AV)
0050 POND XFER: 125 MWS FROM DUG/WELLS TO DUG/RRH FOR HR 01. (JD)
0059 POND XFER: 300 MWS FROM PSE/WELLS TO PSE/RIS & 300 MWS FROM PSE/WELLS TO PSE/WAPR FOR HR 01. (MIKE)
0100 PURCHASED FROM PSE 50 MWS @ 32.0 MILS FOR HR 03. (MIKE)
0102 POND XFER: 300 MWS FROM PGE/WELLS TO PGE/WAPR FOR HR 01. (RANDY)
0138 POND XFER: 125 MWS FROM DUG/RRH TO DUG/WELLS FOR HR 02. (JD)
0200 PURCHASED FROM PSE 50 MWS @ 32.0 MILS FOR HR 04. (MIKE)
0307 SOLD PSE 50 MWS @ 35.0 MILS FOR HR 05. (MIKE)
0338 POND XFER: 100 MWS FROM CH/RIS TO CH/RRH FOR HR 04. (TOM/AV)
0415 SOLD PSE 50 MWS @ 35.0 MILS FOR HR 06. (MIKE)

(gh)
1011 DOUGLAS POND XFER: -100 DOPD/WELLS TO +100 OKPD/WELLS HR 1000 (SHELBY)
1412 SOLD AVA 50 MWS HR 1600 @ 38.0 MILLS (CHUCK) TO PASS WATER,WE HAVE NO COORDINATED EXCHANGE
1500 SOLD BCH/BPA/PWX 100 MWS @ 35.0 MILLS HR 17 (MIKE) TO PASS WATER,NO EXCHANGE
1501 SOLD CISO/BPA/CPS 100 MWS @ 40.0 MILLS HR 19 (TRACY) TO PASS WATER NO EXCHANGE
1502 PURCHASED 100 MWS OF NFST ON ACCN 682424 FOR HR 19 (HERB)
1543 SOLD BCH/BPA/PWX 150 MWS @ 35.0 MILLS HR 18 (MIKE) TO PASS WATER,NO EXCHANGE
16:07 PSE POND XFER: -300 PSE/RRH TO +300 PSE/RIS HR 16 (SAL)

(tat)
2113 SOLD EWEB/BPA 25 MWS @ 36.0 MILS FOR HRS 01 THRU 06. (CHUCK)
2116 SOLD PSE 75 MWS @ 36.0 FOR HRS 23 THRU 06. (MIKE)
2235 POND XFER: 100 MWS FROM PGE/WAPR TO PGE/RRH FOR HR 23.
2249 SOLD PNGC/BPA 25 MWS @ 36.0 MILS FOR HRS 01 THRU 04. (LISA)
2250 SOLD CHL 50 MWS @ 37.0 MILS FOR HRS 01 THRU 04. (ROB/AV)

NOTE: ALL THE ABOVE SALES WERE DUE TO NO CO-ORDINATED EXCHANGE

# Real Time Sales Log

## Saturday, February 08, 2003 (JD 039)

(kfn)
(mds)
08:57 POND TRANSFER 800 MWS FROM PSE/RRH TO PSE/WEL FOR HR 9 (SPENCER)
(kfn)

# Real Time Sales Log

## Sunday, February 09, 2003 (JD 040)

(kfn)
0427 POND XFER 200 FROM CH/RIS TO CH/RRH FOR HR 04. (DANA)
0425 SOLD PPW 100 MWS @ 48.0 MILS FOR HR 06. (JOHN)
(mds)
05:53 POND TRANSFER 100 MWS FROM CHPD/RRH TO CHPD/RIS FOR HR 6 (NAT)
08:09 PURCHASED PPOA/BPA (GRANT)/TCPC 40 MWS @ 43.5 MILS FOR HR 10 PURCHASED HNFT BC – US BORDER/GRANT (SUNNY)
08:39 **PURCHASED HNFT BC –US BORDER/GRANT 40 MWS FOR HR 10 (KENDAL)**
09:26 PURCHASED PPOA/BPA (GRANT)/TCPC 25 MWS @ 43.5 MILS FOR HR 11 (SUNNY)
09:26 **PURCHASED HNFT BC – US BORDER 25 MWS FOR HR 11 (TROY)**
10:23 PURCHASED PPOA/BPA (GRANT)/TCPC 30 MWS @ 43.5 MILS FOR HR 12 (SUNNY)
10:24 **PURCHASED HNFT BC – US BORDER 30 MWS FOR HR 12 (TROY)**
10:32 POND TRANSFER 100 MWS FROM CHPD/RIS TO CHPD/RRH FOR HR 11 (NAT)
11:07 PURCHASED PPOA/BPA (GRANT)/TCPC 40 MWS @ 43.5 MILS FOR HR 13 (SUNNY)
11:09 **PURCHASED HNFT BC – US BORDER/GRANT 40 MWS FOR HR 13 (TROY)**
11:31 POND TRANSFER 700 MWS FROM PSE/RRH TO PSE/WEL FOR HR 12 (SPENCER)
11:53 PURCHASEDPPW/PPM 20 MWS @ 43.5 MILS FOR HR 14 (RICHARD)
12:09 PURCHASED PPOA/BPA (GRANT)/TCPC 40 MWS @ 43.5 MILS FOR HR 14 (SUNNY)
12:21 **PURCHASED HNFT BC – US BORDER/GRANT 40 MWS FOR HR 14 (TROY)**
12:57 PURCHASED PPW/PPM 20 MWS @ 39.0 MILS FOR HR 15 (RICHARD)
13:50 PURCHASED PPW/PPM 30 MWS @ 38.0 MILS FOR HR 16 (RICHARD)
14:52 PURCHASED PPW/PPM 40 MWS @ 38.0 MILS FOR HR 17 (RICHARD)
15:09 SOLD NWMT/BPA (GRANT)/PRM 50 MWS @ 46.0 MILS FOR HR 17 (MIKE)
15:10 **PURCHASED HNFT GRANT/HOT SPRINGS 50 MWS FOR HR 17 (TROY)**
15:50 SOLD PSE 50 MWS @ 45.0 MILS FOR HR 18 (SPENCER)
15:52 PURCHASED PPW/PPM 10 MWS @ 42.0 MILS FOR HR 18 (RICHARD)
(kfn)
2210 PURCHASED PPW/PPM(STLNE) 24 MWS @ 39.0 MILS FOR HR 24. (BILL)

# Real Time Sales Log

## Monday, February 10, 2003 (JD 041)

(kfn)
0127 PURCHASED BPA/BPA/TEMU(CNTRLA) 25 MWS @ 37.0 MILS FOR HR 03. (PAM)
**0128 PURCHASED HNFST BPA ACCT# 623654 CNT/GT 25 MW HR 03. (KEVIN)**
0130 PURCHASED PPOA/BPA/TEMU 25 MWS @ 37.0 MILS FOR HR 04. (PAM)
PURCHASED BPA/BPA/TEMU(CNTRLA) 25 MWS @ 37.0 MILS FOR HR 04. (PAM)
**0132 PURCHASED HNFST BPA ACCT# 623654. CNT/GT 25 MW HR 04. (KEVIN)**
**PURCHASED HNFST BPA ACCT# 723631. BCH/GT 25 MW HR 04. (KEVIN)**
0251 PURCHASED PPOA/BPA/TEMU 25 MWS @ 37.0 MILS FOR HR 05. (PAM
PURCHASED BPA/BPA/TEMU(CNTRLA) 25 MWS @ 37.0 MILS FOR HR 05. (PAM)
**0253 PURCHASED HNFST BPA ACCT# 723621. BCH/GT 25 MW HR 05. (ALLEN)**
**PURCHASED HNFST BPA ACCT# 623654. CNT/GT 25 MW HR 05. (ALLEN)**

(tat)
0855 MINI MUNIES GROSS GEN CHANGED FROM 17 TO 10 MWS FOR HRS 11 THRU 22. (SANDY/BPA)
0857 COPD GROSS GEN CHANGED FROM 16 TO 25 MWS FOR HRS 19 & 20. (HERB)
**0900 BILATERAL EXCHANGE WITH CHELAN FOR HR 10. OVER GEN 21 MWS.**

**NOTE FOR GAIL!!: At 2300 HR TODAY PUT IN SCHEDULE FOR 1 MW FROM PUGET TO REPAY US FOR RESERVE SHARING. COST SHOULD BE ZERO INSTEAD OF 00.001........**

(tjw)
2110 MAX @ PSE CALLED CONCERNING A SCHEDULE INVOLVING 1 MW FROM PSE TO GRANT FOR HR 23 TO COVER FOR A RESERVE SHARING DEBT. HE STATED THAT IT SHOULD BE A MONETARY FIQURE.
AFTER READING GREGS MEMO I TOOK THE SCHEDULE TO 0 AT MAX'S REQUEST.

# Real Time Sales Log

## TUESDAY FEBRUARY 11, 2003 (JD-042)

(tjw)

(tat)
0643 SOLD AVA 15 MWS OF RESERVES @ 5.0 MILS FOR HR 08. 50.0 MILS HIT (TOM)

**0826 NOTE FOR GAIL!! SCHEDULE ENTERED FOR 2300 HR FROM**
**PSE**

**TO GRT FOR 1 MW. IS REPAYMENT FOR RESERVE SHARING THAT THEY RECEIVED. ENTERED AS 0.001 SHOULD BE ZERO...**

1516 PURCHASED 125 MWS @ 45.0 MILS FROM PCW FOR HR 17. (MIKE)
(tjw)
1900 PURCHASE FROM PPW/PPM (stateline), 3 MWS @ 45.0 MILS FOR HR 21. (BILL)
2312 PURCHASE FROM AVA (WWP), 25 MWS @ 43.0 MILS FOR HR 01. (JENNIFER)

# Real Time Sales Log

**Date: Wednesday, February 12, 2003(jd-43)**

(tjw)
0456 PURCHASE FROM PGE, 100 MWS @ 43.0 MILS FOR HR 6. (CHRIS)

(kfn)
1217 PURCHASED PPOA/BPA/TCPTC 25 MWS @ 46.0 MILS FOR HR 14. (CONNER)
**1223 PURCHASED HNFST BPA ACCT# 723631. BCH/GT 25 MW HR 14.(ROBIN)**
1318 PURCHASED PPOA/BPA/TCPTC 25 MWS @ 46.0 MILS FOR HR 15. (CONNER)
**1321 PURCHASED HNFST BPA ACCT# 723631. BCH/GT 25 MW HR 15.(ROBIN)**
1422 POND XFER 300 FROM CH/RIS TO CH/RRH FOR HR 14. (ROB)

(tat)
1823 PURCHASEDPPOA/BPA/TCPTC 25 MWS @ 47.0 MILS FOR HR 20. (TODD)
**1828 PURCHASED HNFST BPA ACCT #723631 BCH/GT 25 MWS HR 20. (GAYLAND)**
1857 PURCHASED 3 MWS @ 47.0 MILS PCW/PCW/PPM FOR HR 21. (BILL)
1858 PURCHASED PPOA/BPA/TCPTC 25 MWS @ 47.0 MILS FOR HR 21. (TODD)
**1909 PURCHASED HNFST BPA ACCT #723631 BCH/GT 25 MWS HR 21, (GAYLAND)**
1956 PURCHASED PPOA/BPA/TCPTC 25 MWS @ 47.0 MILS FOR HR 22. (TODD)
2003 PURCHASED 3 MWS @ 47.0 MILS PCW/PCW/PPM FOR HR 22. (BILL)
2008 PURCHASED 10 MWS @ 47.0 MILS GHPD/BPA/PRM FOR HR 22. (CHARISE)
2011 PURCHASED 20 MWS @ 47.0 MILS NWMT/BPA NWDS (PRM) FOR HR 22.
**2014 PURCHASED HNFST BPA ACCT #723631 BCH/GT 25 MWS HR 22 (GAYLAND)**
2056 PURCHASED PPOA/BPA/TCPTC 25 MWS @ 44.0 MILS FOR HR 23 (TODD)
2106 PURCHASED 6 MWS @ 45.0 MILS PCW/PCW/PPM FOR HR 23 (BILL)
**2114 PURCHASED HNFST BPA ACCT #723631 BCH/GT 25 MWS HR 23 (GAYLAND)**
2115 PURCHASED 75 MWS @ 45.0 MILS TCL/BPA FOR HR 23. (MARK)
2157 PURCHASED PPOA/BPA/TCPTC 25 MWS @ 44.0 MILS FOR HR 24 (TODD)
**2158 PURCHASED HNFST BPA ACCT #723631 BCH/GT 25 MWS HR 24 (GAYLAND)**
2211 PURCHASED 25 MWS @ 45 MILS TCL/BPA FOR HR 24 (MARK)



GRT001736

# Dispatchers Real Time Log

## THURSDAY FEBRUARY 13, 2003 (JD-044)

(tat)
0107 PURCHASED 3 MWS @ 43.0 MILS PCW/PCW/PPM FOR HR 03. (BILL)
0155 PURCHASED 7 MWS @ 43.0 MILS PCW/PCW/PPM FOR HR 04. ( BILL)
0501 PURCHASED 50 MWS @ 47.0 MILS BPA/BPA/TEMU (CENTRILIA) HR 07.
**0503 PURCHASED HNFST BPA ACCT #623654 CENT/GT FOR HR 07.**
(kfn)
0605 PURCHASED PPW/PPW/PPM 3 MWS @ 47.0 MILS FOR HR 08. (BILL)
0608 PURCHASED SNPD/BPA 50 MWS @ 47.0 MILS FOR HR 08. (WILL)
0618 PURCHASED PPOA/BPA/TCPTC 40 MWS @ 47.0 MILS FOR HR 08. (CONNER)
**0623 PURCHASED HNFST BPA ACCT# 723631. BCH/GT 40 MWS HR 08.(CHUCK)**
0716 PURCHASED EWEB/BPA 50 MWS @ 47.0 MILS FOR HRS 10 THRU 20.(CHUCK)
**0720 PURCHASED HNFST BPA ACCT# 623703. EWEB/GT 50 MWS HRS 10-20.(MIKE)**
0728 PURCHASED TCL 20 MWS @ 47.0 MILS FOR HR 09. (TONY)
0752 PURCHASED KFG/BPA/PPM 8 MWS @ 47.0 MILS FOR HRS 10 THRU 16.(CHIP)
**0756 PURCHASED HNFST BPA ACCT# 850702 JD/GT. 8 MW HRS 10-16. (ROBIN)**
0952 PURCHASED PPOA/BPA/TCPTC 40 MWS @ 47.0 MILS FOR HR 12. (CONNER)
**0954 PURCHASED HNFST BPA ACCT# 723631. BCH/GT 40 MWS HR 12.(DENNIS)**
1122 PURCHASED PPOA/BPA/TCPTC 30 MWS @ 47.0 MILS FOR HR 13. (CONNER)
**1123 PURCHASED HNFST BPA ACCT# 723631. BCH/GT 30 MWS HR 13.(BRIAN)**
1202 SOLD PPW 100 MWS SPNG RSVRS @ 5.0 MILS STRK 57.5 MILS HR 14. (MIKE)
1216 PURCHASED PPOA/BPA/TCPTC 40 MWS @ 47.0 MILS FOR HR 14. (CONNER)
**1217 PURCHASED HNFST BPA ACCT# 723631. BCH/GT 40 MWS HR 14.(CHUCK)**
(mds)
19:14 PURCHASED AVWPOO 50 MWS @ 47.0 MILS FOR HR 21 (BILL)
20:03 PURCHASED AVWPOO 50 MWS @ 47.0 MILS FOR HR 22 (BILL)
21:48 POND TRANSFER 1000 MWS FROM PSE/RRH TO PSE/WAPR FOR HR 22 (MAX)
22:24 PURCHASED NWMT/BPA (GRANT)/BPA (PPLM) 15 MWS @ 43.0 MILS FOR HRS 1 – 5 (DEB)
**22:32 PURCHASED HNFT HOT SPRINGS/GRANT 15 MWS FOR HRS 1 – 5 (KENDAL)**
23:09 PURCHASED IPC/BPA 10 MWS @ 42.0 MILS FOR HRS 1 – 5 (FRANK)
**23:10 PURCHASED HNFT LAGRANDE/GRANT 10 MWS FOR HRS 1 – 5 (ANGIE)**



GRT001737

# Real Time Sales Log

FRIDAY FEBRUARY 14,2003 (JD045)

(mds)
04:49 PURCHASED PPW/PPM 24 MWS @ 43.0 MILS FOR HR 7 (BILL)
05:23 PURCHASED PSE 45 MWS @ 43.0 MILS FOR HR 7 (MAX)
(tjw)
0600 PURCHASE FROM PPW/PPM (State line) 14 MWS @ 46.0 MILS FOR HR 08. (BILL)
0604 PURCHASE FROM KFG/BPA/PPM, 8 MWS @ 47.0 MILS FOR HR 08. (STEVE)
**0611 PURCHASE OF NFST, (acc #823604), 8 MWS FOR HR 08. (ROBIN)**
0614 PURCHASE FROM PSE, 50 MWS @ 43.0 MILS FOR HR 08. (LISA)
0658 PURCHASE FROM PPW/PPM (state line) 10 MWS @ 46.0 MILS FOR HR 09.
0810 PURCHASE FROM PSE, 100 MWS @ 43.0 MILS FOR HR 10. (LISA)
0934 POND XFER, 400 MWS FROM PSE/RRH TO PSE/RIS FOR HR 10. (LISA)
1006 PURCHASE FROM PPOA/BPA/TCPTC, 40 MWS @ 43.0 MILS FOR HR 12. (DARREL)
**1013 PURCHASE OF NFST, (acc #723631) 40 MWS FOR HR 12. (ROBIN)**
1107 PURCHASE FROM PPOA/BPA/TCPTC, 40 MWS @ 43.0 MILS FOR HR 13. (CONNER)
**1109 PURCHASE OF NFST, (acc #723631) 40 MWS FOR HR 13. (ROBIN)**
1210 PURCHASE FROM PSE, 100 MWS @ 43.0 MILS FOR HR 14. (LISA)
1218 PURCHASE FROM PPOA/BPA/TCPTC, 30 MWS @ 40.0 MILS FOR HR 14. (CONNOR)
**1243 PURCHASE OF NFST, (acc #723631), 40 MWS FOR HR 14. (ROBIN)**
1305 PURCHASE FROM PSE, 100 MWS @ 40.0 MILS FOR HR 15. (LISA)
1354 PURCHASE FROM PPOA/BPA/TCPTC, 40 MWS @ 40.0 MILS FOR HR 16.
**1355 PURCHASE OF NFST, (acc #723631), 40 MWS FOR HR 16. (ROBIN)**
1534 POND XFER OF 500 MWS FROM PSE/RRH TO PSE/RIS FOR HR 16. (LISA)
1547 POND XFER OF 200 MWS FROM CH/RIS TO CH/RRH FOR HR 16. (DANA)
(tat)
1754 PURCHASED 45 MWS FROM BENTON, 25 MWS FROM FRANKLIN & 40 MWS FROM GRAYS HARBOR @ 42.0 MILS FOR HR 20. (IRVIN/PRM)
1759 PURCHASED 50 MWS @ 40.0 MILS PPOA/BPA/TCPTC FOR HR 20. (TODD)
**1801 PURCHASED HNFST BPA ACCT #723631 BCH/GRT FOR HR 20. (NATHAN)**
1849 PURCHASED 75 MWS @ 41.0 MILS PPLM/BPA FOR HRS 21 & 22. (DEB)
**1851 PURCHASED HNFST BPA ACCT #636131 MONTANA/GRT FOR HRS 21 & 22 (NATHAN)**
1853 PURCHASED 25 MWS FROM BENTON, 20 MWS FROM FRANKLIN & 30 MWS FROM GRAYS HARBOR @ 42.0 MILS. (IRVIN)

# Dispatchers Real Time Log

## SATURDAY FEBRUARY 15, 2003 (JD-046)

(tat)
0233 POND XFER: 100 MWS FROM CH/RIS TO CH/RRH FOR HR 03. (TOM/AV)
0445 PURCHASED 100 MWS @ 35.0 MILS FROM PSE FOR HR 07. (SAUL)
0604 PURCHASED 125 MWS @ 35.0 MILS FROM PSE FOR HR 08. (LISA)
0714 PURCHASED 50 MWS @ 35.0 MILS FROM PSE FOR HR 09. (LISA)
0849 PURCHASED 50 MWS @ 37.0 MILS FROM PPOA/BPA/TCPTC FOR HR 11 (ALAN)
0852 **PURCHASE HNFST BPA ACCT #723631 BCH/GRT FOR HR 11. (HOLLY)**
0940 POND XFER: 150 MWS FROM CH/RRH TO CH/RIS FOR HR 10. (CHUCK/AV)
1349 POND XFER: 400 MWS FROM PSE/RRH TO PSE/WAPR FOR HR 14. (LISA)
1443 PURCHASED 25 MWS @ 32.0 MILS FROM AVST/WWP FOR HR 1600 (JENNIFER)
1536 POND XFER: 600 MWS FROM PSE/RRH TO PSE/WAPR FOR HR 17 (LISA)
2002 POND XFER: 300 MWS FROM PSE/RRH TO PSE/RIS FOR HR 20. (SAUL)
2103 PURCHASED BPA/BPA/TEMU (CENTRAILIA) 75 MWS FOR HR 23 & 50 MWS FOR HR 24 @ 37.0 MILS. (MAURY)
2110 **PURCHASED HNFST BPA ACCT #623654 CENT/GRT FOR HRS 23 & 24. (CAROL)**



GRT001739

# Dispatchers Real Time Log

## SUNDAY FEBRUARY 16, 2003 (JD-047)

(tat)

(tjw)
0730 POND XFER, 300 MWS FROM PSE/RRH TO PSE/WAPR FOR HR 08. (LISA)
1124 POND XFER, 400 MWS FROM PSE/RRH TO PSE/WAPR FOR HR 11. (LISA)
1236 POND XFER, 150 MWS FROM PSE/RRH TO PSE/RIS FOR HR 13. (LISA)
1236 POND XFER, 200 MWS FROM PSE/RRH TO PSE/WAPR FOR HR 13. (LISA)
1710 SALE TO CH/AVA, REQUEST (emerg) 40 MWS @ 38.0 MILS FOR HR 18. (DANA)
1720 POND XFER, 300 MWS FROM PSE/WEL TO PSE/WAPR FOR HR 17. (LISA)

(tat)
1850 POND XFER: 200 MWS FROM CH/RIS TO CH/RRH FOR HR 19. (STACEY)

# Dispatchers Real Time Log

## MONDAY FEBRUARY 17, 2003

(tat)
0404 POND XFER: 100 MWS FROM CH/RIS TO CH/RRH FOR HR 04. (STACEY)
(mds)
06:49 PURCHASED PPW/PPM 15 MWS @ 38.5 MILS FOR HR 9 (BILL)
07:07 PURCHASED PPOA/BPA/TCPC 10 MWS @ 37.0 MILS FOR HR 9 (TODD)
07:12 **PURCHASED HNFT BC – US BORDER/GRANT 10 MWS FOR HR 9 (BOB)**
08:02 PURCHASED PPW/PPM 10 MWS @ 38.5 MILS FOR HR 10 (BILL)
10:58 POND TRANSFER 500 MWS FROM PSE/RRH TO PSE/WAPR FOR HR 11 (LISA)
17:13 SOLD PPW 100 MWS OF SPINNING RESERVE FOR HR 18 @ 5.0 MILS IF CALLED UPON PRICE WILL BE SET @ CURRENT HOUR PRICE (GARY)
(gh)
23:09 PURCHASED 10 MWS @ 37.0 MILLS FROM FRPD/BPA FOR HR 0100 TUESDAY FEB 18 2003 (SHARISA)
23:15 PURCHASED 30 MWS @ 37.0 MILLS FROM CH/AVST/BPA @ LANCASTER HR 0100 (STACY)
23:59 PURCHASED 40 MWS @ 37.0 MILLS FROM CH/AVST/BPA @ LANCASTER HR 0200 (STACY)

# Real Time Sales Log

Date:
TUESDAY FEBRUARY 18, 2003 (JD-49)

(gh)
01:02 PURCHASED 40 MWS @ 37.0 MILLS FROM CH/AVST/BPA @ LANCASTER FOR HR 0300 (STACEY)
02:07 PURCHASED 40 MWS @ 37.0 MILLS FROM CH/AVST/BPA @ LANCASTER FOR HR 0400 (STACEY)

