REX S. HEINKE (SBN 66163)
KALIA C. PETMECKY (SBN 194094)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:    310-229-1000
Facsimile:    310-229-1001

Attorneys for Defendant, CITY OF SEATTLE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SAN DIEGO GAS & ELECTRIC COMPANY, a California Corporation,, | Case No. 2:06-cv-0592-MCE-KJM |
| Plaintiffs, | [Assigned To The Honorable Morrison C. England, Jr.] |
| v. | **STIPULATION AND ORDER EXTENDING DEFENDANT CITY OF SEATTLE'S TIME TO ANSWER** |
| ARIZONA ELECTRIC POWER COOPERATIVE, INC., CITY OF ANAHEIM; CITY OF AZUSA; CITY OF BANNING; CITY OF BURBANK; CITY OF GLENDALE; CITY OF LOS ANGELES; CITY OF PASADENA; CITY OF RIVERSIDE; CITY OF SANTA CLARA; CITY OF SEATTLE; CITY OF VERNON; EUGENE WATER AND ELECTRIC BOARD; LOS ANGELES DEPARTMENT OF WATER AND POWER; MODESTO IRRIGATION DISTRICT; NORTHERN CALIFORNIA POWER AGENCY; PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY; SACRAMENTO MUNICIPAL UTILITY DISTRICT; SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT; AND TURLOCK IRRIGATION DISTRICT, | Date Action File:   March 23, 2006 |
| Defendants | |

5945839

## STIPULATION AND PROPOSED ORDER

WHEREAS, plaintiff San Diego Gas & Electric Company ("SDG&E") filed a complaint in this action on March 23, 2006 ("Complaint");

WHEREAS, the parties entered into a Stipulation and Order ("Stipulation"), which among other things, sets forth a briefing and hearing schedule for preliminary motions;

WHEREAS, several defendants filed Motions to Dismiss which were heard on October 24, 2006;

WHEREAS, the Court took the Motions to Dismiss under submission and has not yet issued a ruling thereon;

WHEREAS, defendant City of Seattle did not file a preliminary motion and intends to file an Answer in response to SDG&E's Complaint;

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

5945839

1    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and

2  between plaintiff SDG&E and defendant City of Seattle, through their respective

3  counsel of record, that the City of Seattle's time to file and serve its Answer to

4  SDG&E's Complaint shall be extended to and including January 10, 2007.

5  **IT IS SO STIPULATED.**

6

7  Dated:  November 8, 2006          **AKIN GUMP STRAUSS HAUER & FELD LLP**

8

9                                    By_____/s/_____

10                                        Kalia C. Petmecky
                                        Attorneys for Defendant
11                                      CITY OF SEATTLE

12  Dated:  November 8, 2006          **HENNIGAN, BENNETT &DORMAN LLP**

13

14                                    **By**_____/s/_____

15                                        Robert W. Mockler
                                        Attorneys for Plaintiff
16                                      SAN DIEGO GAS & ELECTRIC
                                        COMPANY
17  **IT IS SO ORDERED.**

18  **DATED: November 16, 2006**

19

20                                    MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

5945839