REX S. HEINKE (SBN 66163)
KALIA C. PETMECKY (SBN 194094)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   310-229-1000
Facsimile:   310-229-1001

Attorneys for Defendant, CITY OF SEATTLE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SAN DIEGO GAS & ELECTRIC COMPANY, a California Corporation,, <br><br> Plaintiffs, <br><br> v. <br><br> ARIZONA ELECTRIC POWER COOPERATIVE, INC., CITY OF ANAHEIM; CITY OF AZUSA; CITY OF BANNING; CITY OF BURBANK; CITY OF GLENDALE; CITY OF LOS ANGELES; CITY OF PASADENA; CITY OF RIVERSIDE; CITY OF SANTA CLARA; CITY OF SEATTLE; CITY OF VERNON; EUGENE WATER AND ELECTRIC BOARD; LOS ANGELES DEPARTMENT OF WATER AND POWER; MODESTO IRRIGATION DISTRICT; NORTHERN CALIFORNIA POWER AGENCY; PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY; SACRAMENTO MUNICIPAL UTILITY DISTRICT; SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT; AND TURLOCK IRRIGATION DISTRICT, <br><br> Defendants | Case No. 2:06-CV-0592-MCE-KJM <br><br> [Assigned To The Honorable Morrison C. England, Jr.] <br><br> **STIPULATION AND ORDER EXTENDING DEFENDANT CITY OF SEATTLE'S TIME TO ANSWER** <br><br> Date Action File:   March 23, 2006 |

5945839

## STIPULATION AND PROPOSED ORDER

WHEREAS, plaintiff San Diego Gas & Electric Company ("SDG&E") filed a complaint in this action on March 23, 2006 ("Complaint");

WHEREAS, the parties entered into a Stipulation and Order ("Stipulation"), which among other things, sets forth a briefing and hearing schedule for preliminary motions;

WHEREAS, several defendants filed Motions to Dismiss which were heard on October 24, 2006;

WHEREAS, the Court took the Motions to Dismiss under submission and has not yet issued a ruling thereon;

WHEREAS, defendant City of Seattle did not file a preliminary motion and intends to file an Answer in response to SDG&E's Complaint;

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

5945839

1    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and

2    between plaintiff SDG&E and defendant City of Seattle, through their respective

3    counsel of record, that the City of Seattle's time to file and serve its Answer to

4    SDG&E's Complaint shall be extended to and including April 13, 2007.

5    **IT IS SO STIPULATED.**

6

7    Dated:  February 12, 2007          **AKIN GUMP STRAUSS HAUER &
                                        FELD LLP**

8

9                                      By_____/s/_____

10                                              Kalia C. Petmecky
                                            Attorneys for Defendant
11                                            CITY OF SEATTLE

12   Dated:  February 12, 2007          **HENNIGAN, BENNETT &DORMAN
                                        LLP**

13

14                                     **By**_____/s/_____

15                                            Robert W. Mockler
                                            Attorneys for Plaintiff
16                                     SAN DIEGO GAS & ELECTRIC
                                            COMPANY

17   **IT IS SO ORDERED.**

18   DATED:  February 16, 2007

19

20        MORRISON C. ENGLAND, JR
          UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

5945839