(mds)
05:58 PURCHASED PPW/PPM 36 MWS @ 39.0 MILS FOR HR 8 (CHIP)
06:58 PURCHASED PPW/PPM 23 MWS @ 40.0 MILS FOR HR 9 (BILL)
08:10 PURCHASED PPW/PPM 19 MWS @ 41.0 MILS FOR HR 10 (BILL)
08:14 PURCHASED PPOA/BPA/TCPC 25 MWS @ 40.0 MILS FOR HR 10 (TODD)
08:17 **PURCHASED HNFT BC – US BORDER 25 MWS FOR HR 10 (ZENA)**
09:03 PURCHASED PPW/PPM 6 MWS @ 42.0 MILS FOR HR 11 (BILL)
09:04 PURCHASED PPOA/BPA/TCPC 25 MWS @ 40.0 MILS FOR HR 11 (TODD)
09:16 **PURCHASED HNFT BC – US BORDER 25 MW FOR HR 11 (ZENA)**
10:04 PURCHASED PPOA/BPA/TCPC 25 MWS @ 40.0 MILS FOR HR 12 (TODD)
10:05 PURCHASED PPW/PPM 11 MWS @ 42.0 MILS FOR HR 12 (BILL)
10:13 **PURCHASED HNFT BC – US BORDER 25 MWS FOR HR 12 (ZENA)**
10:57 PURCHASED PPOA/BPA/TCPC 25 MWS @ 40.0 MILS FOR HR 13 (TODD)
10:57 **PURCHASED HNFT BC – US BORDER 25 MWS FOR HR 13 (KELLY)**
11:46 POND TRANSFER 100 MW FROM CHPD/RRH TO CHPD/RIS FOR HR 12 (NAT)
15:07 SOLD BCH/BPA/PWX 100 MWS @ 57.0 MILS FOR HR 18 (MARK)

(gh)
19:46 PSE POND XFER:-500 MWS PSE/RRH TO +500 PSE/WAPR HR 20 (MAX)
23:30 PURCHASED 20 MWS @ 40.0 MILLS FOR HRS 01-0600 WEDNESDAY 19 FEBRUARY 2003 FROM BPA/BPA/AVSTE.THIS ENERGY WILL BE GENERATED AT WEST KOOTENAI SO WE USED BPA AS THE SOURCE TAG # L766 WE COULD HAVE USED BCHYDRO AS THE SOURCE.IF THERE IS A PREFERENCE PLEASE LET US KNOW VIA GROUPWISE(THIS ENERGY WAS PURCHASED FROM ERIN @ AVISTA ENERGY DIRECTLY NOT CHELAN)



GRT001742

# Real Time Sales Log

## WEDNESDAY FEBRUARY 19, 2003 (JD-050)

(gh)

(tat)
0812 PURCHASED 33 MWS @ 45.0 MILS BPA/BPA/TEMU (CENTRAILIA) FOR HR 10. (ARLA)
**0817 PURCHASED HNFST FOR HR 10. BPA ACCT #623654, CENTRAILIA/GRT (TROY)**
0859 PURCHASED 22 MWS FOR HR 11, 58 MWS FOR HR 12 @ 45.0 MILS BPA/BPA/TEMU (CENTRAILIA). (ARLA)
**0903 PURCHASED HNFST FOR HRS 11 & 12. BPA ACCT #623654, CENT/GRT (TROY)**
1059 PURCHASED 25 MWS HR 13, 28 MWS HR 14, & 27 MWS HR 15, @ 45.0 MILS BPA/BPA/TEMU (CENTRAILIA) (ARLA)
1110 PURCHASED 20 MWS @ 43.0 MILS, PPOA/BPA/TCPTC FOR HR 13. (ALAN)
**1120 PURCHASED HNFST FOR HRS 13, 14, & 15 BPA ACCT #623654 CENT/GRT & HNFST HR 13, BPA ACCT #723631 BCH/GRT (TROY)**
1359 PURCHASED 26 MWS @ 46.0 MILS FOR HR 16. BPA/BPA/TEMU (CENT) (ARLA)
**1401 PURCHASED HNFST FOR HR 16. BPA ACCT #623654 CENT/GRT (TROY)**
1504 PURCHASED 20 MWS @ 46.0 MILS FOR HR 17. BPA/BPA/TEMU (CENT) (ARLA)
1516 PURCHASED 8 MWS @ 47.0 MILS FOR HR 17. PCW/PCW/PPM (STEVE)
**1523 PURCHASED HNFST FOR HR 17. BPA ACCT #623654 CENT/GRT (CHUCK)**
1552 PURCHASED 20 MWS @ 46.0 MILS FOR HR 18. BPA/BPA/TEMU(CENT) (ARLA)
**1558 PURCHASED HNFST FOR HR 18. BPA ACCT #623654 CENT/GRT (CHUCK)**
1559 POND XFER: 200 MWS FROM PSE/RRH TO PSE/RIS & 200 MWS FROM PSE/RRH TO PSE/WAPR FOR HR 16. (MIKE)
1609 PURCHASED 6 MWS @ 47.0 MILS FOR HR 18. PCW/PCW/PPM (STEVE)
1624 PURCHASED 29 MWS @ 45.0 MILS FOR HR 18. PPOA/BPA/TCPTC (ALAN)
**1626 PURCHASED HNFST FOR HR 18. BPA ACCT #723631 BCH/GRT (TROY)**
1701 PURCHASED 20 MWS @ 46.0 MILS FOR HR 19. BPA/BPA/TEMU(CENT/CALVIN)
1715 PURCHASED 5 MWS @ 47.0 MILS FOR HR 19. PCW/PCW/PPM (STEVE)
**1720 PURCHASED HNFST FOR HR 19. BPA ACCT #623631 BCH/GRT (TROY)**
(tjw)
1807 PURCHASE FROM PPW/ICP/PPMI, 11 MWS @ 47.0 MILS FOR HR 20. (STEVE)
1811 PURCHASE FROM BPA/BPA/TEMU (Cent), 20 MWS @ 46.0 MILS FOR HRS 20/21.(TRAVIS)
**1814 PURCHASE HNFST FOR HR 20/21, BPA acct #623654 CENT/GRT. (ALAN)**
1823 PURCHASE FROM PPOA/BPA/TCPTC, 30 MWS @ 45.0 MILS FOR HR 20. (CONNOR)
**1825 PURCHASED HNFST FOR HR 20, BPA ACCT #723631 BCH/GRT (ALAN)**
1902 PURCHASE FROM PPW/ICP/PPMI, 15 MWS @ 47.0 MILS FOR HR 21. (CHIP)
1923 PURCHASE FROM PPOA/BPA/TCPTC, 30 MWS @ 45.0 MILS FOR HR 21. (CONNOR)
**1925 PURCHASED HNFST FOR HR 21, BPA ACCT #723631 BCH/GRT (ALAN)**
1957 PURCHASE FROM BPA/BPA/TEMU (cent), 80 MWS @ 45.0 MILS FOR HR 22. (CALVIN)
2001 PURCHASE FROM PPW/ICP/PPMI (Stateline), 24 MWS @ 46.0 MILS FOR HR 22.(CHIP)
**2024 PURCHASE HNFST FOR HR 22, BPA acct #623654 CENT/GRT. (ALAN)**

# Real Time Sales Log

**Date: Thursday, February 20, 2003 (JD-51)**

(tjw)
0339 PURCHASE FROM BPA/BPA/TEMU (Cent), 30 MWS @ 42.0 MILS FOR HR 06. (CALVIN)
**0340 PURCHASE OF NFST, 30 MWS HR 06, CENT TO GRT (acc#623654)**
0438 POND XFER OF 200 MWS FROM CH/RRH TO CH/RIS FOR HR 05. (STACY)

(tat)
0715 PURCHASED 125 MWS @ 47.0 MILS FROM PSE FOR HR 09. (MIKE)
0757 PURCHASED 45 MWS @ 47.0 MILS, PCW/PCW/PPM FOR HR 10. (MATTHEW)
0803 PURCHASED 100 MWS @ 47.0 MILS FROM PSE FOR HR 10. (MIKE)
0838 POND XFERS: 200 MWS FROM PSE/WAPR TO PSE/WELLS, 200 MWS FROM PSE/RIS TO PSE/WELLS & 200 MWS FROM PSE/RRH TO PSE/WELLS FOR HR 09. (MIKE)
0854 PURCHASED 38 MWS @ 47.0 MILS, PCW/PCW/PPM FOR HR 11. (MATTHEW)
0901 PURCHASED 110 MWS @ 47.0 MILS FROM PSE FOR HR 11. (MIKE)
0906 PURCHASED 25 MWS @ 45.0 MILS, BPA/BPA/TEMU (CENT) HRS 11 & 12 (ARLA)
**0914 PURCHASED HNFST FOR HRS 11 & 12, BPA ACCT #623654 CENT/GRT. (ANGIE)**
0957 PURCHASED 48 MWS @ 47.0 MILS, PCW/PCW/PPM FOR HR 12. (MATTHEW)
1012 PURCHASED 20 MWS @ 45.0 MILS, PPOA/BPA/TCPTC FOR HR 12. (ALAN)
**1015 PURCHASED HNFST FOR HR 12, BPA ACCT #723631 BCH/GRT (ANGIE)**
1049 PURCHASED 20 MWS @ 45.0 MILS, BPA/BPA/TEMU (CENT) HR 13. (ARLA)
1050 PURCHASED 46 MWS @ 47.0 MILS, PCW/PCW/PPM FOR HR 13. (MATTHEW)
**1126 PURCHASED HNFST FOR HR 13, BPA ACCT #623654 CENT/GRT (ANGIE)**
1157 PURCHASED 52 MWS @ 47.0 MILS, PCW/PCW/PPM FOR HR 14. (MATTHEW)
1203 PURCHASED 10 MWS @ 45.0 MILS, BPA/BPA/TEMU (CENT) HR 14. (ARLA)
**1220 PURCHASED HNFST FOR HR 14, BPA ACCT #623654 CENT/GRT (TROY)**
1256 PURCHASED 50 MWS @ 47.0 MILS, PCW/PCW/PPM FOR HR 15. (MATTHEW)
1319 PURCHASED 50 MWS @ 45.0 MILS, PPOA/BPA/TCPTC FOR HR 15. (ALAN)
**1326 PURCHASED HNFST FOR HR 15, BPA ACCT #723631 BCN/GRT (TROY)**
1357 PURCHASED 50 MWS @ 47.0 MILS, PCW/PCW/PPM FOR HR 16. (MATTHEW)
1448 POND XFER: 100 MWS FROM CH/RIS TO CH/RRH FOR HR 15. (CATHY/AV)
1502 PURCHASED 50 MWS @ 47.0 MILS, PCW/PCW/PPM FOR HR 17. (MATTHEW)
1554 PURCHASED 48 MWS @ 47.0 MILS, PCW/PCW/PPM FOR HR 18. (MATTHEW)
1701 PURCHASED 54 MWS @ 47.0 MILS, PCW/PCW/PPM FOR HR 19. (KEVIN)
1720 SOLD PGE 35 MWS @ 52.0 MILS FOR HR 19. (WAYNE)
(tjw)
1753 PURCHASE FROM PPW/PCW/PPM, 46 MWS @ 47 MILS FOR HR20. (MATTHEW)
1909 PURCHASE FROM PPW/PCW/PPM, 40 MWS @ 47 MILS FOR HR 21. (SHAREE)
1956 PURCHASE FROM PPW/PCW/PPM, 47 MWS @ 47 MILS FOR HR 22. (SHAREE)
2008 PURCHASE FROM PSE, 50 MWS @ 46 MILS FOR HR 22. (MAXINE)
2047 PURCHASE FROM EWEB,BPA, 15 MWS @ 40.0 MILS FOR HR 24. (JOHN)
2050 **PURCHASE OF NFST FROM BPA, (acc# 623703), 15 MWS FOR HR 24.** (DANIELLE)

# Real Time Sales Log

## Friday, February 21, 2003(JD-052)

(tjw)
0308 SALE TO PSE. 60 MWS (int 50) @ 35.0 MILS FOR HR 04. (MAX)
0438 PURCHASE FROM PSE, 100 MWS @ 46.0 MILS FOR HR 07. (MAX)
543 POND XFER OF 130 MWS FROM CH/RRH TO CH/RIS FOR HR 06. (STACY)
(gh)

(tat)
(mds)
22:11 POND TRANSFER 400 MWS FROM PSE/RRH TO PSE/WAPR FOR HR 22 (MIKE)

# Real Time Sales Log

SATURDAY FEBRUARY 22,2003 (JD 053)

(mds)
03:25 POND TRANSFER 200 MWS FROM CHPD/RIS TO CHPD/RRH FOR HR 4 (ROB)
(tjw)
1206 PURCHASE FROM PPOA/BPA/TCPTC, 25 MWS @ 43.0 MILS FOR HR14. (TODD)
**1213 PURCHASE OF NFST, B.C BORDER TO GRANT (acc#723631),25 MWS FOR HR 14**
1343 PURCHASE FROM PSE, 50 MWS @ 43.0 MILS FOR HR 15. (SAL)
1408 PURCHASE FROM PSE, 100 MWS @ 43.0 MILS FOR HR 16. (SAL)
1511 PURCHASE FROM PSE, 50 MWS @ 43.0 MILS FOR HR 17. (SAL)
(mds)
2018 PURCHASED FROM PPW/PPM 6 MWS @ 43.0 MILS FOR HR 22 (STEVE)

# Real Time Sales Log

SUNDAY FEBRUARY 23,2002 (JD054)

(mds)
00:16 PURCHASED PSE 25 MWS @ 42.0 MILS FOR HR 2 (MIKE)
02:03 POND TRANSFER 120 MWS FROM CHPD/RIS TO CHPD/RRH FOR HR 2 (TOM)
05:05 PURCHASED PSE 45 MWS @ 43.0 MILS FOR HR 7 (MIKE)
(gh)
14:59 TALKED WITH DAVE LOVIN AT HEPPNER;THEY PLAN ON BRINGING THE PLANT ONLINE BY 1800 WITH 2 MWS,4 MWS AT 19,AND 8 MWS THROUGH 2400.DOROTHY PUT THIS SAME SCHEDULE IN CWI AND BPAT HAS BEEN NOTIFIED.
17:16 SOLD CH/AV 20 MWS @ 60.0 MILLS FOR HR 1900 (HEATHER)
(mds)
18:01 SOLD CHPD/AVA ADDITIONAL 50 MWS @ 60 MILS FOR HR 19 (TOM)
18:10 SOLD PPW 50 MWS @ 65.0 MILS FOR HR 20 (MARLIN)
18:38 NOTIFIED BY DAVE LOVIN (HEPPNER GEN.) THE PLANT IS OFF LINE – LOST A PUMP. REMOVED REAL TIME SCHEDUALE AND NOTIFIED DORTHY. SCHEDUALE CUT TO ZERO FOR HRS 21 – 24
20:35 POND TRANSFER 700 MWS FROM PSE/RRH & 100 MWS FROM PSE/RIS TO PSE/WAPR FOR HR 21 (MIKE)

# Real Time Sales Log

MONDAY FEBRUARY 24,2003 (JD055)

(mds)
02:30 SOLD PPW 25 MWS @ 62.0 MILS FOR HR 6 (MARLIN)
03:01 SOLD PGE 25 MWS @ 58.0 MILS FOR HR 5 (KEN)
05:05 SOLD PPW 25 MWS @ 67.0 MILS FOR HR 7 (MARLIN)
05:25 SOLD PPW 25 MWS @ 70.0 MILS FOR HR 8 (MARLIN)
(tjw)
0622 SALE TO PNGC/BPA/PNGC, 50 MWS @ 72.0 MILS FOR HR 09. (MARGE)
0704 PURCHASE FROM PPOA/BPA/TCPTC, 29 MWS @ 67.0 MILS FOR HR 09.
0717 PURCHASE OF NFST FROM BPA, (acc# 723631) BCH TO GRT, HR 09
0720 SALE TO NWDS/BPA/PRM, 25 MWS @ 75.0 MILS FOR HR 10. (JOSH)
0722 PURCHASE OF NFST FROM BPA, (acc# 623129) GRT TO MPC, HR 10
0724 SALE TO IPC/BPA/IPCM, 35 MWS @ 75.0 MILS FOR HR 09. (TODD)
0730 PURCHASE OF NFST FROM BPA, (20MWS Acc#734694),(15 MWS Acc# 623129), GRT TO IPC, HR 09. (ROBIN)
0814 SALE TO IPC/BPA/IPCM, 35 MWS @ 75.0 MILS FOR HR 10. (LONNIE)
0817 PURCHASE OF NFST FROM BPA, (20 MWS Acc#734694),(15 MWS Acc# 623129), GRT TO IPC, HR 10.
0822 SALE TO CH/AVA, 25 MWS @ 75.0 MILS FOR HR 10. (DANA)
0825 PURCHASE FROM PPOA/BPA/TCPTC, 25 MWS @ 67.0 MILS FOR HR 10. (CONNOR)
0826 PURCHASE OF NFST FROM BPA, (Acc# 723631), HR 10. (KEVIN)
0907 PURCHASE FROM PPOA/BPA/TCPTC, 30 MWS @ 67.0 MILS FOR HR 11. (CONNOR)
0912 PURCHASE OF NFST FROM BPA, (Acc# 723631), HR 11. (KEVIN)
1310 PURCHASE FROM PPOA/BPA/TCPTC, 25 MWS @ 67.0 MILS FOR HR 15. (CONNOR)
1313 PURCHASE OF NFST FROM BPA, (Acc# 723631), HR 15. (KEVIN)
(kfn)
1910 SOLD BPA/BPA/TEMU(CNTRLA) 20 MWS @ 75.0 MILS FOR HR 21. (CAM)
2035 SOLD CH/AV 25 MWS @ 72.0 MILS FOR HR 22. (TOM)

# Real Time Sales Log

## Tuesday, February 25, 2003 (JD 056)

(kfn)
0025 SOLD NWDS/BPA/PRM 30 MWS @ 75.0 MILS FOR HR 02. (RAY)
0108 SOLD NWDS/BPA/PRM 25 MWS @ 75.0 MILS FOR HR 03. (RAY)
0210 SOLD NWDS/BPA/PRM 25 MWS @ 75.0 MILS FOR HR 04. (RAY)
0307 SOLD NWDS/BPA/PRM 25 MWS @ 75.0 MILS FOR HR 05. (RAY)
(tjw)
0545 SALE TO CH/AVA, 100 MWS @ 80.0 MILS FOR HR 08. (DANA)
0555 SALE TO PGE, 50 MWS @ 90.0 MILS FOR HR 08.(HARRY)
0613 PURCHASE FROM PPOA/BPA/TCPC, 10 MWS @ 90.0 MILS FOR HR 08. (SUNNY)
0614 PURCHASE FROM BPA/BPA/TEMU (cent), 20 MWS @ 95.0 MILS FOR HR 08. (PAM)
0620 PURCHASE OF NFST FROM BPA, (Acc#723631,10 MWS) & (Acc# 623654,20 MWS) FOR HR 08. (HOLLEY)
0705 SALE TO CH/AVA, 50 MWS @ 100.0 MILS FOR HR 09. (DANA)
0712 SALE TO PGE, 50 MWS @ 100.0 MILS FOR HR 09. (HARRY)
0716 PURCHASE FROM PPOA/BPA/TCPTC, 15 MWS @ 90.0 MILS FOR HR 09. (SUNNY)
0723 PURCHASE OF NFST, (Acc# 723631), 15 MWS FOR HR 09
0820 PURCHASE FROM PPOA/BPA/TCPTC, 26MWS @ 85.0 MILS FOR HR 10.(SUNNY)
0834 PURCHASE OF NFST, (Acc# 723631), 26 MWS FOR HR 10.
0924 SALE TO CH/AVA, 50 MWS @95.0 MILS FOR HR 11. (DANA)
0935 POND XFER, 500 MWS FROM PSE/RRH TO PSE/WAPR FOR HR 11. (MAX)
0935 POND XFER, 250 MWS FROM PSE/WEL TO PSE/WAPR FOR HR 11. (MAX)
1645 POND XFER, 200 MWS FROM PSE/RRH TO PSE/RIS FOR HR 17. (MAX)
1645 POND XFER, 800 MWS FROM PSE/RRH TO PSE/WAPR FOR HR 17. (MAX)
(kfn)
1850 POND XFER 300 FROM CH/RIS TO CH/RRH FOR HR 19. (HEATHER)
2217 SOLD CH/AV 100 MWS @ 90.0 MILS FOR HR 24. (HEATHER)
2254 PURCHASED KFG/BPA 20 MWS HR 01-31 MWS HR 02-30 MWS HRS 03 & 04- 20 MWS HRS 05 & 06 @ 75.0 MILS.**(BROKERED BY RAND PPM)**
2306 SOLD CH/AV 50 MWS @ 94.0 MILS FOR HRS 01 & 02. (HEATHER)

# Real Time Sales Log

## Wednesday, February 26, 2003 (JD 057)

(kfn)
0002 PURCHASED PGE 110 MWS @ 75.0 MILS FOR HR 02. (LAUN)
0040 PURCHASED PPW/BPA/PPMI 25 MWS @ 74.0 MILS FOR HR 03. (RAND)
0120 PURCHASED CH/AV/BPA(LANC)10 MWS @ 67.0 MILS FOR HRS 3&4.(HEATHER)
SOLD CH/AV 20 MWS @ 68.0 MILS FOR HR 05. (HEATHER)

(mds)
10:37 POND TRANSFER 150 MWS FROM CHPD/RIS TO CHPD/RRH FOR HR 11 (ERIN)
15:35 PURCHASED KFG/BPA/PPM 15 MWS @ 75.0 MILS FOR HRS 18 – 22 (CHIP)
17:10 SOLD NWMT/BPA/PRM 25 MWS @ 84.0 MILS FOR HR 19 (TRAVIS)

(gh)
18:15 PURCHASED NWMT/AVA(wheel) 40 MWS @ 70.0 MILLS HR 20 (TOM) TAG 4734
18:53 PURCHASED NWMT/AVA(wheel) 75 MWS @ 70.0 MILLS HRS 21,22 (TOM) TAG

# Real Time Sales Log

Date:
Thursday, February 27, 2003(JD-058)

(gh)
01:11 PURCHASED 2 MWS FROM PPW/PPM(STATELINE) @ 50.0 MILLS HR 03 (RAND)
02:45 CHELAN POND XFER:-200 CH/RIS TO +200 CH/RRH HR 0300 (HEATHER)
04:19 PURCHASED 2 MWS FROM PPW/PPM(STATELINE) @ 50.0 MILLS HR 06 (RAND)
(mds)
06:53 SOLD CHPD/AVWE 30 MWS @ 77.0 MILS FOR HR 8 (ERIN)
08:19 PURCHASED BPA (CENTRALIA)/BPA (GRANT)/TEMU 25 MWS @ 62.0 MILS FOR HR 10 (WILLIE) PURCHASE HNFT
08:24 **PURCHASED HNFT CENTRALIA/GRANT 25 MWS FOR HR 10 (DENNIS)**
08:55 PURCHASED TCL/BPA 20 MWS @ 62.0 MILS FOR HR 11 (ELAINE)
08:55 PURCHASED TCL 30 MWS @ 62.0 MILS FOR HR 11 (ELAINE)
08:58 **PURCHASED HNFT TCL/GRANT 20 MWS FOR HR 11 (IRIS)**
09:51 PURCHASED TCL/BPA 20 MWS @ 62.0 MILS FOR HR12 (ELAINE)
09:51 PURCHASED TCL 30 MWS @ 62.0 MILS FOR HR 12 (ELAINE)
09:52 **PURCHASED HNFT TCL/GRANT 20 MWS FOR HR 12 (IRIS)**
11:26 PURCHASED NWMT/BPA/PRM 30 MWS @ 58.0 MILS FOR HR 13 (MIKE)
12:02 PURCHASED TCL 30 MWS @ 55.0 MILS FOR HR 14 (ELAINE)
12:02 PURCHASED TCL/BPA 20 MWS @ 55.0 MILS FOR HR 14 (ELAINE)
13:38 EXCHANGE EWEB/PSE/PSE 3 MWS FOR HR 16 (JOHN)
14:43 POND TRANSFER 200 MWS FROM CHPD/RRH TO PPW/WEL FOR HR 15 200 MWS FROM CHPD/RRH TO PPW/WAPR FOR HR 15 (ERIN)
15:13 PURCHASED NWMT/BPA/PRM 50 MWS @ 58.0 MILS FOR HR 17 (MIKE)
(gh)
18:03 PSE POND XFER:-800 MWS PSE/RRH TO +800 PSE/WELLS HR 1800 (SPENCER)
23:01 PPW POND XFER:-400 PPW/WAPR TO +400 CH/RRH HR 2300 (MARLIN @ PPW)
23:21 PSE POND XFER:-700 MWS PSE/RRH TO +700 PSE/RIS HR 2300 (SPENCER)

# Real Time Sales Log

**Date:**
**Friday, February 28, 2003(JD-059)**

(gh)
(kfn)
0633 POND XFER 100 FROM CH/RIS TO CH/RRH FOR HR 07. (ROB)
1111 POND XFER 150 FROM CH/RIS TO CH/RRH FOR HR 11. (ROB)
(tjw)
1812 SALE TO IPC/BPA, 100 MWS @ 65.0 MILS FOR HRS 20/21. (LONNIE)
**1814 PURCHASE NFST FROM BPA, GRT/ LAGRANDE, 100 MWS HRS 20/21. (MIKE)**
1947 SALE TO IPC/BPA, 100 MWS @ 65.0 MILS FOR HR 22. (LONNIE)
**1950 PURCHASE NFST FROM BPA, GRT/LAGRANDE, 100 MWS HR 22. (MIKE)**
2037 SALE TO CH/AVA, 25 MWS @ 59.0 MILS FOR HRS 23/24. (KATHY)
2038 SALE TO CH/AVA, 50 MWS @ 53.0 MILS FOR HRS 1 THRU 6. (KATHY)

# Real Time Sales Log

**Date: Saturday, March 01, 2003(JD-60)**

(tjw)
0012 SALE TO IPC/BPA, 100 MWS @ 55.0 MILS FOR HRS 2 THRU 5. (LONNIE)
**0015 PURCHASE OF NFST, GRT/ LAGRANDE (acct# 734694), 100 MWS HRS 2 THRU 5.**
0032 INFORMED BY HEPPNER GEN THAT THEY WILL BE STARTING UP AT 0430 HRS, ESTIMATED GEN OF 6 MWS @ HE 6 AND 8 MWS FROM HE 7 THRU 24.
0035 NOTIFIED BPA TBL OF SCHEDULE AND LYNN ROGERS FOR CWI ENTRY.
0103 SALE TO IPC/BPA, 50 MWS @ 55.0 MILS FOR HR 03. (LONNIE)
**0115 PURCHASE OF NFST, GRT/ LAGRANDE (acct# 734694), 50 MWS HR 3.(ROBYN)**
0205 SALE TO IPC/BPA, 50 MWS @ 55.0 MILS FOR HR 04. (LONNIE)
**0225 PURCHASE OF NFST, GRT/LAGRANDE (Acct# 734694), 50 Mws HR 4.(MIKE)**
0234 POND XFER, 400 MWS FROM PSE/WEL TO PSE/RIS FOR HR 03. (MAX)
0312 SALE TO IPC/BPA, 100 MWS @ 55.0 MILS FOR HR 06. (LONNIE)
**0319 PURCHASE OF NFST, GRT/LAGRANDE (Acct# 734694), 100 MWS HR 06. (MIKE)**
0426 SALE TO PSE, 125 MWS @ 58.0 MILS FOR HR 06. (MAX)
0508 SALE TO IPC/BPA, 60 MWS @ 60.0 MILS OF HR 07. (LONNIE)
**0510 PURCHASE OF NFST, GRT/LAGRANDE (Acct# 734694), 60 MWS HR 07. (MIKE)**
(kfn)
0844 POND XFER 100 FROM CH/RRH TO CH/RIS FOR HR 09. (NAT)
1244 POND XFER 175 FROM PSE/RIS TO PSE/WAPR FOR HR 13. (MIKE)

# Real Time Sales Log

## Monday, March 03, 2003 (JD-62)

(gh)
06:12 SOLD PPW 100 MWS @ 100 MILLS HR 0800 (MARLIN)
07:15 MINI MUNIS INCREASED GROSS GEN TO 16 MWS FOR HRS 09-1300 (neisha)
12:11 MINI MUNIS INCREASED GROSS GEN TO 18 MWS FOR HRS 14-2200 (neisha)

(tat)



GRT001755

# Dispatchers Real Time Log

## TUESDAY, MARCH 04, 2003 (JD-063)

(tat)

(gh)
08:30 MINI MUNI'S GROSS GEN INCREASED TO 19 MWS FROM 16 MWS FOR HRS 1300-1600 (LINDA @ BPA)
14:00 SOLD PG&E/BPA/BP ENERGY 150 MWS FOR HRS 19,20,2100 @ 90.0 MILLS SINKING AT THE CISO ON THE DC (KEN @ PG&E, JASON @ BP ENERGY)
14:05 **PURCHASED 150 MWS OF NFST ON ACCN 682524 FOR HRS 19,20,21 (MICHAEL @ BPAT)**
17:00 SOLD PGE 100 MWS HR 1900 @ 80.0 MILLS (PETE)

(tat)

# Dispatchers Real Time Log

## WEDNESDAY, MARCH 05, 2003 (JD-064)

(tat)

0106 MINI MUNIES GROSS GEN CHANGED FROM 15 TO 22 FOR HRS 03 THRU 06 (JEAN @ PBL).
0317 SOLD GRT/BPA/CISO/PPM 200 MWS @ 80.0 MILS FOR HR 08. (MIKE)
0318 SOLD CH/AV 60 MWS @ 73.0 MILS FOR HR 05. (ROB)
0329 SOLD GRT/BPA/CISO/PPM 100 MWS @ 80.0 MILS FOR HR 07. (MIKE)
0426 HEPPNER PLANT REPORTED TRIPPED OFF LINE DUE TO FUEL PROBLEM. UNKNOWN WHEN WILL RETURN. PROBABLY OFF ALL DAY.
0430 SOLD CH/AV 100 MWS @ 73.0 MILS FOR HR 06. (ROB)
(tjw)
1226 PURCHASE FROM MLGC/SEMPRA, 3MWS @ 60.0 MILS FOR HR 15.(MICHELLE)
1245 POND XFER OF 150 MWS FROM PSE/WEL TO PSE/RIS FOR HR 13. (SHERRIE)
1245 POND XFER OF 150 MWS FROM PSE/RRH TO PSE/RIS FOR HR 13. (SHERRIE)
1250 HEPPNER GEN IS PLANNING TO BE BACK ON LINE FOR HRS 15 THRU 24. BPA TBL NOTIFIED AND CWI ESTIMATE ENTERED.
1541 SALE TO PSE, 200 MWS @ 80.0 MILS FOR HR 19. (SHERRIE)
(kfn)
1813 SOLD PSE 100 MWS @ 80.0 MILS FOR HR 20. (LISA)

# Real Time Sales Log

## Thursday, March 06, 2003 (JD 065)

(kfn)
0042 POND XFER 400 FROM PSE/RRH TO PSE/WAPR & 200 FROM PSE/RIS TO PSE/WAPR FOR HR 01. (LISA)
0219 SOLD CISO/BPA/PPM 50 MWS @ 78.0 MILS FOR HR 06.(MIKE)
SOLD CISO/BPA/PPM 100 MWS @ 80.0 MILS FOR HR 07.(MIKE)
0223 POND XFER 100 FROM CH/RIS TO CH/RRH FOR R 02.(ROB)
0309 SOLD CH/AV 100 MWS @ 77.0 MILS FOR HR 05. (ROB)
0310 SOLD PPW 50 MWS HR 07 & 100 MWS FOR HR 08 @ 80.0 MILS. (JOHN)
0419 SOLD BPA/BPA/TEMU(CNTRLA) 5 MWS @ 79.0 MILS FOR HR 06. (MURRRY)
(tjw)
1453 HEPPNER GEN TO 0 MWS, PROBLEM WITH MCC, DOWN UNTIL FURTHER NOTICE, NOTIFIED BPA TBL AND CWI CHANGED. 0 MWS FOR HRS 17 THRU 24. (CHUCK)
1601 HEPPNER BACK UP TO 8 MWS, NOTIFIED BPA/TBL AND CWI REMODIFIED 8 MWS FOR HR 17 THRU 24. (CHUCK)
(kfn)
1739 POND XFER 700 FROM PSE/RRH TO PSE/WELS FOR HR 18. (SPENCER)
2250 BILATERAL INADVERTANT EXCHANGE WITH SCL. GCPD WILL UNDER GENERATE 6 MWS & SCL WILL OVER GENERATE 6 MWS FOR HE 24.(KEN)

# Real Time Sales Log

## Friday, March 07, 2003 (JD 066)

(kfn)
0132 POND XFER 100 FROM CH/RIS TO CH/RRH FOR HR 02. (NAT)
0353 SOLD AVA/WWP 75 MWS @ 75.0 MILS FOR HR 06. (SUE)
0420 SOLD BPA/BPA/TEMU (CNTRLA) 15 MWS @ 75.0 MILS FOR HR 06. (MURRAY)
0507 SOLD CH/AV 25 MWS @ 75.0 MILS FOR HR 07. (NAT)

(tat)
0713 SOLD CH/AV 40 MWS @ 75.0 MILS FOR HR 09. (TOM)
0901 SOLD SNOHO/BPA 75 MWS @ 75.0 MILS FOR HR 11. (JOHN)
1004 SOLD SNOHO/BPA 50 MWS @ 75.0 MILS FOR HR 12. (JOHN)
1026 SOLD CH/AV 15 MWS @ 75.0 MILS FOR HR 12. (TOM)
1110 SOLD SNOHO/BPA 40 MWS @ 75.0 MILF FOR HR 13. (JOHN)
1505 SOLD SNOHO/BPA 40 MWS @ 75.0 MILS FOR HR 17. (JOHN)
1621 POND XFER: 400 MWS FROM PSE/WELLS TO PSE/RIS FOR HR 16. (MAX)
(gh)
21:28 SOLD SCL/BPA 120 MWS @ 67.0 MILLS HR 2300 (MELINDA)
22:12 SOLD PPOA/BPA/TCPTC 25 MWS @ 70.0 MILLS HR 2400 (ALLAN)
**22:13 PURCHASED 25 MWS OF NFST ON ACCN 730750 FOR HR 24 (HOLLY)**
22:44 SOLD SCL/BPA 50 MWS @ 63.0 MILLS HRS 0100-0600 3/08/03 (MELINDA)
23:02 SOLD PPOA/BPA/TCPTC 10 MWS @ 70.0 MILLS HR 0100 (ALLAN)
**23:02 PURCHASED 10 MWS OF NFST ON ACCN 730750 FOR HR 01 (HOLLY)**
23:11 SOLD CH/AV 100 MWS @ 70.0 MILLS HR 0100 (DANA)

# Real Time Sales Log

Date:

## Saturday, March 08, 2003 (JD 067)

(gh)
00:03 SOLD PPOA/BPA/TCPTC 25 MWS @ 70.0 MILLS HR 0200 (ALLAN)
00:04 SOLD CH/AV 75 MWS @ 70.0 MILLS HR 0200 (DANA)
**00:20 PURCHASED 25 MWS OF NFST ON ACCN 730750 HR 0200 (HOLLY)**
01:06 SOLD PPOA/BPA/TCPTC 10 MWS @ 70.0 MILLS HR 0300 (ALLAN)
**01:10 PURCHASED 10 MWS OF NFST ON ACCN 730750 HR 0300 (HOLLY)**
01:16 SOLD CH/AV 100 MWS @ 70.0 MILLS HR 0300 (DANA)
02:00 SOLD PPOA/BPA/TCPTC 10 MWS @ 70.0 MILLS HR 0400 (ALLAN)
**02:02 PURCHASED 10 MWS OF NFST ON ACCN 730750 HR 0400 (HOLLY)**
02:10 SOLD CH/AV 100 MWS @ 70.0 MILLS HR 0400 (DANA)
03:02 SOLD CH/AV 50 MWS @ 70.0 MILLS HR 0500 (DANA)
03:03 SOLD PPOA/BPA/TCPTC 10 MWS @ 70.0 MILLS HR 0500 (ALLAN)
**03:04 PURCHASED 10 MWS OF NFST ON ACCN 730750 HR 0500 (HOLLY)**
04:09 SOLD PPOA/BPA/TCPTC 10 MWS @ 70.0 MILLS HR 0600 (ALLAN)
**04:18 PURCHASED 10 MWS OF NFST ON ACCN 730750 HR 0600 (HOLLY)**
05:17 SOLD CH/AV 50 MWS @ 70.0 MILLS HR 0700 (DANA)
05:28 SOLD PPOA/BPA/TCPTC 15 MWS @ 75.0 MILLS HR 0600 (mike)
**05:29 PURCHASED 15 MWS OF NFST ON ACCN 730750 HR 0700 (HOLLY)**

(tat)
0609 SOLD CH/AV 75 MWS @ 70.0 MILS FOR HR 08. (CATHY)
0610 SOLD PPOA/BPA/TCPTC 10 MWS @ 75.0 MILS FOR HR 08. (MIKE)
**0624 PURCHASED 10 MWS OF HNFST ON ACCT #730750 FOR HR 08. (WAYNE)**
0707 SOLD CH/AV 75 MWS @ 70.0 MILS FOR HR 09. (CATHY)
0710 SOLD PPOA/BPA/TCPTC 20 MWS @ 75.0 MILS FOR HR 09. (MIKE)
**0714 PURCHASED 20 MWS OF HNFST ON ACCT #730750 FOR HR 09. (WAYNE)**
0801 SOLD PPOA/BPA/TCPTC 15 MWS @75.0 MILS FOR HR 10. (MIKE)
**0820 PURCHASED 15 MWS OF HNFST ON ACCT @730750 FOR HR 10. (WAYNE)**
0856 POND XFER: 150 MWS FROM CH/RRH TO CH/RIS FOR HR 09. (CATHY/AV)
0923 SOLD PPOA/BPA/TCPTC 10 MWS @ 75.0 MILS FOR HR 11. (MIKE)
**0924 PURCHASED 10 MWS OF HNFST ON ACCT #730750 FOR HR 11. (WAYNE)**
1008 SOLD PPOA/BPA/TCPTC 10 MWS @ 75.0 MILS FOR HR 12. (MIKE)
**1009 PURCHASED 10 MWS OF HNFST ON ACCT #730750 FOR HR 12. (IRIS)**
1208 SOLD PPOA/BPA/TCPTC 10 MWS @ 80.0 MILS FOR HR 14. (MIKE)
**1209 PURCHASED 10 MWS OF HNFST ON ACCT #730750 FOR HR 14. (IRIS)**
1540 POND XFER: 750 MWS FROM PSE/RRH TO PSE/WAPR FOR HR 16. (MAX)
1625 SOLD PPOA/BPA/TEMU 40 MWS @ 80.0 MILS FOR HR 18. (WYLIE)
1656 SOLD PPOA/BPA/TCPTC 40 MWS @ 80.0 MILS FOR HR 19. (CASEY)
**1658 PURCHASED 40 MWS HNFST ON ACCT #730750 FOR HR 19. (DENNIS)**
**(gh)**
18:00 SOLD PPOA/BPA/TCPTC 40 MWS @ 80.0 MILS FOR HR 20. (TODD)
**18:02 PURCHASED 40 MWS HNFST ON ACCT #730750 FOR HR 20. (MICHAEL)**
18:03 PSE POND XFER:-100 PSE/WAPR TO +100 PSE/RIS HR 1800 (CHERI)
19:00 SOLD PPOA/BPA/TCPTC 40 MWS @ 80.0 MILS FOR HR 21. (TODD)
**19:01 PURCHASED 40 MWS HNFST ON ACCT #730750 FOR HR 21. (MARY)**

# Real Time Sales Log

Date:

## Sunday, March 09, 2003 (JD 068)

(gh)
02:08 CHELAN POND XFER:-100 CH/RIS TO +100 CH/RRH HR 0200 (DANA)

(tat)
(gh)

GRT001762

# Real Time Sales Log

Date:

## Monday, March 10, 2003 (JD 069)

(gh)
01:38 PURCHASED 40 MWS @ 40.0 MILLS FROM PSE FOR HR 0300 (CHERI)
(kfn)
0720 POND XFER 400 FROM PSE/RIS TO PSE/WAPR FOR HR 07. (MAX)
1351 PURCHASED SNPD/BPA 50 MWS @ 60.0 MILS FOR HRS 16 THRU 19. (WILL)
1712 PURCHASED SNPD/BPA 50 MWS @ 60.0 MILS FOR HRS 20 THRU 22. (WILL)
(mds)
19:02 PURCHASED PPOA/BPA/TCPC 22 MWS @ 60.0 MILS FOR HR 21 (SUNNY)
PURCHASED HNFT
19:10 **PURCHASED HNFT BC- US BORDER/GRANT 22 MWS FOR HR 21 (TROY)**
19:15 PURCHASED FCPD/BPA/PRM 15 MWS @ 58.0 MILS FOR HR 21 (JAY)
20:00 PURCHASED BPA (CENTRALIA)/BPA (GRANT)/TEMU 30 MWS @ 55.0 MILS FOR HR 22 (CALVIN)
20:01 **PURCHASED HNFT CENTRALIA/GRANT 30 MWS FOR HR 22 (ANGIE)**
22:40 POND TRANSFER 600 MWS FR4OM PSE/RRH TO PSE/WAPR FOR HR 23 (SAL)
23:11 PURCHASED AVA/WPO 25 MWS @ 51.0 MILS FOR HR 1 (BILL)
23:52 PURCHASED AVA/WPO 25 MWS @ 51.0 MILS FOR HR 2 (BILL)



GRT001763

# Real Time Sales Log

TUESDAY MARCH 11,2003 (JD070)

(mds)
00:47 PURCHASED CHPD/AVAWST 10 MWS @ 50.0 MILS FOR HR 2 (DANNA)
00:47 POND TRANSFER 300 MWS FROM CHPD/RRH TO CHPD/RIS FOR HR 1 (DANNA)
00:54 PURCHASED AVA/WPO 45 MWS @ 48.0 MILS FOR HR 3 (BILL)
01:57 PURCHASED AVA/WPO 45 MWS @ 48.0 MILS FOR HR 4 (BILL)
02:42 PURCHASED AVA/WPO 25 MWS @ 48.0 MILS FOR HR 5 (BILL)
04:41 POND TRANSFER 200 MWS FROM CHPD/RRH TO CHPD/RIS FOR HR 5 (DANNA)
(kfn)
0550 PURCHASED PPW/PPM 45 MWS @ 55.0 MILS FOR HR 08. (MATTHEWS)
0718 PURCHASED PPW/PPM 20 MWS @ 53.0 MILS FOR HR 09. (MIKE)
0759 PURCHASED PPW/PPM 25 MWS @ 53.0 MILS FOR HR 10. (MIKE)
0820 POND XFER 160 FROM OK/WELS TO DC/WELS FOR HR 09. (ARLEN)
0839 PURCHASED SNPD/BPA 50 MWS @ 53.0 MILS FOR HRS 11 THRU 22. (WILL)
0859 PURCHASED PPW/PPM 30 MWS @ 53.0 MILS FOR HR 11. (MIKE)
1002 PURCHASED PPW/PPM 36 MWS @ 53.0 MILS FOR HR 12. (MIKE)
1101 PURCHASED PPW/PPM 35 MWS @ 53.0 MILS FOR HR 13. (MIKE)
1201 PURCHASED PPW/PPM 35 MWS @ 53.0 MILS FOR HR 14. (MIKE)
1258 PURCHASED PPW/PPM 35 MWS @ 53.0 MILS FOR HR 15. (MIKE)
1321 POND XFER 150 FROM CH/RRH TO CH/RIS FOR HR 13. (ROB)
1404 PURCHASED PPW/PPM 35 MWS @ 53.0 MILS FOR HR 16. (MIKE)
1508 PURCHASED PPW/PPM 35 MWS @ 53.0 MILS FOR HR 17. (MIKE)
**1733 HEPPNER PP REPORTS THEY WILL BE SHUTTING DOWN AT 1930 FOR A "COUPLE OF DAYS". (MICKEY)**
(mds)
18:52 PURCHASED PPW/PPM 42 MWS @ 53.0 MILS FOR HR 21(CHRIS)
18:56 SOLD PSE 10 MWS @ 53.0 MILS FOR HR 21 (SAL)
19:53 PURCHASED PPW/PPM 25 MWS @ 53.0 MILS FOR HR 22 (CHRIS)
23:14 SOLD BPA (CENTRALIA)/BPA/TEMU 10 MWS @ 50.0 MILS FOR HRS 1 & 2 (ZARA)
23:21 **PURCHASED HNFT GRANT/CENTRALIA 10 MWS FOR HRS 1 & 2 (TROY)**



GRT001764

# Real Time Sales Log

WEDNESDAY MARCH 12,2003 (JD071)

(mds)
02:28 SOLD BCH/BPA/PWX 30 MWS @ 42.0 MILS FOR HRS 4 & 5 (DAN)
02:31 **PURCHASED HNFT GRANT/BC – US BORDER 30 MWS FOR HRS 4 & 5 (KENDALL)**

**(gh)**
08:48 CHELAN POND XFER: -300 MWS CH/RRH TO +300 CH/RIS HR 0900 (ROB)

(tat)
1913 PURCHASED 60 MWS @ 46.0 MILS NWMT/BPA/PRM FOR HR 21. (GLEN)
2013 POND XFER: 250 MWS FROM PSE/RIS TO PSE/WAPR FOR HR 20. (SOL)
2106 POND XFER: 500 MWS FROM PSE/RRH TO PSE/WELLS FOR HR 21. (SOL)
2306 PURCHASED 18 MWS @ 40.0 MILS PCW/PCW/PPM FOR HR 01. (MATTHEW)
2355 PURCHASED 25 MWS @ 40.0 MILS PCW/PCW/PPM FOR HR 02. (MATTHEW)

# Dispatchers Real Time Log

## THURSDAY MARCH 13, 2003 (JD-072)

(tat)
0050 PURCHASED 25 MWS @ 40.0 MILS PCW/PCW/PPM FOR HR 03. (MATTHEW)
0159 PURCHASED 25 MWS @ 40.0 MILS PCW/PCW/PPM FOR HR 04. (MATTHEW)
0255 PURCHASED 25 MWS @ 40.0 MILS PCW/PCW/PPM FOR HR 05. (MATTHEW)
0351 PURCHASED 25 MWS @ 40.0 MILS PCW/PCW/PPM FOR HR 06. (MATTHEW)
0451 PURCHASED 54 MWS @ 42.0 MILS PCW/PCW/PPM FOR HR 07. (MATTHEW)

(gh)
1105 PSE POND XFER:-1000 PSE/RRH TO +1000 PSE/WAPR FOR HR 1100 (LISA)
1715 POND XFER: 400 MWS FROM PSE/RRH TO PSE/WAPR FOR HR 18. (SPENCER)

(tat)
2043 POND XFER: 350 MWS FROM CH/RRH TO CH/RIS FOR HR 21. (TOM)
2245 POND XFERS: 1000 MWS FROM PSE/RRH TO PSE/WAPR AND 500 MWS FROM PSE/WELLS TO PSE/WAPR FOR HR 23. (MAX)

# Dispatchers Real Time Log

## FRIDAY MARCH 14, 2003 (JD-073)

(tat)
(mds)
05:50 NOTIFIED BY HEPPNER GEN. THAT THEY WOULD BE ONLINE FOR HR 0800 @ 4 MWS HR 0900 WOULD BE 8 MWS. NOTIFIED BPA TRANSMISSION.
05:56 PURCHASED PPW/PPM 17 MWS @ 41.0 MILS FOR HR 08 (CHRIS)
06:53 PURCHASED PPOA/BPA/TCPC 40 MWS @ 35.5 MILS FOR HR 09 (TODD)
06:57 **PURCHASED HNFT BC – US BORDER/GRANT 40 MWS FOR HR 09 (DANIEL)**
07:03 PURCHASED AVWPOO 25 MWS @ 38.0 MILS FOR HR 9 (BILL)
07:56 PURCHASED PPOA/BPA/TCPC 40 MWS @ 35.5 MILS FOR HR 10 (TODD)
08:03 PURCHASED AVWPOO 25 MWS @ 37.5 MILS FOR HR10 (BILL)
08:18 **PURCHASED HNFT BC – US BORDER 40 MWS FOR HR 10 (ALLEN)**
08:55 PURCHASED PPOA/BPA/TCPC 40 MWS @ 34.5 MILS FOR HR 11 (TODD)
08:57 **PURCHASED HNFT BC – US BORDER 40 MWS FOR HR 11 (DANIEL)**
09:58 SOLD BCH/BPA/PWX 25 MWS @ 38.0 MILS FOR HRS 12 – 14 (TESS)
09:59 **PURCHASED HNFT GRANT/US – BC BORDER 25 MWS FOR HRS 12 – 14 (DANIEL)**
12:30 POND TRANSFER 250 MWS FROM PSE/RRH TO PSE/RIS FOR HR 13 (SHERRY)
12:55 SOLD BCH/BPA/PWX 25 MWS @ 35.0 MILS FOR HRS 15 – 17 (AXEL)
14:15 POND TRANSFER 100 MWS FROM OKPD/WEL TO DOPD/WELL FOR HR 14 (PAUL)
14:50 SOLD BCH/BPA/PWX 75 MWS @ 35.0 MILS FOR HR 17 100 MWS @35.0 MILS FOR HRS18 & 19 (AXEL)
14:53 **PURCHASED HNFT GRANT/ US – BC BORDER 75 MWS FOR HR 17 & 100 MWS FOR HRS 18 & 19 (ALLEN)**
15:10 PURCHASED DOPD 65 MWS @ 33.0 MILS FOR HR 17 & 30 MWS @ 33.0 MILS FOR HR18 (PAUL)
15:12 SOLD BCH/BPA/PWX 110 MWS @ 35.0 MILS FOR HRS 17 & 18 (AXEL)
15:16 **PURCHASED HNFT GRANT/US – BC BORDER 110 MWS FOR HRS 17 & 18 (ADDITIONAL) (ALLEN)**
15:42 SOLD BCH/BPA/PWX 110 MWS @ 35.0 MILS FOR HR 19 (AXEL)
15:52 **PURCHASED HNFT GRANT/US – BC BORDER 110 MWS (ADDITIONAL) FOR HR 19 (ALLEN)**
15:56 PURCHASED DOPD 30 MWS @ 33.0 MILS FOR HR 19 (PAUL)
16:33 POND TRANSFER 150 FROM PSE/WEL TO PSE/RIS FOR HR 17 (SHERRY)
(kfn)
1741 POND XFER 500 FROM PSE/WELS TO PSE/WAPR FOR HR 18. (SPENCER)
1756 SOLD PPOA/BPA/TCPTC 25 MWS @ 35.0 MILS FOR HR 20. (ALLEN)
1757 **PURCHASED HNFST BPA ACCT# 730750 GT/BCH 25 MWS HR 20.(ANN)**
1759 SOLD EWEB/BPA 25 MWS @ 35.0 MILS FOR HR 20. (JOHN)
1805 SOLD PPOA/BPA/TEMU 25 MWS @ 33.0 MILS FOR HR 20. (CAM)
SOLD CISO/BPA/TEMU 266 MWS @ 33.0 MILS FOR HR 22. (CAM)
1807 SOLD BCH/BPA/PWX 175 MWS @ 28.0 MILS FOR HR 20. (BAL)
1849 SOLD EWEB/BPA 60 MWS @ 34.0 MILS FOR HR 21. (JOHN)
1916 SOLD BCH/BPA/PWX 100 MWS @ 28.0 MILS FOR HR 21. (AXLE)
1955 SOLD EWEB/BPA 55 MWS @ 32.0 MILS FOR HR 22. (JOHN)
2054 SOLD CISO/BPA/TEMU 100 MWS @ 28.0 MILS FOR HR 23. (CAM)
2057 SOLD EWEB/BPA 10 MWS @ 23.0 MILS FOR HRS 23 & 24. (JOHN)

2139 POND XFER 1300 FROM PSE/RRH TO PSE/WAPR FOR HR 22.(SPENCER)
2213 SOLD BCH/BPA/PWX 25 MWS @ 20.0 MILS FOR HR 24.(AXLE)
2229 SOLD EWEB/BPA 10 MWS @ 23.0 MILS FOR HRS 01THRU 05.(JOHN)
2251 SOLD CISO/BPA/TEMU 25 MWS @ 21.0 MILS FOR HRS 01 THRU 06.(CAM)

# Real Time Sales Log

## Saturday, March 15, 2003 (JD 074)

(kfn)
0342 SOLD IPC/BPA 100 MWS @ 18.0 MILS FOR HR 06. (CHRIS)
0404 SOLD PGE 75 MWS @ 23.0 MILS FOR HR 06.(CHRIS)
0455 SOLD IPC/BPA 100 MWS @ 20.0 MILS FOR HR 07. (LONNIE)
0507 POND XFER 150 FROM PCW/WAPR TO PCW/WELS FOR HR 05. (JOHN)
(mds)
05:35 POND TRANSFER 500 MWS FROM PSE/RRH TO PSE/WAPR FOR HR 6 (SPENCER)
06:02 POND TRANSFER 100 MWS FROM CHPD/RRH TO CHPD/RIS FOR HR 6 (DANNA)
06:02 SOLD IPC/BPA 50 MWS @ 20.0 MILS FOR HRS 8 –10 (LONNIE)
06:37 SOLD PSE 60 MWS @ 22.0 MILS FOR HRS 9 – 11 (SHERRY)
06:38 PURCHASED OKPD 60 MWS @ 20.0 MILS FOR HRS 8 – 10 (PAUL)
07:12 SOLD CHPD/AVSTWE 75 MWS @ 22.0 MILS FOR HR 9 (DANNA)
08:47 POND TRANSFER 200 MWS FROM DOPD/WEL TO OKPD/WEL FOR HR 9 (PAUL)
09:05 SOLD IPC/BPA 50 MWS @ 21.5 MILS FOR HRS 11 – 13 (LONNIE) PURCHASED HNFT
09:13 **PURCHASED HNFT GRANT/LAGRANDE 50 MWS FOR HRS 11 – 13 (KELLY)**
11:29 SOLD PGE 50 MWS @ 26.0 MILS FOR HRS 14 – 21 (LON)
13:07 POND TRANSFER 100 MWS FROM CHPD/RRH & 100 MWS FROM CHPD/RIS TO DOPD/WEL FOR HR 13 (DANNA)
16:40 POND TRANSFER 100 MWS FROM PSE/WEL & 100 MWS FROM PSE/RRH TO PSE/RIS FOR HR 17 (SHERRY)
(kfn)
1851 SOLD PGE 100 MWS @ 30.0 MILS FOR HR 21. (CHRIS)
1857 SOLD KFG/BPA/PPM 25 MWS HR 22 &22 MWS HRS 23 & 24 @ 30.0 MILS. (MIKE)
1916 SOLD CISO/BPA/PPM 15 MWS @ 32.5 MILS FOR HRS 21 & 22. (BILL)

GRT001769

# Real Time Sales Log

## Sunday, March 16, 2003 (JD 075)

(kfn)
0036 SOLD PGE 150 MWS @ 24.0 MILS FOR HR 03. (CHRIS)
0139 SOLD KFG/BPA/PPM 131 MWS HR 07 & 175 MWS HR 08 @ 27.0 MILS. (MIKE)
**0145 HEPPNER PP DOWN UNTIL REPAIRS CAN BE MADE. NOTIFIED BPA. TOOK SCHEDULE TO ZERO HRS 03 THRU 24. LYNN ROGERS WILL TAKE CARE OF CWI. (LYNN)**
0215 SOLD PGE 15 MWS @ 23.0 MILS FOR HR 04. (CHRIS)
0402 SOLD PPOA/BPA/TCPTC 25 MWS @ 35.0 MILS FOR HR 06. (MIKE)
**0405 PURCHASED HNFST BPA ACCT# 730750 GT/BCH. 25 MWS HR 06.(ZENA)**
0513 POND XFER 200 FROM PSE/RRH TO PSE/WAPR FOR HR 05. (SPENCER)
(mds)
06:19 POND TRANSFER 200 MWS FROM CHPD/RRH & 300 MWS FROM CHPD/RIS TO PCW/WAPR FOR HR 6 (DANNA)
06:47 SOLD PGE 150 MWS @ 28.0 MILS FOR HR 09 (WAYNE)
07:39 SOLD PGE 150 MWS @ 28.0 MILS FOR HRS 10 – 17 (WAYNE)
13:49 POND TRANSFER 200 MWS FROM DOPD/WEL TO CHPD/RRH & 200 MWS FROM CHPD/RIS TO CHPD/RRH FOR HR 14 (DANNA)
15:11 POND TRANSFER 250 MWS FROM PSE/WEL & 250 MWS FROM PSE/WAPR TO PSE/RIS FOR HR 15 (SHERRY)
16:36 POND TRANSFER 200 MWS FROM CHPD/RIS TO CHPD/RRH FOR HR17 (DANNA)
(kfn)
**1812 DUE TO HEPPNER OOS DOROTHY DESTIO WILL REDUCE SCHEDULE TO ZERO FOR HRS 01 THRU 24 FOR 03/17/03 ON CWI. (DOROTHY)**

1816 SOLD CH/AV 20 MWS @ 30.0 MILS FOR HR 20. (HEATHE
1822 SOLD PGE/BPA 50 MWS @ 35.0 MILS FOR HR 20. (CHRIS)
1833 SOLD CH/AV 40 MWS @ 32.5 MILS (INTREGRATED TO 20 MWS) FOR HR19. (STACY)
1839 SOLD CH/AV 10 MWS @ 32.5 MILS FOR HR 20. (STACY)
1925 POND XFER 150 FROM CH/RRH TO CH/RIS FOR HR 20. (HEATHER)
1958 POND XFER 300 FROM PSE/RIS TO PSE/WAPR FOR HR 20. (SPENCER)
**2208 BPA SCHEDULING & XMIS NOTIFIED OF HEPPNER SCHEDULE GOING TO ZERO FOR 03/17/03 (DANELLE XMIS- STEVE SCHEDULING)**
2246 POND XFER 500 FROM PCW/WAPR TO CH/RRH FOR HR 24. (JOHN)

# Real Time Sales Log

## Monday, March 17, 2003 (JD 076)

(kfn)
0359 MINI-MUNI SCHEDULE CHANGED TO 20 MWS FOR HRS 6 THRU 22. (CASEY)
0515 SOLD PCW 100 MWS @ 42.0 MILS FOR HR 07. (JOHN)

(tat)
0557 SOLD PCW 100 MWS @ 42.0 MILS FOR HRS 08 & 09. (MIKE)
0804 SOLD PCW 100 MWS @ 42.0 MILS FOR HRE 10. (MIKE)
0905 SOLD PCW 100 MWS @ 42.0 MILS FOR HRS 11 & 12. (MIKE)
0914 POND XFER: 10 MWS FROM DUG/WELLS TO OK/WELLS FOR HR 09. (SHELBY)
1043 POND XFER: 200 MWS FROM CH/RIS TO CH/RRH FOR HR 11. (CATHY)
1102 SOLD PCW 100 MWS @ 42.0 MILS FOR HRS 13 & 14. (MIKE)
1306 SOLD PCW 100 MWS @ 42.0 MILS FOR HR 15. (MIKE)
1411 SOLD PCW 100 MWS @ 42.0 MILS FOR HR 16. (MIKE)
1513 SOLD PCW 100 MWS @ 42.0 MILS FOR HR 17. (MIKE)
1555 POND XFER: 300 MWS FROM PSE/WAPR TO PSE/RRH FOR HR 16. (SHARI)
(tjw)
2023 HEPPNER PWRPLT UP AND RUNNING, SCHEDULE UPDATED
BPA WILL BE NOTIFIED AFTER 2200 HR FOR TOMORROW
2152 PURCHASE FROM PPW, 40 MWS @ 30 MILS FOR HR 24. (JOHN)
2213 PURCHASE FROM NWMT/BPA/PPLM, 50 MWS @ 33.0 MILS FOR HRS 1 THRU 5. (DEB)
2220 **PURCHASE OF NFST FROM BPA, (ACCT#623131), 50 MWS FOR HRS 1 THRU 5.**
**(GENE)**

# Real Time Sales Log

## Tuesday, March 18, 2003 (JD-077)

(TJW)

(TAT)
0609 SOLD PCW 50 MWS @ 45.0 MILS FOR HRS 08, 09 & 10. (MIKE)
0628 SOLD CH/AV 40 MWS @ 45.0 MILS FOR HR 08. (TOM)
0654 SOLD BPA/BPA/TEMU (CNTRLA) 29 MWS @ 45.0 MILS FOR HR 09. (CALVIN)
0807 SOLD CH/AV 80 MWS @ 45.0 MILS FOR HR 10. (TOM)
0858 SOLD PCW 50 MWS @ 45.0 MILS FOR HRS 11, 12 & 13. (MIKE)
0923 SOLD CH/AV 60 MWS @ 45.0 MILS FOR HR 11. (TOM)
1004 SOLD BPA/BPA/TEMU (CNTRLA) 31 MWS @ 46.0 MILS FOR HR 12. (CALVIN)
1021 SOLD CH/AV 25 MWS @ 45.0 MILS FOR HR 12. (TOM)
1104 SOLD BPA/BPA/TEMU (CNTR) 30 MWS @ 46.0 MILS FOR HRS 13 – 22. (CALVIN)
1119 SOLD CH/AV 60 MWS @ 45.0 MILS FOR HR 13. (TOM)
1159 SOLD PCW 50 MWS @ 45.0 MILS FOR HRS 14, 15 & 16. (MIKE)
1447 SOLD CISO/BPA/TEMU 50 MWS @ 46.0 MILS FOR HRS 19 & 20. (CALVIN)
1503 SOLD PCW 50 MWS @ 45.0 MILS FOR HRS 17 & 18. (MIKE)
1548 POND XFER: 1000 MWS FROM PSE/RRH TO PSE/WAPR FOR HR 16. (LISA)
(TJW)
1801 SALE TO CH/AVA, 100 MWS @ 46.0 MILS FOR HR 20.(DANA)
2218 SALE TO PPOA/BPA/TCPTC, 35 MWS @ 33.0 MILS FOR HR 24. (CONNOR)
2228 **PURCHASE OF NFST, BCH/GRT,ACCT 723631, 35 MWS FOR HR 24.**
2232 HEPPNER PWRPLT OFF LINE AND SHUT DOWN AT HE01, BPA NOTIFIED AND CWI CHANGED TO 0 FOR HRS 02 THRU 24. (JEFF)

# Real Time Sales Log

## Date: Wednesday, March 19, 2003(JD-078)

(TJW)
0013 PURCHASE FROM PPOA/BPA/TCPTC, 35 MWS @ 32.0 MILS FOR HR 02. (CONNOR)
0018 **PURCHASE OF NFST, BCH/GRT, ACCT # 723632, 35 MWS FOR HR 02. (DANIELLE)**
0322 SALE TO PSE, 75 MWS @ 40.0 MILS FOR HR 05. (MIKE)
0400 SALE TO PSE, 75 MWS @ 45.0 MILS FOR HR 06. (MIKE)
0403 SALE TO IPC/BPA, 75 MWS HR 06, 74 MWS HR 07 @ 47.0 MILS. (LONNIE)
0404 **PURCHASE OF NFST,GRT/HOTSPRINGS (acct# 823605) 75MWS, HR06- 74 MWS ,HR07. (KEVIN)**
(kfn)
0559 SOLD PPW 100 MWS @ 47.0 MILS FOR HR 08. (MIKE)
0705 SOLD PPW 100 MWS @ 47.0 MILS FOR HR 08. (MIKE)
0859 SOLD PPW 100 MWS @ 48.0 MILS FOR HR 11. (MIKE)
1018 SOLD PPW 50 MWS @ 48.0 MILS FOR HR 12. (MIKE)
1346 PURCHASED MLGC/SEMPRA 3 MWS @ 38.0 MILS FOR HRS 15 & 16.
(mds)
17:53 SOLD PGE 75 MWS @ 47.0 MILS FOR HR 20 (WAYNE)
18:16 SOLD PPOA/BPA/TCPC 35 MWS @ 51.0 MILS FOR HR 20 (CONNER) PURCHASE HNFT
18:18 **PURCHASED HNFT GRANT/US – BC BORDER 35 MWS FOR HR 20 (BRIAN)**
19:12 SOLD PPOA/BPA/TCPC 35 MWS @ 51.0 MILS FOR HR 21 (CONNER)
19:12 **PURCHASED HNFT GRANT/US – BC BORDER 35 MWS FOR HR 21 (MARY)**
22:48 PURCHASED SNPD/BPA 15 MWS @ 35.0 MILS FOR HRS 1 – 5 (WILL)

# Real Time Sales Log

**Date: Sunday, March 02, 2003(jd-61)**

(tjw)
0334 POND TRANSFER OF 100 MWS FROM CH/RIS TO CH/RRH FOR HR 04. (KATHY)
(kfn)
0950 SOLD PSE 100 MWS @ 75.0 MILS FOR HRS 12 THRU 15. (MIKE)
1255 HEPPNER PP SCHEDULE CHANGED FROM 8 MWS TO 7 MWS FOR HRS 15 THRU 24.(DAVE)
1258 BPA XMIS NOTIFIED OF ABOVE SCHEDULE CHANGE. (STEVE)
1302 LYNN ROGERS NOTIFIED OF ABOVE SCHEDULE CHANGE. (LYNN)
1357 SOLD PSE 100 MWS @ 75.0 MILS FOR HRS 16 THRU 19. (MIKE)
1540 POND XFER 100 FROM CH/RIS TO CH/RRH FOR HR 16. (ROB)
1551 POND XFER 158 FROM PSE/RRH TO PSE/RIS & 500 FROM PSE/RRH TO PSE/WAPR FOR HR 16. (MIKE)
1652 SOLD PSE 100 MWS @ 85.0 MILS FOR HR 19. (MIKE)

# Real Time Sales Log

THURSDAY MARCH 20, 2003 (JD079)

(mds)
04:35 POND TRANSFER 400 MWS FROM PSE/RRH TO PSE/RIS FOR HR 5 (MIKE)
(kfn)
0609 PURCHASED SNPD/BPA 50 MWS @ 40.0 MILS FOR HR 08. (KELLY)
0626 SOLD CH/AV 10 MWS @ 44.5 MILS FOR HR 08. (TOM)
0808 PURCHASED SNPD/BPA 50 MWS @ 40.0 MILS FOR HR 10. (KELLY)
0906 PURCHASED SNPD/BPA 55 MWS @ 38.0 MILS FOR HR 11. (KELLY)
1006 PURCHASED SNPD/BPA 30 MWS @ 38.0 MILS FOR HRS 12 & 13. (KELLY)
1116 PURCHASED BENC/BPA/PRM 30 MWS @ 37.0 MILS FOR HR 13. (SHARESA)
1207 PURCHASED BENC/BPA/PRM 50 MWS @ 37.0 MILS FOR HR 14. (SHARESA)
1255 POND XFER 800 FROM PSE/RRH TO PSE/WAPR FOR HR 13. (LISA)
1353 PURCHASED BENC/BPA/PRM 50 MWS @ 37.0 MILS FOR HR 16. (SHARESA)
1454 PURCHASED BENC/BPA/PRM 50 MWS @ 37.0 MILS FOR HR 17. (SHARESA)
(mds)
19:54 POND TRANSFER 500 MWS FROM PSE/RRH TO PSE/WAPR FOR HR 19 (MIKE)
20:21 PURCHASED PPOA/BPA/TCPC 35 MWS @ 34.0 MILS FOR HR 22 (CONNER)
20:23 **PURCHASED HNFT BC – US BORDER/GRANT 35 MWS FOR HR 22 (IRIS)**



GRT001775

# Real Time Sales Log

FRIDAY MARCH 21,2003 (JD 080)

(mds)
00:00 PURCHASED PPW/PPM 10 MWS @ 35.0 MILS FOR HR 2 (RICHARD)
00:53 PURCHASED PPW/PPM 15 MWS @ 35.0 MILS FOR HRE 3 (RICHARD)
01:18 PURCHASED PPOA/BPA/TCPC 15 MWS @ 32.0 MILS FOR HR 3 (CONNER)
**01:20 PURCHASED HNFT BC – US BORDER/GRANT 15 MWS FOR HR 3 (BRIAN)**
01:50 PURCHASED PPW/PPM 10 MWS @ 35.0 MILS FOR HR 4 (RICHARD)
02:17 PURCHASED PPOA/BPA/TCPC 15 MWS @ 32.0 MILS FOR HR 4 (CONNER)
**02:17 PURCHASED HNFT BC – US BORDER/GRANT 15 MWS FOR HR 4 (IRIS)**
03:00 PURCHASED PPW/PPM 15 MWS @ 35.0 MILS FOR HR 5 (RICHARD)
04:37 PURCHASED SCL/BPA/CORPW 25 MWS @ 40.0 MILS FOR HRS 7 – 9 (CARLA)
05:09 PURCHASED PPW/PPM 25 MWS @ 35.0 MILS FOR HR 7 (RICHARD)

(kfn)
1045 POND XFER 800 FROM PSE/RRH TO PSE/WELS FOR HR 11. (SPENCER)
**1122 HEPNER PP ON LINE 1115. SCHEDULED 6 MWS FOR HR 13 & 8 MWS FOR HRS 14 THRU 24. 8 MWS FOR ALL 24 HRS 03/22. NOTIFIED BPA XMIS (ANN) & BPA SCHEDULING (CHARISE) LYNN ROGERS DID CWI.**
1322 SOLD PPOA/BPA/TEMU 25 MWS @ 47.0 MILS FOR HR 15. (MURRAY)
**1323 PURCHASED HNFST BPA ACCT# 730750. GT/BCH 25 MWS HR 15.(CHUCK)**
1427 POND XFER 150 FROM CH/RIS CH/RRH FOR HR 15. (STACY)
1443 SOLD PPW 150 MWS @ 45.0 MILS FOR HR 16. (JOHN)

(tat)
2034 POND XFER: 300 MWS FROM PSE/RRH TO PSE/RIS FOR HR 21. (LISA)
2042 PURCHASED HNFST BPA ACCT #734694 GRT/LAGRANDE.
2043 SOLD IPC/BPA 50 MWS @ 38.0 MILS FOR HR 22. (BRIAN) SPILL PREVENTION
2055 SOLD PSE 75 MWS @ 38.0 MILS FOR HR 23. (LISA) SPILL PREVENTION
2212 POND XFER: 300 MWS FROM PGE/WELLS TO PGW/WAPR FOR HR 22. (KEN)



GRT001776

# Dispatchers Real Time Log

## SATURDAY, MARCH 22, 2003 (JD-081)

(tat)
0132 POND XFER: 200 MWS FROM CH/RIS TO CH/RRH FOR HR 02. (ROB)
0457 PURCHASED 6 MWS @ 35.0 MILS PCW/PCW/PPM FOR HR 07. (MATTHEW)
0507 PURCHASED 25 MWS @ 35.0 MILS FROM PSE FOR HR 07. (LISA)
0516 PURCHASED 35 MWS @ 20.0 MILS NWMT/BPA/PPM FOR HR 07. (JAY)

(TJW)
0723 POND XFER: 200 MWS FROM CH/RRH TO CH/RIS FOR HR 07. (STACY)
0817 HEPPNER PWRPLT SCHEDULE CHANGED FROM 8 MWS TO 6 MWS FOR HRS 10 THRU 24. BPA TBL NOTIFIED AND CWI UPDATED.
1515 POND XFER: 600 MWS FROM PSE/RRH TO PSE/WAPR FOR HR 15. (SPENCER)

(tat)
1836 POND XFER: 300 MWS FROM PGE/WELLS TO PGE/WAPR FOR HR 19. (KEN)
2139 POND XFER: 300 MWS FROM PSE/RRH TO PSE/RIS FOR HR 22. (LISA)

# Dispatchers Real Time Log

## SUNDAY, MARCH 23, 2003 (JD-082)

(tat)

0134 HEPPNER POWERPLANT SCHEDULE CHANGED FROM 8 MWS TO 6 MWS FOR HRS 04 THRU 24. BPA TBL NOTIFIED & CWI UPDATED.

0500 PURCHASED 40 MWS @ 26.0 MILS FOR HR 07, CISO/BPA/TEMU. (JAMES)

(dch)

0725 POND XFER: 250 MWS FROM PSE/RRH TO PSE/RIS FOR HR 08.

1725 POND XFER: 250 MWS FROM PSE/RIS TO PSE/WAPR FOR HR 18.

(tat)

2235 HEPPNER POWERPLANT SCHEDULE CHANGED FROM 8 MWS TO 6 MWS FOR HRS 01 THRU 24. BPA TBL NOTIFIED & CWI UPDATED. (SALMAR)

# Dispatchers Real Time Log

## MONDAY, MARCH 24, 2003 (JD-083)

(tat)

0007 PURCHASED 25 MWS @ 20.0 MILS FOR HR 02 FROM PSE. (LISA)

(kfn)

0754 SOLD IPC/BPA 50 MWS @ 35.0 MILS FOR HRS 10 THRU 14. (FRANK)
**0756 PURCHASED HNFST BPA ACCT #636129 GT/HTSPRG 50 MW HR 10-14.(KELLY)**
1355 SOLD BCH/BPA/PWX 75 MWS @ 25.0 MILS FOR HR 16. (MIKE)
1446 SOLD PGE 75 MWS @ 30.0 MILS FOR HRS 17-18 & 19. (TERRY)
1614 POND XFER 700 FROM PSE/RRH TO PSE/WELS FOR HR 16. (SPENCER)
1651 SOLD PGE 35 MWS @ 27.0 MILS FOR HR 19. (HARRY)

(tat)

1749 SOLD PGE 35 MWS @ 27.0 MILS FOR HR 20. (CHUCK)
1850 POND XFERS: 500 MWS FROM PSE/WELLS TO PSE/WAPR FOR HR 19 AND 500 MWS FROM PSE/RRH TO PSE/WAPR FOR HR 20. (MAX)
2259 SOLD BCH/BPA/PWX 125 MWS @ 15.0 MILS FOR HRS 01 THRU 06. (KIM)
2302 SOLD PGE 75 MWS @ 17.0 MILS FOR HR 01. (CHRIS)
2328 POND XFER: 200 MWS FROM PSE/RRH TO PSE/RIS FOR HR 24. (MAX)
2349 SOLD PGE 65 MWS @ 17.0 MILS FOR HR 02. (CHRIS)

# Dispatchers Real Time Log

## TUESDAY, MARCH 25, 2003 (JD-084)

(tat)

0053 SOLD PGE 85 MWS @ 17.0 MILS FOR HR 03. (CHRIS)
0158 SOLD PGE 130 MWS @ 17.0 MILS FOR HR 04. (CHRIS)
0248 SOLD PGE 70 MWS @ 17.0 MILS FOR HR 05. (CHRIS)
0358 SOLD PGE 100 MWS @ 17.0 MILS FOR HR 06. (CHRIS)
0445 SOLD PGE 200 MWS @ 17.0 MILS FOR HR 07. (CHRIS)
(kfn)
0608 SOLD CH/AV 50 MWS @ 20.0 MILS FOR HRS 11 THRU 15. (DANA)
0612 SOLD BCH/BPA/PWX 175 MWS @ 14.0 MILS FOR HR 08. (MIKE)
0707 SOLD CISO/BPA/DETM 70 MWS @ 18.0 MILS FOR HRS 11 THRU 17. (AUSTIN)
0710 **PURCHASED HNFST BPA ACCT# 682424. GT/MALN 70 MWS HR 11-17.(KELLY)**
0724 SOLD BCH/BPA/PWX 175 MWS @ 14.0 MILS FOR HR 09. (MIKE)
0807 SOLD BCH/BPA/PWX 175 MWS @ 14.0 MILS FOR HR 10. (MIKE)
0829 MINI-MUNI SCHEDULE CHANGED FROM 10 MWS TO 20 MWS FOR HRS 10 THRU 24.(JIM-BPA)
0859 POND XFER 600 FROM PSE/RRH TO PSE/WAPR FOR HR 09. (SPENCER)
0906 SOLD KFG/BPA/PPM 25 MWS @ 9.0 MILS FOR HR 11. (STEVE)
0913 SOLD BCH/BPA/PWX 40 MWS @ 14.0 MILS FOR HR 11. (MIKE)
0929 SOLD CISO/BPA/DETM 70 MWS @ 18.0 MILS FOR HRS 18 THRU 22. (AUSTIN)
0930 **PURCHASED HNFST BPA ACCT#682424 GT/MALN 70 MW HR 18-22.(MICHAEL)**
0953 SOLD KFG/BPA/PPM 59 MWS @ 14.0 MILS FOR HR 12. (BILL)
1035 PURCHASED MLG/(RD.M)/SEMPRA 1 MWS @ 5 MILS FOR HR 13. (JAKE)
1056 SOLD KFG/BPA/PPM 60 MWS @ 15.0 MILS FOR HR 13. (BILL)
1156 SOLD KFG/BPA/PPM 60 MWS @ 16.5 MILS FOR HR 14. (BILL)
1241 SOLD KFG/BPA/PPM 70 MWS @ 15.5 MILS FOR HR 15. (BILL)
1307 SOLD BCH/BPA/PWX 75 MWS @ 15.0 MILS FOR HR 15. (MIKE)
1408 SOLD BCH/BPA/PWX 175 MWS @ 13.0 MILS FOR HR 16. (MIKE)
1442 SOLD EWEB/BPA 25 MWS @ 15.0 MILS FOR HRS 19 & 20. (KEVIN)
1504 SOLD KFG/BPA/PPM 25 MWS @ 15.5 MILS FOR HRS 17 & 18. (BILL)
1510 SOLD BCH/BPA/PWX 115 MWS @ 13.0 MILS FOR HR 17. (MIKE)
1527 SOLD BCH/BPA/PWX 70 MWS @ 13.0 MILS FOR HR 17. (AXLE) (ADDITIONAL)
1608 SOLD BCH/BPA/PWX 180 MWS @ 13.0 MILS FOR HR 18. (AXLE)
1701 SOLD BCH/BPA/PWX 190 MWS @ 13.0 MILS FOR HR 19.(AXLE)
1736 PURCHASED FCPD/BPA/MGS 15 MWS @ 1.0 MIL FOR HR 19. (PETER)
PURCHASED BENC/BPA/MGS 75 MWS @ 1.0 MIL FOR HR 19.(PETER)
PURCHASED TCL/BPA/MGS 25 MWS @ 1.0 MIL FOR HR 19. (PETER)
1750 SALE TO CISO/BPA/DETM CUT FROM 70 MWS TO 45 MWS FOR HR 20. GRT BOUGHT BACK FROM DETM 25 MWS @ 9.0 MILS. (NICK)
1802 SOLD BCH/BPA/PWX 200 MWS @ 13.0 MILS FOR HR 20. (AXLE)
1812 SOLD CH/AV 35 MWS @ 15.0 MILS FOR HR 20. (STACY)
1850 SOLD PGE/BPA 90 MWS @ 13.5 MILS FOR HR 21. (CHRIS)
1856 SOLD KFG/BPA/PPM 100 MWS @ 16.0 MILS FOR HR 22. (CHIP)
1907 SOLD BCH/BPA/PWX 110 MWS @ 13.0 MILS FOR HR 21. (AXLE)
1908 POND XFER 200 FROM PSE/RRH TO PSE/RIS & 300 FROM PSE/RRH TO PSE/WAPR FOR HR 19. (MAX)



GRT001780

**1909 HEPPNER PP WILL BE OOS AT 2200.MINIMUM DOWN TIME TWO WEEKS. WILL ZERO SCHEDULE (MICKEY)**

**1940 ATTEMPTED TO ZERO CWI. WON'T ACCEPT MY LOG-IN. DOROTHY WILL TAKE CARE OF IT. THANKS, DOROTHY**

1959 SOLD BCH/BPA/PWX 100 MWS @ 13.0 MILS FOR HR 22. (JASON)

2027 PURCHASED POND 300 FROM CH/RRH TO GC/WAPR @ 1.0 MIL FOR HR 21.(STACY) (CH/AV WILL BUY BACK @ 2.0 MILS LATER)
POND XFER 200 FROM CH/RIS TO CH/RRH FOR HR 21. (STACY)

2039 SOLD PGE/BPA 225 MWS @ 13.0 MILS FOR HR 23. (CHRIS)

2108 SOLD BCH/BPA/PWX 100 MWS @ 13.0 MILS FOR HR 23. (AXLE)

2154 SOLD BCH/BPA/PWX 335 MWS @ 13.0 MILS FOR HR 24. (AXLE)

2258 SOLD KFG/BPA/PPM 90 MWS @ 13.0 MILS FOR HR 01. (CHIP)

2308 SOLD BCH/BPA/PWX 220 MWS @ 13.0 MILS FOR HR 01. (AXLE)

2345 SOLD BCH/BPA/PWX 310 MWS @ 13.0 MILS FOR HR 02. (AXLE)

2356 SOLD KFG/BPA/PPM 90 MWS @ 13.0 MILS FOR HRS 3-4-5-& 6. (CHIP)

# Real Time Sales Log

## Wednesday, March 26, 2003 (JD 085)

(kfn)
0040 POND XFER 400 FROM PSE/WELS TO PSE/WAPR FOR HR 01. (MAX)
0056 SOLD BCH/BPA/PWX 230 MWS @ 13.0 MILS FOR HR 03. (TESS)

(tat)
0204 SOLD BCH/BPA/PWX 230 MWS @ 12.0 MILS FOR HR 04. (TESS)
0208 SOLD BPA/BPA/TEMU (CENT.) 75 MWS @ 13.0 MILS FOR HR 06. (JAMES)
0252 SOLD PSE 170 MWS @ 14.0 MILS FOR HR 06. (MAX)
0258 SOLD BCH/BPA/PWX 230 MWS @ 12.0 MILS FOR HR 05. (TESS)
0435 POND XFER: 200 MWS FROM PSE/RIS TO PSE/WAPR FOR HR 05. (MAX)
0501 SOLD PGE 20 MWS @ 15.0 MILS FOR HRS 07 & 08. (CHRIS)
0515 SOLD BCH/BPA/PWX 220 MWS @ 11.0 MILS FOR HR 07. (TESS)
0516 SOLD BCH/BPA/PWX 35 MWS @ 14.0 MILS FOR HR 07. (TESS)
0520 **PURCHASED HNFST GRT TO BCH, BPA ACCT #730750. (ZENA)**
0540 SOLD PGE 130 (ADDITIONAL) MWS @ 15.0 MILS FOR HR 08. (CHRIS)
0555 SOLD CISO/BPA/SEMPRA 35 MWS @ 21.0 MILS FOR HR 08. (JAKE)
0558 **PURCHASED HNFST GRT TO CISO, BPA ACCT #682424 FOR HR 08. (ZENA)**
0642 SOLD KFG/BPA/PPM 100 MWS @ 16.0 MILS FOR HRS 09-24. (STEVE)
0655 SOLD CISO/BPA/SEMPRA 35 MWS @ 21.0 MILS FOR HRS 09 TO 19. (JAKE)
0704 MUNIES GEN SCHED CHANGED FROM 15 TO 18 MWS FOR HRS 09 TO 17 AND FROM 15 TO 22 MWS FOR HRS 18 TO 24. (JIM)
0726 **PURCHASED HNFST GRT TO CISO, BPA ACCT #682424 FOR HR 09. (ZENA)**
0814 **PURCHASED HNFST GRT TO CISO, BPA ACCT #682424 FOR HR 10. (ZENA)**
0930 **PURCHASED HNFST GRT TO CISO, BPA ACCT #682424 FOR HRS 11-19. (ZENA)**
1354 SCHEDULE WITH SEMPRA CUT 7 MWS TO 28 FOR HR 16. (JAKE) HNFST REDUCED BY FOR HR 16 REDUCED TO 28 MWS. (ZENA)
1720 COWL GEN SCHEDULED FOR HRS 20-27. CHANGED TO 37 MWS.

1800-2400 DCH

1816 SOLD TO AVA/CH 20 MWS @ 17.0 MILS FOR HR 2000. (HEATHER)
1900 SOLD TO PSE 50 MWS @ 22.0 MILS FOR HR 2000. (MAX)
1915 SOLD CISO/BPA/SEMPRA 35 MWS @ 25.0 MILS FOR 2100 HR. (CG)
1916 **PURCHASED HNFST GRT TO CISO, BPA ACCT # 682424 FOR 2100 HR. (DANIELLE)**
2201 MUNI GROSS GEN. CHANGED TO 22/24 HRS FOR 3/27/03.
2226 COWL. GROSS GEN. CHANGED TO 35 FOR 0700-2200 HRS FOR 3/27/03.

GRT001782

# Real Time Sales Log

## THURSDAY, MARCH 27, 2003 (JD-086)

(DCH)

0115 SOLD POND 300 BACK TO CH/AV FROM GC/WAPR @ 2.0 MILS FOR 0100 HR AS TO AGREEMENT AT 2100 HR ON TUESDAY, 3/25/03. (HEATHER)
0423 POND TRANSFER: 50 MWS FROM DOUG/WELLS TO DOUG/RRH FOR 0400 HR.
0500 POND TRANSFER: 200 MWS FROM CH/RRH TO CH/RIS FOR 0500 HR.
0510 SOLD PSE 150 MWS @ 18.0 MILS FOR 0700 HR. (MAX)

(TAT)

0550 SOLD AVA 75 MWS @ 19.0 MILS FOR HR 08. (JENNIFER)
0557 SOLD PGE 20 MWS @ 20.0 MILS FOR HR 08. (HARRY)
0617 SOLD PSE 25 MWS @ 19.0 MILS FOR HR 08. (SAL)
0619 PURCHASED 8 MWS FROM SEMPRA/ROAD M FOR HR 10 @ 15.0 MILS. (KEN)
0707 SOLD PSE 50 MWS @ 19.0 MILS FOR HR 09. (SAL)
0930 TRANSMISSION CUT--TEMU TAG 5278-HR 11 FROM 5 MWS TO ZERO. REROUTED TAG 5279-HR 11-GRT TO CENTRALIA 5 MWS. (ZARA)

(DCH)

1745 PAM @ TRANSALTA REDUCED TRANSMISSION SCHEDULE FROM 25 TO 0 MWS FOR 1900 HR. TAG # TEM5282 TO PCW.
1755 POND TRANSFER OF 500 MWS FROM PSE/RRH TO PSE/WAPR FOR 1800 HR (MAX)
1828 SOLD AVA/CH 25 MWS @ 15.0 MILS FOR 2000 HR. (HEATHER)
1850 SOLD AVA/CH 100 MWS @ 15.0 MILS FOR 2100 HR. (HEATHER)
1911 SOLD PCW 50 MWS @ 15.0 MILS FOR 2100 HR. (JOHN)
1922 PAM @ TRANSALTA REDUCED TRANSMISSION SCHEDULE FROM 25 TO 0 MWS FOR 2000, 2100 AND 2200 HRS. TAG # TEM5282 TO PCW.
1957 SOLD AVA/CH 100 MWS @ 15.0 MILS FOR 2200 HR. (HEATHER)
2000 SOLD PCW 50 MWS @ 15.0 MILS FOR 2200 HR. (JOHN)
2058 SOLD PCW 50 MWS @ 15.0 MILS FOR 2300 HR. (JOHN)
2120 SOLD PWX/BCH 35 MWS @ 10.0 MILS FOR 2300 HR. (AXEL)
2124 **PURCHASED HNFST GRT TO BC, BPA ACCT # 730750 FOR 2300 HR.**
2205 SOLD PCW 50 MWS @ 14.0 MILS FOR 2400 HR. (JOHN)
2215 MUNI GROSS GEN INCREASED TO 23 MWS FOR 0100-0600, 3/28/03. ADJUSTED TAG # 708000.
2220 SOLD PWX/BCH 100 MWS @ 12.0 MILS FOR 2400 HR. (AXEL)
2224 **PURCHASED HNFST GRT TO BC, BPA ACCT # 730750 FOR 2400 HR.**
2315 SOLD PWX/BCH 100 MWS @ 11.0 MILS FOR 0100-0600 HRS, 3/28/03. (AXEL)
2318 **PURCHASED HNFST GRT TO BC, BPA ACCT # 730750 FOR 0100-0600 HRS,** 3/28/03.

# Real Time Sales Log

Date: FRIDAY, MARCH 28, 2003 (JD-087)

(DCH)

0055 SOLD PGE 50 MWS @ 12.0 MILS FOR 0300 HR. (HARRY)
0148 POND TRANSFER 500 MWS FROM PSE/RRH TO PSE/WAPR FOR 0200 HR. (MAX)
0158 SOLD PGE 25 MWS @ 12.0 MILS FOR 0400 HR. (HARRY)
0258 SOLD PGE 50 MWS @ 12.0 MILS FOR 0500 HR. (HARRY)
0323 SOLD PNGC/BPA 20 MWS @ 14.0 MILS FOR 0500 HR. (LISA)
0359 SOLD PGE 25 MWS @ 15.0 MILS FOR 0600 HR. (HARRY)
0450 SOLD PGE 75 MWS @ 16.0 MILS FOR 0700 HR. (HARRY)
(ar)
548 SOLD PGE 75 MWS @ 18.0 MILS FOR HR 0800 (HARRY)
627 SOLD KFG/BPA-SNO/PPM 25 MWS @ 23.0 MILS HRS 0900 THRU 1500 (CHRIS)
648 SOLD PSE 75 MWS @ 24.0 MILS HR 0900 (LISA)
714 SOLD CHPD/AVISTA 25 MWS @ 23.0 MILS HR 0900 (ROB)
805 CHPD/AVA POND TRANSFER 200 MWS FROM RRH TO RI (ROB)
808 SOLD CHPD/AVISTA 100 MWS @ 18.0 MILS HR 1000 (ROB)
832 PSE POND TRANSFER 200 MWS FROM RI TO WAPR (LISA)
851 SOLD PGE 25 MWS @ 19.0 MILS FOR HR 1100 (RANDY)
908 SOLD CHPD/AVISTA 100 MWS @ 18.0 MILS HR 1100 (ROB)
1005 SOLD PGE 35 MWS @ 19.0 MILS FOR HR 1200 (RANDY)
1054 COPD GROSS GEN INCREASED TO 39 MWS FOR HRS 23 & 24 (HERB)
1055 PSE POND TRANSFER 300 MWS FROM WELL TO WAPR (LISA)
1056 PSE POND TRANSFER 300 MWS FROM RRH TO WAPR (LISA)
1130 COPD GROSS GEN TO 35 MWS FOR 3-29-03 HRS 1 THRU 06 & 23, 24 (HERB)
1149 PSE POND TRANSFER 500 FROM WELLS TO WAPR.
1452 SOLD BCH/PSE/PWX 180 MWS @ 12.0 MILS HR 1700 (AXEL)
(kfn
1807 SOLD BCH/PSE/PWX 100 MWS @ 12.0 MILS FOR HR 20. (AXLE)
1906 SOLD BCH/PSE/PWX 100 MWS @ 12.0 MILS FOR HR 21. (AXLE)
2001 SOLD BCH/PSE/PWX 60 MWS @ 11.0 MILS FOR HR 22. (DAN)
2057 SOLD PSE 125 MWS @ 12.0 MILS FOR HR 23. (SAL)
2104 SOLD PGE 45 MWS @ 14.0 MILS FOR HR 23. (WAYNE)
2109 SOLD BCH/BPA/PWX 80 MWS @ 11.0 MILS FOR HR 23. (AXLE)
2207 SOLD BCH/BPA/PWX 250 MWS @ 11.0 MILS FOR HR 24. (AXLE)
2225 COPD SCHEDULE REDUCED FROM 39 TO 38 MWS FOR HR 23. (ALLEN-BPA)
2242 SOLD CISO/BPA/SETC 100 MWS @ 14.0 MILS FOR HR 01. (JAKE)
2247 **PURCHASED HNFST BPA ACCT# 783447 GT/JD 100 MWS HR 01.(ALLEN)**
2309 SOLD BCH/BPA/PWX 150 MWS @ 11.0 MILS FOR HR 01. (AXLE)
2313 COPD SCHEDULE REDUCED FROM 39 TO 38 MWS FOR HR 24. (ALLEN-BPA)
2346 SOLD CISO/BPA/SETC 100 MWS @ 14.0 MILS FOR HRS 02 & 03. (JAKE)
2350 **PURCHASED HNFST BPA ACCT# 783447 GT/JD 100 MWS HRS 2 & 3.(GENE)**

GRT001784

# Real Time Sales Log

## Saturday, March 29, 2003 (JD 088)

(kfn)
0018 SOLD BCH/BPA/PWX 150 MWS @ 11.0 MILS FOR HR 02. (JASON)
0101 SOLD PPW 100 MWS @ 14.0 MILS FOR HRS 03 & 04. (GARY)
0109 SOLD BCH/BPA/PWX 50 MWS @ 11.0 MILS FOR HR 03. (JASON)
0159 SOLD PPW 150 MWS @ 14.0 MILS FOR HR 04. (ADDITIONAL) (GARY)
0258 SOLD PPW 225 MWS @ 14.0 MILS FOR HR 05. (GARY)
0357 SOLD PPW 235 MWS @ 14.0 MILS FOR HR 06. (GARY)

(DCH)
0621 SOLD PWX/PSE 125 MWS @ 10.0 MILS FOR HR. 08. (MARK)
0713 SOLD PWX/PSE 125 MWS @ 10.0 MILS FOR HR. 09. (MARK)
0805 SOLD PCW 100 MWS @ 14.0 MILS FOR HRS. 1000-1100. (MIKE)
0812 SOLD PSE 50 MWS @ 12.0 MILS FOR HRS. 1000-1200. (LISA)
0815 SOLD PWX/PSE 45 MWS @ 13.0 MILS FOR HR. 1000. (MARK)
0902 SOLD PWX/PSE 30 MWS @ 13.0 MILS FOR HR. 1100. (MARK)
0959 SOLD PCW 100 MWS @ 14.0 MILS FOR HRS. 1200-1300. (MIKE)
1000 SOLD PWX/PSE 40 MWS @ 13.0 MILS FOR HR. 1200. (MARK)
1006 POND TRANSFER: 200 MWS FROM CH/RRH TO CH/RIS FOR HR. 1000. (ROB)
1045 POND TRANSFER: 500 MWS FROM PSE/RRH TO PSE/WAPR FOR HR. 1100. (LISA)
1100 SOLD PWX/PSE 75 MWS @ 13.0 MILS FOR HR. 1300. (MARK)
1150 POND TRANSFER: 150 MWS FROM PSE/RIS TO PSE/WAPR AND 200 MWS FROM PSE/WELLS TO PSE/WAPR FOR HR. 1200. (LISA)
1159 SOLD PCW 50 MWS @ 14.0 MILS FOR HR. 1400. (MIKE)
1206 SOLD PWX/PSE 100 MWS @ 13.0 MILS FOR HR. 1400. (MARK)
1306 SOLD PWX/PSE 150 MWS @ 11.0 MILS FOR HR. 1500. (MARK)
1336 SOLD PWX/PSE 160 MWS @ 9.0 MILS FOR HRS. 1600-1800. (MARK)
1440 POND TRANSFER: 50 MWS FROM CH/RRH TO CH/RIS FOR HR. 1500. (ROB)
1700 SOLD PWX/PSE 160 MWS @ 9.0 MILS FOR HR. 1900. (DAN)

(tat)
1758 SOLD PSE/PWX 160 MWS @ 9.0 MILS FOR HR 20 (DAN)
1808 SOLD PPW 25 MWS @ 13.0 MILS FOR HR 20. (GARY)
1900 SOLD PCW 150 MWS @ 13.0 MILS FOR HR 21. (GARY)
1903 SOLD PGE 75 MWS @ 13.0 MILS FOR HR 21. (WAYNE)
1912 SOLD CH/AVA 70 MWS @ 12.0 MILS FOR HR 23. (TOM)
1920 SOLD CISO/BPA/PPM 100 MWS @ 12.0 MILS FOR HR 23. (BILL)
1922 SOLD CISO/BPA/PPM 75 MWS @ 11.0 MILS FOR HRS 01 THRU 06. (BILL)
1939 TRANSMISSION CUT - TEMU TAGS #9615, #9617 & #23703 CURTAILED AT 2000. 25 MWS TO 0 MWS (ZARA & WILEY)
2002 SOLD PCW 50 MWS @ 13.0 MILS FOR HR 22. (GARY)
2005 SOLD BCH/BPA/PWX 75 MWS @ 9.0 MILS FOR HR 22. (DAN)
2034 SOLD PSE 150 MWS @ 13.0 MILS FOR HR 23. (SAL)
2109 SOLD BCH/BPA/PWX 100 MWS @ 9.0 MILS FOR HR 23. (DAN)
2157 SOLD BCH/BPA/PWX 150 MWS @ 9.0 MILS FOR HR 24. (DAN)
2211 SOLD PCW 100 MWS @ 11.0 MILS FOR HR 24. (GARY)
2237 SOLD BPA/BPA/TEMU (CENTR) 50 MWS @ 10.50 MILS FOR HRS 01-06. (ZARA)
2300 SOLD PCW 50 MWS @ 10.0 MILS FOR HRS 01-06. (GARY)
2350 SOLD PSE 50 MWS @ 11.0 MILS FOR HRS 02-06. (SAL)

# Dispatchers Real Time Log

## SUNDAY, MARCH 30, 2003 (JD-089)

(tat)
0406 MUNIES GEN SCH. CHANGED FROM 10 MWS TO 20 MWS FOR HRS 06-24.
508 SOLD CISO/BPA/PPM 100 MWS @ 15.0 MILS FOR HR 09. (BILL)

(JAVW)
858 Pond transferred 400 MWS from PSE-RRH to PSE-WAPR hour 0900.(Lisa)
1302 Pond transferred 200 MWS from PSE-RIS to PSE-WAPR hour 1400.(Lisa)
1530 Pond transferred 150 MWS from Chelan-RRH to Chelan-RIS hour 1600.(Nat)
1552 BP Energy called with a 5 MW cut on tag #4058 hr 1700. The 25 mw schedule was cut to 20 mw. We charged them 5 mil on the 5 mws.(Dan Hysoop)
1726 Tag #4058 was cut again hrs 1800-1900.
1730 3/31/03 Informed that tag #4058 was cut for hrs
(mds)
18:18 SOLD PGE 100 MWS @ 25.0 MILS FOR HR 20 (RANDY)
18:53 SOLD NEVP/BPA/CRGL 25 MWS @ 25.0 MILS FOR HRS 7 – 22 (BRENT)
22:58 POND TRANSFER 1000 MWS FROM PSE/WAPR TO PSE/WEL FOR HR 23 (SAL)
23:14 PURCHASED GHPD/BPA/PRM 20 MWS @ 14.0 MILS FOR HR 1 (SHARISA)
23:14 PURCHASED FCPD/BPA/PRM 30 MWS @ 14.0 MILS FOR HR 1 (SHARISA)
23:58 PURCHASED GHPD/BPA/PRM 20 MWS @ 14.0 MILS FOR HRS 2 – 5 (SHARISA)
23:58 PURCHASED FCPD/BPA/PRM 30 MWS @ 14.0 MILS FOR HRS 2 – 5 (SHARISA)

GRT001788

# Real Time Sales Log

## MONDAY MARCH 31,2003 (JD 090)

(mds)
01:18 PURCHASED OKPD 25 MWS @ 14.0 MILS FOR HRS 3 – 4 (ARLINN)
02:50 PURCHASED OKPD 50 MWS @ 14.0 MILS FOR HRS 5 – 6 (ARLINN)
(TJW)
1043 SALE TO NWMT/IPC/REMC, 70 MWS FOR H.E. 17- 80 MWS FOR H.E. 18- 82 MWS FOR H.E. 19 AND 79 MWS FOR H.E. 20 @ 29.0 MILS. (BRIAN)
1128 SCHEDULE FROM EWEB TO AZPS, 25 MWS FOR HR 13 CUT FROM 25 TO 15 MWS WITH A NET EXCHANGE OF –13 FOR HR. (JOHN)
1645 SALE TO KFG/BPA/PPM, 45 MWS @ 29.0 MILS FOR HR 18. (RAND)
(kfn)
1820 POND XFER 150 FROM CH/RRH TO CH/RIS FOR HR 18. (KATHY)
1935 SOLD PGE/BPA 25 MWS @ 29.0 MILS FOR HR 21. (HARRY)
1959 SOLD KFG/BPA/PPM 8 MWS @ 29.0 MILS FOR HR 22. (RICHARD)
2101 SOLD KFG/BPA/PPM 29 MWS @ 27.0 MILS FOR HR 23. (RICHARD)
2114 PURCHASED NWMT/BPA/PRM 25 MWS @ 27.0 MILS FOR HR 23. (MIKE)
2207 PURCHASED NWMT/BPA/PRM 15 MWS @ 20.0 MILS FOR HR 24. (MIKE)
2217 PURCHASED TCL/BPA 10 MWS @ 20.0 MILS FOR HR 24. (ELAINE)
2307 PURCHASED NWMT/BPA/PRM 30 MWS @ 20.0 MILS FOR HR 01. (JOSH)

GRT001789

# Real Time Sales Log

## Tuesday, April 01, 2003 (JD 091)

(kfn)
0008 PURCHASED NWMT/BPA/PRM 35 MWS @ 20.0 MILS FOR HR 02. (JOSH)
0034 POND XFER 100 FROM DC/RRH TO DC/WELS FOR HR 02. (JAYDEE)`
0256 PURCHASED AVA/WWP 50 MWS @ 19.0 MILS FOR HR 05. (JENNIFER)
(tjw)
0600 Sale to KFG/BPA/PPM, 10 MWS @ 31.0 Mils for hr 08. (Richard)
0604 Sale to SCL/BPA, 80 MWS @ 35.0 Mils for hr 08. (Larry)
0815 Sale to CH/AVA, 50 MWS @ 33.0 Mils for hr 10. (Dana)
0905 Sale to CH/AVA, 75 MWS @ 32.0 Mils for hr 11. (Dana)
1007 Sale to CH/AVA, 30 MWS @ 32.0 Mils for hr 12. (Dana)
1035 Sale to PSE, 50 MWS @ 32.0 Mils for Hrs 12,13 & 14. (Mike)
1222 Sale to PPW, 50 MWS (integrated 25) @ 34.0 Mils for hr 13. (John)
1306 Sale to PPW, 50 MWS @ 34.0 Mils for hrs 15 thru 18. (john)
1312 Sale to CH/AVA, 25 MWS @ 34.0 Mils for hr 15. (Dana)
1422 Sale to CH/AVA, 20 MWS @ 34.0 Mils for hr 16. (Dana)
1540 Pond Transfer of 200 MWS from CH/RRH TO CH/RIS for hr 16. (Dana)
1700 Sale to CH/AVA, 50 MWS @ 34.0 Mils for hr 19. (Dana)
(kfn)



GRT001790

# Real Time Sales Log

## Wednesday, April 02, 2003 (JD 092)

(kfn)

(tat)

0620 SOLD CH/AV 24 MWS @ 36.0 FOR HR 07. INTEGRATES TO 16 MWS FOR THE HR. TO BE PAID BACK IN HR 09 (HEATHER)

0730 PURCHASED 16 MWS @ 36.0 MILS FOR HR 09 FROM CH/AV. (HEATHER)

1231 POND XFER: 100 MWS FROM CH/RRH TO CH/RIS FOR HR 13. (HEATHER)

(JAVW)

1800 SOLD PSE 75 MWS @ 38.0 MILS HR 2000 (SHERRY)

1905 SOLD PSE 75 MWS @ 42.0 MILS HR 2000 (SHERRY)

2003 POND XFER: 350 MWS FROM PSE/RIS TO PSE/WELLS FOR HR 20. (SHERRY)

**2020 SOLD CH/AV 25 MWS SPINNING RESERVE @ 5 MIL. STRIKE PRICE OF 45 MILS HR 2100 (JOHNSON)**

# Real Time Sales Log

## Thursday, April 03, 2003 (JD 093)

(JAVW)

(tat)
1209 PWX TAGS #1514 CUT TO 0 & TAG #1518 CUT TO 14 MWS FOR HRS 14 & 15. THESE ARE TRANSMISSION SALES.
1310 PWX TAG #1592 CUT FROM 25 MWS TO 17 MWS FOR HRS 14 THRU 19.

(JAVW)
2205 Purchased 15 MWS from PPM (Stateline) @ 20 Mils. Hr 2400. (Richard)

# Real Time Sales Log

## Friday, April 04, 2003 (JD 094)

(JAVW)
309 Xfered 75 MS pond from Doug-Wells to Doug-RRH hr 0300 (John)
(kfn)
0610 SOLD CH/AV 20 MWS @ 40.0 MILS FOR HR 08. (KATHY)
0655 SOLD CH/AV 20 MWS @ 40.0 MILS FOR HR 09. (KATHY)
0722 POND XFER 150 FROM CH/RRH TO CH/RIS FOR HR 07. (KATHY)
1543 POND XFER 500 FROM PSE/RRH TO PSE/WELS FOR HR 16. (SAL)
(mds)

# Real Time Sales Log

SATURDAY APRIL 5, 2003 (JD 095)

(mds)
(kfn)
1107 POND XFER 150 FROM PSE/RIS TO PSE/WELS FOR HR 11. (SAL)
2008 SALE TO PGE, 100 MWS @ 33.0 MILS FOR H.E 21 THRU H.E 08. (CHRIS)

# Real Time Sales Log

**Date: Sunday, April 06, 2003 (JD-96)**

(TJW)
0322 POND XFER, 100 MWS FROM PSE/RRH TO PSE/RIS FOR HR 03. (MIKE)
0322 POND XFER, 300 MWS FROM PSE/RRH TO PSE/WEL FOR HR 03. (MIKE)
(kfn)
0552 PURCHASED PGE 50 MWS @ 25.0 MILS FOR HR 07. (HARRY)
0909 POND XFER 100 FROM CH/RRH TO CH/RIS FOR HR 09. (KATHY)
(tjw)
1834 Sale to PPW, 50 MWS @ 28.0 Mils for Hrs 20/21 & 22. (John)
2101 Sale to PPW, 50 MWS @ 28.0 Mils for Hrs 23 & 24. (John)
2107 Sale to EWEB/BPA, 25 MWS @ 24.0 Mils For Hrs 1 Thru 5. (Chuck)
2133 Sale to BCH/PSE/PWX, 100 MWS @ 10.0 Mils for Hrs 23/24. (Mark)
2213 Sale to BCH/PSE/PWX, 50 MWS @ 10.0 Mils for Hrs 1 thru 5. (Mark)
2345 Pond Xfer, 400 MWS form PSE/WEL to PSE/WAPR for Hr 24. (Mike)

# Real Time Sales Log

## Date: Monday, April 07, 2003(jd-97)

(tjw)
0112 Pond Xfer, 500 MWS from PSE/RRH to PSE/WAPR for hr 01. (Mike)
0113 Pond Xfer, 300 MWS from PGE/WEL to PGE/WAPR for hr 02. (Ken)
0234 Pond Xfer, 400 MWS from PSE/RRH to PSE/WAPR for hr 03. (Mike)
0235 Pond Xfer, 100 MWS from PSE/RRH to PSE/RIS for hr 03. (Mike)
0310 Sale to PPW, 50 MWS @ 22.0 Mils for hrs 5 & 6 (John)
(gh)
06:00 SOLD AVA 50 MWS @ 30.0 MILLS HR 0800 (JENNIFER)
07:00 SOLD PSE 100 MWS @ 35.0 MILLS HR 0900 (SAL)
09:00 SOLD NWMT/RAINBOW ON A WWP/AVA WHEEL 54 MWS FOR HRS 17,18,1900 @ 35.0 MILLS (BRIAN @ RAINBOW IS THE PURCHASER)
09:04 SOLD PSE 100 MWS @ 34.0 MILLS HR 1100 (SAL)
10:00 SOLD PSE 100 MWS @ 34.0 MILLS HR 1200 (SAL)
11:00 SOLD PSE 100 MWS @ 34.0 MILLS HR 1300 (SAL)
12:01 SOLD PSE 100 MWS @ 34.0 MILLS HR 1400 (SAL)
13:00 SOLD PSE 100 MWS @ 34.0 MILLS HR 1500 (SAL)
14:03 SOLD PSE 100 MWS @ 34.0 MILLS HR 1600 (SAL)
14:56 SOLD PSE 50 MWS @ 34.0 MILLS HR 1700 (SAL)
16:24 SCOTT CALLED FROM RAINBOW AND REDUCED THE PURCHASE OF 54 MWS FOR HR 1800 TO 24 MWS @ 35.0 MILLS DUE TO A TRANSMISSION CUT AT WAPA
(tat)
1753 SOLD PSE 100 MWS @ 34.0 MILS FOR HR 20. (SPENCER)
1756 SOLD PGE 25 MWS @ 35.0 MILS FOR HR 20. (WAYNE)
1858 SOLD PSE 100 MWS @ 32.0 MILS FOR HR 21. (SPENCER)
**2002 MORGAN/STANLEY SCHEDULE CUT DUE TO DC TROUBLE. TAG #45547 CUT FROM 25 MWS TO 13 MWS FOR HR 22. 12 MWS REDIRECTED TO EWEB ON NEW TAG #45767. (BRIAN)**
**2016 PWX TAGS #41883 & #41863 CUT FROM 25 MWS TO 0 MWS FOR HR 22 DUE TO DC TROUBLES. 50 MWS REDIRECTED TO BCH FOR HR 22 ON NEW TAGS #31938 & #31939 (25 MWS PER TAG.) (KIM)**
**2027 TRANSMISSION SALE TO TCL WAS CUT FROM 50 TO 0 MWS FOR HR 22 DUE TO DC TROUBLES. OLD TAG NUMBERS 41864, 41865 & 41866. SCHEDULE WAS REDIRECTED FROM CISO TO BCH FOR HR 22 ON TAGS #31942, #31944 & #31945. (PAUL)**
2044 SOLD KFG/BPA/PPM 150 MWS @ 25.0 MILS FOR HRS 01 THRU 06. (PAUL)
2218 SOLD BCH/BPA/PWX 50 MWS @ 25.0 MILS FOR HR 24. (KIM)
2235 POND XFERS: 500 MWS FROM PSE/RRH TO PSE/WAPR & 100 MWS FROM PSE/RIS TO PSE/WAPR FOR HR 23. (SPENCER)

# Dispatchers Real Time Log

## TUESDAY, APRIL 08, 2003 (JD-098)

(tat)
0135 POND XFER: 200 MWS FROM CH/RRH TO CH/RIS FOR HR 02. (DANA/AVST)
0430 POND XFER: 1000 MWS FROM PSE/RRH TO PSE/WAPR FOR HR 05. (SPENCER)
0529 SOLD KFG/BPA/PPM 60 MWS @ 34.0 MILS FOR HR 07. (MIKE)
(gh)
06:22 **SOLD PSE 75 MWS OF RESERVES FOR 5.0 MILLS HR 08,STRIKE PRICE OF 35.0 MILLS (LISA)**
07:00 SOLD PSE 75 MWS @ 34.0 MILLS HR 0900 (LISA)
08:03 SOLD PSE 50 MWS @ 33.0 MILLS HR 1000 (LISA)
09:02 SOLD PSE 50 MWS @ 33.0 MILLS HR 1100 (LISA)
10:05 SOLD PSE 50 MWS @ 33.0 MILLS HR 1200 (LISA)
(mds)
10:58 SOLD PSE 50 MWS @ 33.0 MILLS FOR HR 13 (LISA)
11:55 SOLD PSE 50 MWS @ 33.0 MILLS FOR HR 14 (LISA)
(gh)
13:04 SOLD PSE 50 MWS @ 33.0 MILLS HRS 15.1600 (LISA)
13:35 PSE POND XFER:-1000 MWS PSE/WAPR TO +1000 MWS PSE/RRH HR 14 (LISA)
14:00 SOLD PSE 50 MWS @ 33.0 MILLS HRS 17,18,1900 (LISA)
1753 SOLD PSE 50 MWS @ 31.0 MILS FOR HRS 20 THRU 24. (SPENCER)
1811 SOLD PGE 25 MWS @ 33.0 MILS FOR HR 20. (WAYNE)
2059 POND XFERS: 800 MWS FROM PSE/RRH TO PSE/WELLS & 250 MWS FROM PSE/RIS TO PSE/WELLS FOR HR 21. (SPENCER)

# Dispatchers Real Time Log

## WEDNESDAY, APRIL 09, 2003 (JD-099)

(tat)
0028 PURCHASED 30 MWS @ 25.0 MILS (INTEGRATED TO 15 MWS) FOR HR 01 FROM PSE. (SPENCER)

(tjw)
0707 Sale to AVA Energy, 20 MWS of Operating Reserve for hr 08 @ 5.0 Mils and a Strike Price of 50.0 Mils. (Rob)
0809 Sale to PSE, 75 MWS @ 35.0 Mils for Hrs 10 thru 13. (Lisa)
0814 Sale to SCL, 30 MWS of Operating Reserves for hr 10 @ 5.0 Mils and a strike Price of 50.0 Mils. (Dena)
1449 Pond Xfer, 300 MWS from CH/RRH to CH/RIS for Hr 15. (Rob)
1639 Pond Xfer, 500 MWS from PSE/RRH to PSE/WAPR for Hr 17. (Lisa)

(kfn)
1959 POND XFER 300 FROM PGE/WELS TO PGE/WAPR FOR HR 20. (MARK)
2216 SOLD KFG/BPA/PPMI 50 MWS @ 35.0 MILS FOR HRS 01 THRU 06. (MIKE)

# Real Time Sales Log

## Thursday, April 10, 2003 (JD 100)

(kfn)
0042 PURCHASED PPW 75 MWS @ 25.0 MILS FOR HR 03. (JOHN)
0214 PURCHASED PPW 100 MWS @ 25.0 MILS FOR HR 04. (JOHN)
0245 SOLD CH/AV 75 MWS @ 40.0 MILS FOR HRS 7-8 & 9. (KATHY)
0306 PURCHASED PPW 100 MWS @ 25.0 MILS FOR HR 05. (JOHN)
(TJW)
0953 Sale to SCL, 40 MWS of Operating Reserve @ 5.0 Mils for Hr 12. (Sarapon)
1005 Sale to CHPD/AVA, 100 MWS @ 35.0 Mils for Hr 12. (Nat)
1106 Sale to CH/AVA, 100 MWS @ 35.0 Mils for Hr 13. (Rob)
1224 **Forward Schedule change- Sale to PGE for 25 MWS @ 35.0 Mils for hrs 14 thru 22**
**changed to PGE/BPA, 25 MWS @ 35.0 Mils for hrs 14 thru 22. (did not supply tag #) (Pete)**
1343 Pond Xfer, 250 MWS from CH/RRH to CH/RIS for hr 14. (Rob)
(kfn)
2206 SOLD BCH/PSE/PWX 100 MWS @ 24.5 MILS FOR HR 24. (ROB)
2213 SOLD BPA/BPA/TEMU(CNTRLA) 100 MWS @ 30.0 MILS FOR HRS 1-6. (MURRAY)
2222 **PURCHASED HNFST BPA ACCT# 755619. GC/CNTLA 100 MWS HRS 1-6 (ANGIE)**
**FORCED SALE DUE TO EMMINATE SPILL**
2309 SOLD BCH/PSE/PWX 100 MWS @ 21.0 MILS FOR HR 01. (RALPH)

# Real Time Sales Log

## Friday, April 11, 2003 (JD 101)

(kfn)
2309 POND XFER 500 FROM PSE/RRH & 200 FROM PSE/RIS TO PSE/WELLS FOR HR 03 (SPENCER)
0457 SOLD BPA/BPA/TEMU (CNTRLA) 50 MWS @ 31.0 MILS FOR HR 07. (JAMES)

(tat)
0558 SOLD BPA/BPA/TEMU (CNTRLA) 50 MWS @ 31.0 MILS FOR HR 08. (JAMES)
0600 SOLD PGE 75 MWS @ 32.0 MILS FOR HR 08. (KEN)
0604 SOLD SCL/BPA 25 MWS @ 33.0 MILS FOR HR 08. (KYLE)
0648 SOLD PGE 75 MWS @ 33.0 MILS FOR HR 09. (WAYNE)
0656 SOLD BPA/BPA/TEMU (CNTRLA) 50 MWS @ 31.0 MILS FOR HR 09. (JAMES)
0706 SOLD SCL/BPA 25 MWS @ 33.0 MILS FOR HR 09. (KYLE)
0755 SOLD PGE 65 MWS @ 33.0 MILS FOR HR 10. (WAYNE)
0756 SOLD LDWP/BPA/TEMU 53 MWS @ 32.0 MILS FOR HRS 10 THRU 16. (JAMES)
0847 SOLD PGE 40 MWS @ 33.0 MILS FOR HR 11. (WAYNE)
0911 SOLD PSE 50 MWS @ 34.0 MILS FOR HR 11. (MIKE)
0948 SOLD PGE 50 MWS @ 33.0 MILS FOR HR 12. (WAYNE)
1008 SOLD PSE 50 MWS @ 33.0 MILS FOR HR 12. (MIKE)
1047 SOLD PGE 40 MWS @ 33.0 MILS FOR HR 13. (WAYNE)
1104 SOLD PSE 50 MWS @ 33.0 MILS FOR HR 13. (MIKE)
1145 SOLD LDWP/BPA/TEMU 53 MWS @ 32.0 MILS FOR HRS 17 THRU 22. (JAMES)
1150 SOLD PGE 50 MWS @ 33.0 MILS FOR HR 14. (WAYNE)
1251 SOLD PGE 50 MWS @ 33.0 MILS FOR HRS 15 THRU 20. (WAYNE)
1300 SOLD PSE 50 MWS @ 33.0 MILS FOR HR 15. (MIKE)
1350 POND XFER: 100 MWS FROM CH/RRH TO CH/RIS FOR HR 14. (DANA/AVST)
1408 SOLD PSE 50 MWS @ 33.0 MILSNFOR HR 16. (MIKE)
1503 SOLD PSE 50 MWS @ 33.0 MILS FOR HR 17. (MIKE)
1548 SOLD TID/BPA/PPM 20 MWS @ 35.0 MILS FOR HRS 21 & 22. (SHARI)
1612 SOLD PSE 50 MWS @ 33.0 MILS FOR HR 18. (MIKE)
1701 SOLD PSE 50 MWS @ 33.0 MILS FOR HR 19. (MIKE)
(gh)
18:03 SOLD PSE 50 MWS @ 33.0 MILLS FOR HR 20 (SAL)
18:58 SOLD PSE 50 MWS @ 33.0 MILLS FOR HR 21 (SAL)
20:00 SOLD PSE 50 MWS @ 33.0 MILLS FOR HR 22 (SAL)
21:03 SOLD PSE 100 MWS @ 32.0 MILLS FOR HRS 23,24 (SAL)
21:04 SOLD GH/BPA 25 MWS @ 32.0 MILLS FOR HR 23 (MARTY @ PRM,PRM PURCHASED THE TRANSMISSION)
21:08 SOLD CISO/BPA(SNPD)/PPM 50 MWS FOR HR 0100 AND 100 MWS FOR HRS 0200-0600 @ 31.0 MILLS (RAND @ PPM PURCHASED THE TRANSMISSION)

GRT001800

# Real Time Sales Log

## Saturday, April 12, 2003 (JD 102)

(gh)

(tat)
0647 SOLD PGE 50 MWS @ 33.0 MILS FOR HR 09. (WAYNE)
0700 SOLD PSE 50 MWS @ 33.0 MILS FOR HR 09. (MIKE)
0750 SOLD PGE 50 MWS @ 33.0 MILS FOR HRS 10 THRU 12. (WAYNE)
0801 SOLD PSE 50 MWS @ 33.0 MILS FOR HRS 10 THRU 12. (MIKE)
0954 POND XFER 200 MWS FROM CH/RRH TO CH/RIS FOR HR 10.(JENNIFER/AVST)
1055 SOLD PGE 25 MWS @ 33.0 MILS FOR HRS 13 THRU 20. (WAYNE)
1059 SOLD PSE 50 MWS @ 33.0 MILS FOR HRS 13 THRU 15. (MIKE)
1402 SOLD PSE 50 MWS @ 33.0 MILS FOR HRS 16 THRU 18. (MIKE)
1513 POND XFER: 150 MWS FROM PSE/RIS TO PSE/WAPR FOR HR 15. (MIKE)
1708 SOLD PSE 50 MWS @ 33.0 MILS FOR HR 19. (MIKE)
(gh)
17:44 PSE POND XFER:-150 MWS PSE/RIS TO +150 MWS PSE/WAPR HR 18 (SAL)
19:12 PSE POND XFER:-200 MWS PSE/RRH TO +200 MWS PSE/WELLS HR 19 (SAL)
21:02 SOLD BPA(CENT)/BPA(SNPD)/TEMU 85 MWS FOR HRS 23,24 @ 32.0 MILLS (JAMES @ TEMU AND THEY PURCHASED THE TRANSMISSION)
21:26 SOLD CH/AV 100 MWS FOR HRS 0100-0600 @ 32.0 MILLS, SUNDAY 4/13/03 (TOM @ CH/AV)
21:27 MINI MUNIS GROSS INCREASED FROM 10 MWS TO 15 MWS FOR HRS 23,24 AND FROM 10 MWS TO 15 MWS FOR HRS 0100-0700 PER STEVE BONNEVILLE AT BPA
00:45 PSE POND XFER:-300 MWS PSE/WELLS TO +300 MWS PSE/RRH HR 0100 SUNDAY (SAL)

# Real Time Sales Log

## Sunday, April 13, 2003 (JD 103)

(gh)

(tat)
0626 MINI MUNIES GEN CHANGED FROM 10 MWS TO 19 MWS FOR HRS 08 THRU 16, 23 & 24 PER BPA. (PAM)
0712 PURCHASED 20 MWS @ 28.0 MILS FOR HR 09, PCW/PCW/PPM. (STEVE)
0810 PURCHASED 5 MWS @ 28.0 MILS FOR HR 10, PCW/PCW/PPM. (STEVE)
1109 SOLD PSE 50 MWS @ 35.0 MILS FOR HR 13. (MIKE)
1204 SOLD PSE 50 MWS @ 35.0 MILS FOR HR 14. (MIKE)
1307 SOLD PSE 50 MWS @ 35.0 MILS FOR HRS 15 & 16. (MIKE)
1555 SOLD CH/AVST 36 MWS & 51 MWS @ 35.0 MILS FOR HRS 18 & 19. (DANA)
1654 SOLD CH/AVST 49 MWS (ADDITIONAL) @ 35.0 MILS FOR HR 19. (DANA)
(gh)
17:52 SOLD CH/AV 180 MWS HR 20 @ 35.0 MILLS (HEATHER)
19:02 SOLD CH/AV 140 MWS HR 21 @ 35.0 MILLS (HEATHER)
20:04 SOLD CH/AV 170 MWS HR 22 @ 35.0 MILLS (HEATHER)
21:15 SOLD CH/AV 100 MWS HR 23 @ 35.0 MILLS (HEATHER)
22:04 SOLD CH/AV 50 MWS HR 24 @ 35.0 MILLS (HEATHER)

GRT001802

# Real Time Sales Log

Date:

## Monday, April 14, 2003 (JD 104)

(gh)

04:20 SOLD CH/AV 75 MWS @ 35.0 MILLS HR 0600 (HEATHER)

(kfn)

0557 PURCHASED ROADM/SETC 3 MWS HRS 8&9. 5 MWS HRS 10-13. 8MWS HRS 14-17. 5 MWS HRS 18&19. 3 MWS HRS 20&21 @ 20.0 MILS. (JAKE)

0736 SCHEDULE CUT NEV/PCW/MS TAG# MS46198 CUT FROM 23 TO 16 MWS HR 09.(JOSH)

0737 SCHEDULE CUT CISO/BPA/CHAV/DETM TAG# 8906 CUT FROM 25 TO O MWS FOR HR 09. GC BOUGHT BACK @ 30.0 MILS.(TOM CH/AV)

0745 POND XFER 100 FROM CH/RIS TO CH/RRH FOR HR 08.(KATHY)

0813 SCHEDULE CUT CISO/BPA/CHAV/BPA/DETM TAG# 8906 CUT FROM 25 TO 0 MWS FOR HR 10. GC BOUGHT BACK @ 30.0 MILS. (TOM CH/AV)

0841 SCHEDULE CUT CISO/BPA/CHAV/DETM TAG#8906 CUT FROM 25 TO 0 MWS FOR HR 11. (TOM CH/AV)

0853 0841 SCHEDULE CUT REDIRECTED TO CH/AV 25 MWS @ 57.0 MILS FOR HR 11. (KATHY)

0901 0736 SCHEDULE CUT BOUGHT BACK 7 MWS @ 15.0 MILS FOR HR 09.(JOSH)

0958 SCHEDULE CUT CISO/BPA/CHAV/DETM TAG#8906 CUT FROM 25 TO 0 MWS FOR HR 12. GC BOUGHT BACK 25 MWS @ 30.0 MILS. (KATHY CHAV)

1105 SCHEDULE CUT CISO/BPA/CHAV/DETM TAG#8906 CUT FROM 25 TO 0 MWS FOR HR 13. GC BOUGHT BACK 25 MWS @ 30.0 MILS. (TOM CHAV)

1210 SCHEDULE CUT CISO/BPA/CHAV/DETM TAG#8906 CUT FROM 25 TO 0 MWS FOR HR 14. GC BOUGHT BACK 25 MWS @ 25.0 MILS. (KATHY CHAV)

1302 SCHEDULE CUT CISO/BPA/CHAV/DETM TAG#8906 CUT FROM 25 TO 0 MWS FOR HR 15. GC BOUGHT BACK 25 MWS @ 25.0 MILS. (TOM CHAV)

1406 1302 SCHEDULE CUT RESTORED TO 6 MW FOR HR 15. GC BOUGHT BACK 19 MWS @ 25.0 MILS FOR HR 15.(KATHY CHAV)

1417 POND XFER 400 FROM PSE/WAPR TO PSE/RRH & 300 FROM PSE/WAPR TO PSE/WELS FOR HR 14. (MIKE)

1638 0557 PURCHASE FROM ROAD M CURTAILED FROM 5 MWS TO 3 MWS FOR HRS 18&19 AND FROM 3 MWS TO 0 MWS FOR HRS 20&21. (KENT SETC)

(mds)

GRT001803

# Real Time Sales Log

TUESDAY APRIL 15,2003 (JD 105)

(mds)
01:33 POND TRANSFER 250 MWS FROM CHPD/RRH TO CHPD/RIS FOR HR 2 (HEATHER)

(kfn)
0601 SOLD AVA/WWP 30 MWS @ 30.0 MILS FOR HR 08. (BILL)
0617 PURCHASED ROAD M/SETC 3 MWS HRS 8 & 9. 5 MWS HRS 10 THRU 13. 6 MWS HRS 14 & 15. 3 MWS HRS 16 THRU 18 @ 22.0 MILS. (JAKE SEMPRA)
0634 POND XFER 200 FROM DC/WELS TO OK/WELS FOR HR 06. (ARLEN)
0756 SOLD PPW 100 MWS @ 25.0 MILS FOR HR 10. (JOHN)
0833 SOLD PPW 100 MWS @ 25.0 MILS FOR HR 11. (JOHN)
0839 POND XFER 75 FROM CH/RRH TO CH/RIS FOR HR 09. (TOM)
1348 POND XFER 100 FROM CH/RRH TO CH/RIS FOR HR 14. (TOM)
1410 POND XFER 200 FROM OK/WELS TO DC/WELS FOR HR 14. (SHELBY)

(mds)
20:07 POND TRANSFER 800 MWS TO PSE/WAPR FOR HR 20 – 300 FROM PSE/WEL 300 MWS FROM PSE/RRH – 200 MWS FROM PSE/RIS (LISA)
21:05 SOLD EWEB/BPA 15 MWS FOR HR 1 – 25 MWS FOR HR 2 – 35 MWS FOR HRS 3 – 5 @ 15.0 MILS (CHUCK)
22:28 SOLD BPA (CENTRALIA) /BPA/TEMU 25 MWS @ 16.5 MILS FOR HRS 1 – 6 (CALVIN) PURCHASED NFT
23:12 POND TRANSFER 200 MWS FROM PSE/WAPR TO PSE/RIS FOR HR 23 (LISA)
23:32 **PURCHASED NFT GRANT/CENTRALIA 25 MWS FOR HRS 1 – 6 (KELLY)**

# Real Time Sales Log

WEDNESDAY APRIL 16,2003 (JD 106)

(mds)
01:36 SOLD CHPD/AVWSTE 25 MWS @15.0 MILS FOR HRS 4 – 6 (JENNIFER)
01:41 POND TRANSFER 200 MWS FROM PSE/WAPR TO PSE/WEL FOR HR 2 (LISA)
01:53 SOLD BCH/BPA/PWX 60 MWS @ 9.0 MILS FOR HRS 4 – 6 (JASON)
02:36 POND TRANSFER 300 MWS FROM PSE/RRH TO PSE/WEL FOR HR 3 (LISA)
03:18 SOLD PPW 75 MWS @ 19.0 MILS FOR HRS 5 – 6 (MIKE)
03:25 SOLD AVWPOO 100 MWS @ 20.0 MILS FOR HR 6 (BILL)
03:45 SOLD PSE 25 MWS @ 20.0 MILS FOR HR 6 (LISA)
04:35 POND TRANSFER 300 MWS FROM PSE/RRH TO PSE/WAPR FOR HR 5 (LISA)
04:38 POND TRANSFER 150 MWS FROM CHPD/RRH TO CHPD/RIS FOR HR 5 (JENNIFER)
04:50 SOLD AVWPOO 100 MWS @ 20.0 MILS FOR HR 7 (BILL)
04:58 SOLD IPC/AVWPOO 80 MWS @ 22.0 MILS FOR HR 7 (LONNY)
04:59 SOLD EWEB/BPA 20 MWS @ 22.0 MILS FOR HRS 7 & 8 (CHUCK)
05:26 SCHEDUALE CUT TAG #46325 CISO/MGST/SPP CUT 10 MWS FOR HRS 7 & 8 10 MWS REDIRECTED TO PPW FOR HR 7 and 8 (tag # 46383). (PETE)

(TJW)
0611 Sale to PSE, 175 MWS @ 26.0 Mils for HR 08 and 200 MWS @ 26.0 Mils for HR 09. (Sherrie)
0726 Purchase from MLGC/SETCW (M-road), 3MWS for Hr 08, 3 MWS for Hr 09, 6 MWS for Hr 10, 6 MWS for Hr 11, 8 MWS for Hr 12, 8 MWS for Hr 13, 7 MWS for Hr 14, 6 MWS for Hr 15, & 4 MWS for Hrs 16,17 & 18. (JIM)
0736 Schedule cut TAG #46325 CISO/MGST/SPP cut 15 to 0 MWS forHR 9. Redirected to PPW FOR HR 9 (tag # 46383). (PETE)
0813 Schedule cut TAG #46325 CISO/MGST/SPP Cut from 15 to 0 MWS FOR Hrs 10 thru 18. Redirected to CISO. (tag # 46414)
0817 Sale to CISO/BPA/TEMU, 25 MWS for Hrs 10 thru 12 @ 26.0 Mils. (Cam)
0818 Sale to BPA/BPA/TEMU (Cent), 35 MWS for Hrs 10 thru 12 @ 26.0 Mils. (Cam)
0819 Sale to PSE, 125 MWS @ 25.0 Mils for Hr 10. (Sherrie)
0901 Sale to PSE, 100 MWS @ 25.0 Mils for Hr 11. (Sherrie)
1004 Sale to PSE, 60 MWS @ 24.0 Mils for Hr 12. (Sherrie)
1013 Sale to BENC/BPA 25 MWS @ 25.0 Mils for Hr 12 (Marty/PRM)
1013 Sale to FRPD/BPA 25 MWS @ 25.0 Mils for Hr 12 (Marty/PRM)
1013 Sale to GHPD/BPA 25 MWS @ 25.0 Mils for Hr 12 (Marty/PRM)
1100 Sale to FRPD/BPA 25 MWS @ 24.0 Mils for Hr 13 (Demetrie/PRM)
1102 Sale to TCL, 25 MWS @ 24.0 Mils for Hr 13/14. (Tom)
1105 Sale to PSE, 40 MWS @ 24.0 Mils for Hr 13. (Sherrie)
1152 Sale to FRPD/BPA 30 MWS @ 24.0 Mils for Hr 13 (Marty/PRM)
1208 Sale to PSE, 60 MWS @ 24.0 Mils for Hr 14. (Sherrie)
1210 Pond Xfer, 175 MWS from PSE/RIS to PSE/RRH and 200 MWS from PSE/WAPR to PSE/WEL for Hr 12. (Sherrie)
1249 Sale to FRPD/BPA 35 MWS @ 24.0 Mils for Hr 15 (Demetrie/PRM)
1423 Sale to TCL, 15 MWS @ 24.0 Mils for Hr 16. (Tom)
1458 Sale to PSE, 50 MWS @ 24.0 Mils for Hr 17. (Sherrie)
1507 Sale to FRPD/BPA 45 MWS @ 24.0 Mils for Hr 17 (Demetrie/PRM)
1515 Sale to TCL, 25 Mws @ 24.0 Mils for hr 17. (Tom)
1602 Sale to PCW, 50 MWS @ 24.0 Mils for Hr 18. (John)
1606 Sale to PSE, 125 MWS @ 24.0 Mils for Hr 18. (Sherrie)
1615 Sale to TCL, 15 MWS @ 24.09 Mils for Hr 18. (Tom)

Wednesday, April 16, 2003
Con't
1706 Sale to PSE, 50 MWS @ 24.0 Mils for Hr 19. (Sherrie)

(tat)
1759 SOLD PSE 150 MWS @ 24.0 MILS FOR HR 20. (LISA)
1835 NOTIFIED BY TBL OUT BY 15 MWS FOR HRS 19 THRU 22. FOUND THAT TAG #46414 (MGST) HAD BEEN CUT AND REDIRECTED FOR HR 19 TO EWEB & HRS 20 THRU 22 TO THE CISO ON BPA INSTEAD OF PCW. SCHEDULES CHANGED WITH BPA & PCW, EVERYTHING CHECKED. (ROBIN/TBL)
1847 POND XFER: 100 MWS FROM CH/RRH TO CH/RIS FOR HR 19 (JENNIFER/AVS)
1856 SOLD PSE 100 MWS @ 24.0 MILS FOR HR 21. (LISA)
1910 SOLD BPA/BPA/TEMU (CNTRL) 20 MWS @ 25.0 MILS FOR HRS 21 & 22 (ZARA)
2007 SOLD BENTON/BPA & FRANKLIN/BPA 20 MWS @ 25.0 MILS FOR HR 22. (DEMETRIE/PRM)
2008 SOLD PSE 75 MWS @ 24.0 MILS FOR HR 22. (LISA)
2038 ENTERED SCHEDULE FOR SALES TO SMUD/BPA/PPM THAT WAS NOT CONFIRMED EARLIER BUT PUT IN TO BPA AFTER PPM PICKED UP TRANS, 80 MWS FOR HR 22 & 50 MWS FOR HR 23 @ 20.0 MILS. (CHRIS/PPM)
2112 SOLD PSE 100 MWS @ 22.0 MILS FOR HR 23. (LISA)
2115 SOLD BCH/BPA/PWX 150 MWS @ 21.0 MILS FOR HRS 23 & 24. (TESSA)
2247 SOLD BCH/PSE/PWX 150 MWS @ 18.0 MILS FOR HRS 01 THRU 06. (TESSA)

# Dispatchers Real Time Log

## THURSDAY, APRIL 17, 2003 (JD-107)

(tat)
0012 POND XFER: 200 MWS FROM PSE/RIS TO PSE/WELLS FOR HR 24. (LISA)
0140 POND XFER: 150 MWS FROM PSE/WAPR TO PSE/RIS FOR HR 2. (LISA)
0307 SOLD BENTON 25 MWS, FRANKLIN 15 MWS, GHPD 30 MWS ALL @ 19.0 MILS FOR HR 05. (HOGAN/PRM)
0337 POND XFER: 400 MWS FROM PSE/WAPR TO PSE/RRH FOR HR 04. (LISA)
0401 SOLD PSE 100 MWS @ 19.0 MILS FOR HR 06. (LISA)
0414 SOLD CH/AVST 15 MWS @ 20.0 MILS FOR HR 06. (JENNIFER)
0444 POND XFER: 100 MWS FROM CH/RRH TO CH/RIS FOR HR 5. (JENNIFER/AVST)
0446 SOLD CH/AVST 75 MWS @ 22.0 MILS FOR HR 07. (JENNIFER)
0449 SOLD PSE 150 MWS @ 28.0 MILS FOR HRS 07 & 200 MWS FOR HR 08. (LISA)
520 PURCHASED FROM ROAD M/SEMPRA FOR HR 08-2 MWS, HR 09-3 MWS, HR 10-5 MWS, HR 11-6 MWS, HR 12-5 MWS, HR 13-3 MWS, HRS 14 THRU 16-40 MWS, ALL @ 25.0 MILS.

(gh)
06:00 SOLD PSE 200 MWS @ 30.0 MILLS HR 0900 (CHERI)
06:01 PSE POND XFER: -150 MWS PSE/RIS TO +150 MWS PSE/RRH HR 0600 (CHERI)
07:00 SOLD PSE 200 MWS @ 28.0 MILLS HR 1000 (CHERI)
07:52 CHELAN POND XFER: -100 MWS CH/RRH TO +100 CH/RIS HR 0800 (TOM)
09:05 SOLD PSE 175 MWS @ 27.0 MILLS HR 1100 (CHERI)
10:00 SOLD PSE 200 MWS @ 27.0 MILLS HR 1200 (CHERI)
11:07 SOLD PSE 200 MWS @ 25.0 MILLS HR 1300 (CHERI)
12:02 SOLD PSE 200 MWS @ 25.0 MILLS HR 1400 (CHERI)
13:02 SOLD PSE 200 MWS @ 24.0 MILLS HR 1500 (CHERI)
14:00 SOLD CH/AV 100 MWS @ 26.0 MILLS HR 1600 (TOM)
14:00 CHELAN POND XFER: -100 CH/RRH TO +100 CH/RIS FOR HR 1400 (TOM)
14:04 SOLD PSE 125 MWS @ 24.0 MILLS HR 1600 (CHERI)
15:03 SOLD CH/AV 70 MWS @ 25.0 MILLS HR 1700 (TOM)
15:05 SOLD PSE 100 MWS @ 24.0 MILLS HR 1700 (CHERI)
15:15 SOLD PSE 200/2,250 MWS @ 24.0 MILLS HRS 18,19,2000 (CHERI)
17:13 PSE POND XFER: -400 MWS PSE/RIS TO +200 MWS PSE/WELLS AND +200 MWS PSE/RRH FOR HR 1700 (CHERI)

(tat)
1904 SOLD PSE 250 MWS @ 24.0 MILS FOR HR 21. (LISA)
2009 SOLD PSE 175 MWS @ 24.0 MILS FOR HR 22. (LISA)
2107 SOLD EWEB/BPA 10 MWS @ 21.0 MILS FOR HRS 23 & 24. (CHUCK)
2111 SOLD PSE 150 MWS @ 21.0 MILS FOR HR 23.0. (LISA)
2151 SOLD CH/AVST 150 MWS @ 20.0 MILS FOR HR 01, 50 MWS @ 20.0 MILS FOR HRS 02 THRU 06. (DANA)
2152 SOLD EWEB/BPA 35 MWS FOR HRS 01 & 02, 40 MWS FOR HRS 03 & 04, & 35 MWS FOR HR 05 @ 20.0 MILS. (CHUCK)
2223 SOLD PCW 100 MWS @ 20.0 MILS FOR HR 24. (MIKE)
2314 SOLD BCH/BPA/PWX 35.0 MWS @ 17.0 MILS FOR HR 01. (TESS)

GRT001807

# Dispatchers Real Time Log

## FRIDAY, APRIL 18, 2003 (JD-108)

(tat)
0009 SOLD BCH/BPA/PWX 100 MWS @ 17.0 MILS FOR HRS 02 THRU 06. (AXEL)
0108 POND XFER: 200 MWS FROM CH/RRH TO CH/RIS FOR HR 01. (DANA)
0405 SOLD PSE 75 MWS @ 20.0 MILS FOR HR 06. (LISA)
0415 SOLD EWEB/BPA 50 MWS @ 23.0 MILS FOR HR 07. (CHUCK)
0504 SOLD PSE 140 MWS @ 23.0 MILS FOR HR 07. (LISA)
(mds)
0544 SOLD AVWPOO 60 MWS @ 24.0 MILS FOR HR 08. (LEE)
0608 SOLD CH/AV 100 MWS @ 26.0 MILS FOR HR 08. (STACY)
0618 SOLD EWEB/BPA 15 MWS FOR HR 08 & 25 MWS FOR 9 @ 25.0 MILS. (KEVIN)
0654 SOLD AVWPOO 25 MWS @ 28.0 MILS FOR HR 09. (BILL)
0702 SOLD SMUD/BPA/PPM 50 MWS @ 27.0 MILS FOR HRS 9-20. (RAND)
0711 SOLD CH/AV 50 MWS @ 26.0 MILS FOR HR 9. (STACY)
0740 SOLD EWEB/BPA 25 MWS @ 25.0 MILS FOR HRS 10-11. (KEVIN)
0806 SOLD CH/AV 80 MWS @ 25.0 MILS FOR HR 10. (STACY)
0902 SOLD CH/AV 70 MWS @ 25.0 MILS FOR HR 11. (STACY)
0940 SOLD EWEB/BPA 25 MWS @ 25.0 MILS FOR HRS 12-13. (KEVIN)
1002 SOLD CH/AV 70 MWS @ 25.0 MILS FOR HR 12. (STACY)
1018 SOLD PSE 70 MWS @ 27.0 MILS FOR HR 13. (MAX)
1103 SOLD CH/AV 70 MWS @ 25.0 MILS FOR HR 13. (STACY)
1107 SOLD PSE 100 MWS @ 27.0 MILS FOR HR 14. (MAX)
1147 SOLD EWEB/BPA 25 MWS @ 25.0 MILS FOR HRS 14-15.(KEVIN0
1157 SOLD CH/AV 40 MWS @ 25.0 MILS FOR HR 14. (STACY)
1207 SOLD CH/AV 70 MWS @ 27.0 MILS FOR HR 15. (STACY)
1216 SOLD PSE 70 MWS @ 27.0 MILS FOR HR 15.(MAX)
1237 **HEPPNER PP COMING ON LLINE, SCHEDULED FOR 6 MWS FOR HR 14 & 8 MWS FOR HRS 15-0800 ON 04/19.NOTIFIED BPA.**
1335 SOLD PSE 70 MWS @ 27.0 MILS FOR HR 16. (MAX)
1341 POND XFER 450 FROM PSE/RIS TO PSE/WELS FOR HR 14. (MAX)
1344 SOLD EWEB/BPA 25 MWS @ 25.0 MILS FOR HRS 16-17. (KEVIN)
1400 SOLD CH/AV 70 MWS @ 27.0 MILS FOR HR 16.(STACY)
1444 SOLD PSE 70 MWS @ 27.0 MILS FOR HR 17. (MAX)
1451 SOLD CH/AV 70 MWS @ 27.0 MILS FOR HR 17. (STACY)
1548 SOLD PSE 150 MWS @ 27.0 MILS FOR HR 18. (MAX)
1558 SOLD EWEB/BPA 25 MWS @ 25.0 MILS FOR HR 19. (KEVIN)
1610 SOLD CH/AV 90 MWS @ 27.0 MILS FOR HR 19. (STACY)
1626 SOLD PSE 60 MWS @ 27.0 MILS FOR HR 19. (MAX)
(kfn)
1756 SOLD PSE 125 MWS @ 27.0 MILS FOR HR 20. (SHARREE)
1802 SOLD CH/AV 50 MWS @ 27.0 MILS FOR HR 20. (DANA)
1902 SOLD PSE 100 MWS @ 27.0 MILS FOR HR 21. (SHARREE)
1914 SOLD CH/AV 35 MWS @ 27.0 MILS FOR HR 21. (DANA)
2003 SOLD PSE 100 MWS @ 25.0 MILS FOR HR 22. (SHARREE)
2014 SOLD CH/AV 60 MWS @ 27.0 MILS FOR HR 22. (DANA)
2056 SOLD PSE 100 MWS @ 25.5 MILS FOR HR 23. (SHARREE)
2203 SOLD PSE 100 MWS @ 25.0 MILS FOR HR 24. (SHARREE)
2300 SOLD BPA/BPA/TEMU(CNTRLA) 100 MWS @ 25.0 MILS FOR HR 01. (CAM)
2302 SOLD PSE 75 MWS @ 25.0 MILS FOR HR 01. (SHARREE)

2358 SOLD PSE 100 MWS @ 25.0 MILS FOR HRS 02 THRU 06. (SHARREE)

# Real Time Sales Log

## Saturday, April 19, 2003 (JD 109)

(kfn)
0026 SOLD PPW 50 MWS @ 24.0 MILS FOR HR 02. (JOHN)
0121 SOLD PPW 100 MWS @ 24.0 MILS FOR HR 03. (JOHN)
0147 POND XFER 400 FROM CH/RRH TO CH/RIS FOR HR 02. (DANA)
0221 SOLD PPW 50 MWS @ 24.0 MILS FOR HR 04. (JOHN)
0301 SOLD PPW 125 MWS @ 25.0 MILS FOR HR 05. (JOHN)
0353 SOLD BPA/BPA/TEMU(CNTRLA) 75 MWS @ 25.0 MILS FOR HR 06. (CAM)
0357 SOLD PPW 75 MWS @ 26.0 MILS FOR HJR 06. (JOHN)
0458 SOLD PPW 80 MWS @ 27.0 MILS FOR HR 07. (JOHN)
0459 SOLD PSE 100 MWS @ 27.0 MILS FOR HR 07. (SHARREE)
(mds)
06:04 SOLD PSE 100 MWS @ 29.0 MILS FOR HR 8 (MAX)
06:07 SOLD CHPD/AVSTWE 80 MWS @ 29.0 MILS FOR HR 8 (STACY)
06:59 SOLD PSE 100 MWS @ 30.0 MILS FOR HR 9 (MAX)
07:10 SOLD CHPD/AVSTWE 95 MWS @ 29,0 MILS FOR HR 9 (STACY)
07:46 SOLD CHPD/AVSTWE 95 MWS @ 29.0 MILS FOR HR 10 (STACY)
07:47 POND TRANSFER 350 MWS FROM PSE/RIS TO PSE/WAPR FOR HR 8 (MAX)
07:47 SOLD PSE 100 MWS @ 30.0 MILS FOR HR 10 (MAX)
07:50 **HEPPNER GENERATION OFFLINE**
08:40 SOLD PSE 125 MWS @ 31.0 MILS FOR HR 11 (MAX)
08:44 SOLD CHPD/AVSTWE 50 MWS @ 31.0 FOR HR 14 (STACY)
09:09 SOLD PSE 175 MWS @ 32.0 MILS FOR HR 12 (MAX)
10:03 SOLD CHPD/AVSTWE 20 MWS @ 31.0 MILS FOR HR 12 (STACY)
11:05 SOLD PSE 175 MWS @ 32.0 MILS FOR HRS 13 – 20 (MAX)
11:08 SOLD CHPD/AVSTWE 15 MWS @ 31.0 MILS FOR HR 13 (STACY)
13:52 SOLD CHPD/AVSTWE 10 MWS @ 31.0 MILS FOR HR16
16:52 SOLD CHPD/AVSTWE 20 MWS @ 31.0 MILS FOR HR 19
17:01 POND TRANSFER 1000 MWS FROM PSE/RRH – 500 MWS TO PSE/WEL & PSE/WAPR FOR HR 17 (MAX)
17:18 SOLD CHPD/AVSTWE 40 MWS @ 31.0 MILS FOR HR 20 (STACY)
(kfn)
1855 SOLD PSE 175 MWS @ 32.0 MILS FOR HRS 21 & 22. (CHERI)
1906 SOLD CH/AV 20 MWS @ 31.0 MILS FOR HR 21. (DANA)
2006 SOLD CH/AV 39 MWS @ 31.0 MILS FOR HR 22. (DANA)
2056 SOLD PSE 250 MWS @ 30.0 MILS FOR HRS 23 & 24. (CHERI)
2305 SOLD BPA/BPA/TEMU(CNTRLA) 250 MWS @ 30.0 MILS FOR HRS 01 & 02. (CAM)



GRT001810

# Real Time Sales Log

## Sunday, April 20, 2003(JD 110)

(kfn)
0007 SOLD BPA/BPA/TEMU(CNTRLA) 25 MWS @ 30.0 MILS FOR HR 02. (CAM)
0058 SOLD BPA/BPA/TEMU(CNTRLA) 275 MWS @ 30.0 MILS FOR HR 03. (CAM)
0159 SOLD BPA/BPA/TEMU(CNTRLA) 125 MWS @ 30.0 MILS FOR HR 04. (CAM)
0209 POND XFER 400 FROM CH/RRH TO CH/RIS FOR HR 02. (DANA)
0257 SOLD BPA/BPA/TEMU(CNTRLA) 125 MWS @ 30.0 MILS FOR HR 05. (CAM)
(mds)
06:33 SCHEDUALE CHANGE MINI MUN FOR HRS 8 – 22 SCHEDUALED TO INCREASE FROM 4 MW TO 15 MWS (STEVE)
(kfn)
1901 SCHEDULE CHANGE FROM 15 MWS TO 23 MWS FOR HRS 21 & 22. FROM 4 MWS TO 23 MWS FOR HRS 23 THRU 05. TAG# RQ8OOOO. (GAIL BPA)

GRT001811

# Real Time Sales Log

## Monday, April 21, 2003 (JD 111)

(kfn)
0034 POND XFER 150 FROM CH/RRH TO CH/RIS FOR HR 01. (NAT)
0225 POND XFER 200 FROM CH/RRH TO CH/RIS FOR HR 03. (NAT)
0236 SOLD PSE 100 MWS @ 36.0 MILS FOR HRS 07 & 08. (CHERI)
0436 POND XFER 200 FROM CH/RRH TO CH/RIS FOR HR 05. (NAT)

(tat)
0701 SOLD PSE 100 MWS @ 38.0 MILS FOR HR 09. (MAX)
0803 SOLD PSE 100 MWS @ 38.0 MILS FOR HR 10. (MAX)
0806 COWLITZ GROSS GEN CHANGED FOR HRS 10 THRU 20, CHANGED FROM 24 MWS TO 39 MWS. (HERB)
0906 SOLD PSE 100 MWS @ 38.0 MILS FOR HR 11. (MAX)
0913 SOLD EWEB/BPA 30 MWS @ 37.0 MILS FOR HRS 11 THRU 19. (CHUCK)
1003 SOLD PGE 20 MWS @ 39.0 MILS FOR HR 12. (TERRY)
1005 SOLD PSE 200 MWS @ 38.0 MILS FOR HRS 12 THRU 19. (MAX)
1049 SOLD PGE 25 MWS @ 39.0 MILS FOR HR 13. (TERRY)
1144 SOLD PGE/BPA 40 MWS @ 39.0 FOR HRS 14 THRU 16. (TERRY)
1221 SOLD CH/AVST 25 MWS @ 44.0 FOR HR 14. (ROB)
1312 SOLD SNPD/BPA 25 MWS @ 45.0 MILS FOR HRS 15 THRU 19. (BOB)
1414 POND XFERS: 200 MWS FROM PSE/RIS TO PSE/WAPR & 300 MWS FROM PSE/RIS TO PSE/WELLS FOR HR 14. (MAX)
1448 SOLD PGE/BPA 30 MWS @ 40.0 MILS FOR HRS 17 THRU 19. (TERRY)
1551 SOLD PSE 200 MWS @ 39.0 MILS FOR HR 20. (MAX)
1605 MINI MUNIES GEN SCHEDULE CHANGED FROM 14 TO 23 MWS FOR HRS 18 THRU 22. (MELAINE/BPA)
1628 SOLD SNPD/BPA 50 MWS @ 44.0 MILS FOR HR 20. (BOB)
(tjw)
1811 Sale to PSE, 100 MWS @ 40.0 Mils for Hr 21. (Sal)
1818 Sale to PSE, 75 MWS @ 40.0 Mils for Hr 21. (Sal)
1841 Sale to EWEB/BPA, 20 MWS @ 40.0 Mils for Hrs 21/22. (John)
1944 Sale to EWEB/BPA, 70 MWS @ 38.0 Mils for Hrs 23/24. (John)
2010 Sale to PSE, 100 MWS @ 40.0 Mils for Hr 22. (Sal)
2011 Sale to PGE, 30 MWS @ 45.0 Mils for Hr 22. (Lon)
2012 Sale to PPW, 75 MWS @ 44.0 Mils for Hr 22. (John)
2013 Sale to CH/AVA, 25 MWS @ 44.0 Mils for hr 22. (Nat)
2014 Sale to IPC/BPA, 25 MWS @ 44.0 Mils for hr 22. (Lon)
2115 Sale to PSE, 50 MWS @ 38.0 Mils for Hr 23. (Sal)
2117 Sale to PPW, 50 MWS @ 36.0 Mils for Hr 23. (John)
2218 Sale to PPW, 100 MWS @ 32.0 Mils for Hr 24. (John)
2310 Sale to BCH/BPA/PWX, 300 MWS @ 22.0 Mils for Hr 01. (Mike)
2335 POND XFER, 150 MWS from CH/RRH to CH/RIS for Hr 24.Nat)

# Real Time Sales Log

## Date: Tuesday, April 22, 2003(JD-112)

(TJW)
0008 POND XFER, 200 MWS from PSE/RRH to PSE/RIS for HR 00. (Sal)
0009 POND XFER, 100 MWS from PSE/RRH to PSE/WAPR for HR 00. (Sal)
0024 Sale to BCH/BPA/PWX, 300 MWS @ 22.0 Mils for Hr 02.(Jason)
0108 Sale to BPA/BPA/PNGC, 40 MWS @ 27.0 Mils for Hr 03 thru 07. (Margaret)
0120 Sale to BCH/BPA/PWX, 250 MWS @ 22.0 Mils for Hr 03. (Jason)
0212 Sale to BCH/BPA/PWX, 275 MWS @ 22.0 Mils for Hr 04. (Jason)
0216 POND XFER, 100 MWS from PSE/RIS to PSE/WAPR for Hr 02. (Sal)
0225 Sale to CH/AVA, 200 MWS @ 25.0 Mils for Hr 05. (Nat)
0310 Sale to PSE, 25 MWS @ 25.0 Mils for Hr 05. (Sal)
0311 Sale to BCH/BPA/PWX, 40 MWS @ 22.0 Mils for Hr 05. (Jason)
0357 Sale to PSE, 100 MWS @ 28.0 Mils for Hr 06. (Sal)
0408 Sale to Ch/AVA, 75 MWS @ 28.0 Mils for Hr 06. (Nat)
0457 Sale to PSE, 100 MWS @ 28.0 Mils for Hr 07. (Sal)
0503 Sale to Ch/AVA, 25 MWS @ 28.0 Mils for Hr 07. (Nat)

(tat)
0555 SOLD CH/AVST 100 MWS @ 33.0 MILS FOR HR 08. (ROB)
0655 MINI MUNIES GEN CHANGED FROM 12 TO 20 MWS FOR HRS 09 THRU 19. (MARIE/BPA)
0708 SOLD PGE 30 MWS @ 35.0 MILS FOR HR 09. (WAYNE)
**0716 SOLD PSE 40 MWS RESERVE @ 5.0 MILS FOR HR 08. (40.0 MILS STRIKE PRICE) (SPENCER)**
0726 SOLD PCW 150 MWS @ 32.0 MILS FOR HR 09. (MIKE)
0746 SOLD PSE/BPA 180 MWS @ 33.0 MILS FOR HR 10. (SPENCER)
0747 POND XFER: 50 MWS FROM DUG/WELLS TO DUG/RRH. (JOHN)
0751 POND XFER: 150 MWS FROM MCMINN/WAPR TO EWEB/WAPR FOR HR 08. (CHUCK)
0753 COWL GEN CHANGED FROM 22 TO 30 MWS FOR HRS 10 THRU 20. (HERB)
0844 SOLD PSE/BPA 175 MWS @ 33.0 MILS FOR HR 11. (SPENCER)
0859 POND XFER: 250 MWS FROM PSE/RIS TO PSE/WAPR FOR HR 09. (SPENCER)
0954 SOLD PSE/BPA 180 MWS @ 33.0 MILS FOR HR 12. (SPENCER)
1052 SOLD PSE/BPA 75 MWS & PSE 125 MWS @ 33.0 MILS FOR HR 13. (SPENCER)
1155 SOLD PSE 180 MWS @ 33.0 MILS FOR HR 14. (SPENCER)
1210 POND XFER: 80 MWS FROM DUG/WELLS TO DUG/RRH FOR HR 12. (JOHN)
1255 SOLD PSE/BPA 185 MWS @ 33.0 MILS FOR HRS 15 THRU 20. (SPENCER)
1509 POND XFER: 200 MWS FROM CH/RRH TO CH/RIS FOR HR 15. (ROB)
(TJW)
1841 Sale to PSE, 200 MWS @ 33.0 Mils for Hr 21. (Sal)
2013 Pond Xfer, 700 MWs from PSE/WAPR to PSE/Wel for Hr 20. (Sal)
2125 Sale to BPA/BPA/TEMU (Cent), 50 MWs @ 30.0 Mils for Hrs 1 thru 6. (Pam)
2312 Pond Xfer, 400 MWs from PSE/WEL to PSE/RRH for Hr 23. (Sal)
2312 Pond Xfer, 200 MWs from PSE/RIS to PSE/RRH for Hr 23. (Sal)

GRT001813

# Real Time Sales Log

## Date: Wednesday, April 23, 2003(JD-113)

(TJW)
0023 Pond Xfer, 200 MWs from PSE/RIS to PSE/RRH for hr 24. (Sal)
0024 Pond Xfer, 300 MWs from PSE/Wel to PSE/RRH for Hr 24. (Sal)
0145 Sale to TCL, 10 MWs of Spinning Reserve for Hr 03 @ 5.0 Mils (strike of 50.0 mils)
0157 Sale to PGE/EWEB,3 MWs @ 33.0 Mils for Hrs 7 thru 22. (Kevin)
0200 Sale to AVA, 25 MWs @ 28.0 Mils for hr 04. (Jennifer)
0203 Sale to CH/AVA, 20 MWs @ 28.0 Mils for hr 04. (Heather)
0223 Sale to TCL, 15 MWS of Spinning Reserve for Hr 04 @ 5.0 Mils (strike of 50.0 Mils)
0357 Sale to AVA, 25 MWs @ 28.0 Mils for Hr 05. (Jennifer)
0358 Sale to CH/AVA, @20 MWs @ 28.0 Mils for Hr 05. (Heather)
0406 Sale to PSE, 40 MWs @ 30.0 Mils for hr 6/7. (Sal)
0418 Pond Xfer, 150 MWs from CH/RRH to CH/RIS for Hr 04. (Nat)
0458 Schedule MCMN To EWEB reduced by 1 MW Hrs 7 thru 22 to bring MCMN down below max capacity during fish spill.

(kfn)
0701 MCMN GROSS GENERATION CHANGED FROM 7 MWS TO 6 MWS FOR HRS 07 THRU 22.
0850 MINIMUNI SCHEDULE CHANGED FROM 14 MWS TO 13 MWS FOR HRS 10 THRU 24.
**0955 CHANGED 0157 SALE TO " SOLD EWEB 3 MWS @ 33.0 MILS FOR HRS 07 THRU 22.(KEVIN)"**
1637 POND XFER 250 FROM CH/RRH TO CH/RIS FOR HR 17. (ROB)

(mds)
17:54 POND TRANSFER 700 MWS FROM PSE/WAPR TO PSE/RRH FOR HR 18 (SAL)
19:41 POND TRANSFER 400 MWS FROM PSE/WAPR TO PSE/RRH FOR HR 20 (SAL)
21:40 PURCHASED PPOA/BPA/TCPC 25 MWS @ 29.0 MILS FOR HRS 1 – 5 (ALLEN)
21:58 POND TRANSFER 200 MWS FROM CHPD/RRH TO CHPD/RIS FOR HR 22 (HEATHER)
**22:18 PURCHASED HNFT BC – US BORDER/GRANT 25 MWS FOR HRS 1 – 5 (HOLLEY)**
23:08 SCHEDUALE CUT TAG #TCPTC2401H CUT FROM 25 MWS TO 0 FOR HR 1 (ALLEN) BPA NOTIFIED

# Real Time Sales Log

THURSDAY APRIL 24, 2003 (JD 114)

(mds)
00:30 SCHEDUALE CUT TAG # TCPTC2401 CUT FROM 25 MWS TO 0 MWS FOR HR 2 (ALLEN)
00:31 BPA NOTIFIED OF CUT ON TAG # TCPTC2401
01:35 SCHEDUALE CUT TAG #TCPTC2401 CUT FROM 25 MWS TO 0 MWS FOR HR 3(ALLEN)
01:36 BPA NOTIFIED OF CUT ON TAG # TCPTC2401 (JANE)
02:33 SCHEDUALE CUT TAG # TCPTC2401 CUT FROM 25 MWS TO 0 MWS FOR HR 4 (ALLEN)
02:34 NOTIFIED BPA OF CUT TO TAG # TCPTC2401 FOR HR 4 (DANNIEL)
03:29 SCHEDUALE CUT ON TAG # TCPTC2401 FROM 25 MWS TO 0 MWS FOR HR `5 (ALLEN)
03:29 NOTIFIED BPA OF CUT TO TAG # TCPTC2401 FOR HR 5 (DANNIEL)
(kfn)
0639 POND XFER 250 FROM PSE/RRH & 300 FROM PSE/RIS TO PSE/WAPR FOR HR 07.(SPENCER)
0804 POND XFER 150 FROM CH/RRH TO CH/RIS FOR HR 08. (ROB)
1117 SOLD CH/AV 25 MWS @ 35.0 MILS FOR HR 13. (ROB)
1223 SOLD SNPD/BPA 40 MWS @ 35.0 MILS FOR HR 14. (WILL)
1307 SOLD SNPD/BPA 45 MWS @ 35.0 MILS FOR HR 15. (WILL)
1412 SOLD SNPD/BPA 40 MWS @ 35.0 MILS FOR HR 16. (WILL)
1512 SOLD SNPD/BPA 35 MWS @ 35.0 MILS FOR HR 17. (WILL)
1612 SOLD SNPD/BPA 25 MWS @ 35.0 MILS FOR HR 18. (WILL)
1659 SOLD SNPD/BPA 15 MWS @ 35.0 MILS FOR HR 19. (WILL)
(mds)
19:17 POND TRANSFER 200 MWS FROM CHPD/RRH TO CHPD/RIS FOR HR 19 (HEATHER)
20:08 SOLD CHPD/AVSTWE 35 MWS @ 35.75 MILS FOR HR 22 (STACY)
23:35 SOLD PSE 40 MWS @ 29.0 MILS FOR HRS 1-6 (SAL)
23:48 SOLD CHPD/AVSTWE 40 MWS @ 28.0 MILS FOR HRS 2 – 6 (HEATHER)
23:54 POND TRANSFER 150 MWS FROM PSE/RIS TO PSE/WEL FOR HR 24 (SAL)

GRT001815

# Real Time Sales Log

## FRIDAY APRIL 25, 2003 (JD 115)

(mds)
03:24 POND TRANSFER 200 MWS FROM CHPD/RRH TO CHPD/RIS FOR HR 4 (HEATHER)

(TJW)
Note: Exchange from BPA to EWEB of 2 MWS for Hrs 7 thru 22 to bring EWEBs Generation to below Max Capacity.
0950 Purchase from PPW, 150 MWS @ 30.0 Mils for Hr 11. (John)
1155 Sale to PSE, 50 MWS @ 34.0 for Hr 14. (Sherrie)
1210 Sale to AVA energy, 25 MWS of Operating Reserves @ 5.0 Mils for Hr 13. (50.0 Mils strike) (Rob)
1251 Sale to PSE, 50 MWS @ 33.0 Mils for hr 15. (Sherrie)
1355 Sale to PSE, 50 MWS @ 33.0 Mils for Hr 16. (Sherrie)
1423 Pond Xfer of 300 MWS from PSE/RIS to PSE/WAPR for Hr 14. (Sherrie)
1513 Sale to PPW, 70 MWS @ 31.0 Mils for Hr 17. (John)
1717 Sale to PPW, 75 MWS @ 30.0 Mils for Hr 19. (John)

(tat)
1815 SOLD PCW 75 MWS @ 32.0 MILS FOR HRS 20 THRU 22. (MIKE)
2025 POND XFERS: 200 MWS FROM PSE/RRH TO PSE/WAPR & 300 MWS FROM PSE/RIS TO PSE/WAPR FOR HR 21. (SPENCER)
2054 SOLD AVA 50 MWS @ 32.0 MILS FOR HR 23. (CHUCK)
2154 SOLD FRANKLIN/BPA 10 MWS @ 33.0 MILS FOR HR 24. (JOSH/PRM)
2204 SOLD PNGC/BPA 25 MWS @ 33.0 MILS FOR HR 24. (PAM)
2247 SOLD BPA/BPA/TEMU (CENTRLA) 30 MWS @ 32.0 MILS FOR HR 01. (WILEY)
2303 SOLD PNGC/BPA 25 MWS @ 32.0 MILS FOR HR 01. (PAM)
2334 POND XFER: 150 MWS FROM CH/RRH TO CH/RIS FOR HR 24. (KATHY/AVST)

GRT001816

# Dispatchers Real Time Log

## SATURDAY APRIL 26, 2003 (JD-116)

(tat)
0002 SOLD PNGC/BPA 25 MWS @ 32.0 MILS FOR HR 02. (PAM)
0003 SOLD PGE 70 MWS @ 32.0 MILS FOR HR 02. (WAYNE)
0056 SOLD PNGC/BPA 25 MWS @ 32.0 MILS FOR HRS 03 THRU 06. (PAM)
0108 PURCHASED 10 MWS @ 30.0 MILS FOR HR 03, PCW/PCW/PPM. (MATTHEW)
0159 PURCHASED 28 MWS @ 30.0 MILS FOR HR 04, PCW/PCW/PPM. (MATTHEW)
0258 PURCHASED 26 MWS @ 30.0 MILS FOR HR 05, PCW/PCW/PPM. (MATTHEW)
0301 SOLD PGE 90 MWS @ 32.0 MILS FOR HRS 05 & 06. (WAYNE)
0319 SOLD PPOA/BPA/TEMU 25 MWS @ 32.0 MILS FOR HR 05. (WILEY)
0331 POND XFER: 250 MWS FROM CH/RRH TO CH/RIS FOR HR 04. (KATHY)
0353 PURCHASED 30 MWS @ 30.0 MILS FOR HR 06, PCW/PCW/PPM. (MATTHEW)
0456 PURCHASED 31 MWS @ 32.0 MILS FOR HR 07, PCW/PCW/PPM. (MATTHEW)

(TJW)
0612 Sale to PSE, 75 MWS @ 33.0 Mils for Hr 08. (Max)
0707 Sale to PSE, 60 MWS @ 30.0 Mils for Hr 09. (Max)
0811 Sale to NWDS/BPA, 65 MWS @ 31.0 Mils for Hr 10. (Jay)
0906 Sale to PSE, 65 MWS @ 31.0 Mils for Hr 11. (Max)
0926 Exchange from BPA to EWEB of 2 MWS for Hrs 11 thru 22 to lower EWEBs Generation to below Max Capacity.
1003 Sale to PSE, 65 MWS @ 31.0 Mils for Hr 12. (Max)
1030 Pond Transfer, 300 MWS from PSE/RIS TO PSE/WAPR for Hr 11. (Max)
1057 Sale to PSE, 70 MWS @ 32.0 Mils for Hr 13. (Max)
1200 Sale to PSE, 70 MWS @ 32.0 Mils for Hr 14. (Max)

(tat)
2029 POND XFER: 400 MWS FROM CH/RRH TO CH/RIS FOR HR 21. (TOM/AVST)



GRT001817